# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

-------------------------------------------------------------------- X

**MAURICE SHNAIDER,**

**LIMOR ROM**, individually and as personal representative of the **ESTATE OF JONATHAN ROM** a/k/a Yonatan Rom,

**TOMER ROM**, individually and as personal representative of the **ESTATE OF JONATHAN ROM** a/k/a Yonatan Rom,

**ALONA MIRIAM ROM**,

**NOAM ROM**,

**ETHAN KESSLER HALLEY** a/k/a Eitan Kessler Halley;

**ADAM FISCHER HALLEY**,

**WENDY KESSLER HALLEY**,

**BOAZ KESSLER HALLEY**,

**SADIE KESSLER HALLEY**,

**JANE KESSLER**,

**ROBERT KESSLER**,

**HAL DAVID LUBIN**, individually and as personal representative of the **ESTATE OF ROSE IDA LUBIN**, and as the father and

Case No: 2024-cv-_1067_-MSS-SPF

**COMPLAINT**

natural guardian of **L.Z.L.**, **J.H.L.**, and **I.E.L.**, minors,

**ROBIN LYNN LUBIN**, individually and as personal representative of the **ESTATE OF ROSE IDA LUBIN**, and as the mother and natural guardian of **L.Z.L.**, **J.H.L.**, and **I.E.L.**, minors,

**ALEC MEYER LUBIN**,

**EVE LAPIDES LUBIN MARX**,

**NATHAN LUBIN**,

**ALAN HOWARD HALPERN**,

**HELLENE KALSIH TRAUB**,

**ELAD MOSHE SAADON**, individually and as personal representative of the **ESTATE OF HALLEL SHMUEL SAADON**, and as the father and natural guardian of **N.Y.S.**, **S.Y.S.** and **O.I.S.**, minors,

**DVORA BATYA SAADON**, individually and as personal representative of the **ESTATE OF HALLEL SHMUEL SAADON**, and as the mother and natural guardian of **N.Y.S.**, **S.Y.S.**, and **O.I.S.**, minors,

**TAMIR AHARON SAADON**,

**HARVEY SOLOMON LIPNICK** a/k/a Chaim Shabtai Livneh,

**GEULA SADUN**,

**AILEEN GREENBERG** a/k/a Hana Greenberg,

**HAROLD M. GREENBERG** a/k/a Aharon Mordechai Greenberg,

**YONAH CHAVA LANDAU ZENILMAN**, individually and as personal representative of the **ESTATE OF ARI YEHIEL WEINSOFF ZENILMAN**, and as the mother and natural guardian of **A.D.Z.**, **T.C.Z.**, **M.N.Z**, minors,

**LISA MARTA WEINSOFF**,

**ROBERT ALAN ZENILMAN**, **ELI DOV WEINSOFF ZENILMAN**,

**YONATAN MEIR WEINSOFF ZENILMAN**,

**EITAN PINCHAS ZENILMAN**,

**SHIRA RONIT ZENILMAN BRULL**,

**ISAAC MARGULIES**,

**JACOB MARGULIES**,

**ELLYN MARGULIES**,

**SIMON MARGULIES**,

**ASHER SOLOMON MARGULIES**,

**NICHOLAS ALBERT MERKIN**, individually and as the father and natural guardian of **I.T.M**., minor,

**SHARON CELINE STEIN**, individually and as the mother and natural guardian of **I.T.M.**, minor,

**JONATHAN DOV MERKIN**,

-and-

**EYTAN LOUIS MERKIN**,

Plaintiffs,

-against-

**AMERICAN MUSLIMS FOR PALESTINE**,

**AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION**,

**U.S. PALESTINIAN COMMUNITY NETWORK**,

**NATIONAL STUDENTS FOR JUSTICE IN PALESTINE**,

**STUDENTS FOR JUSTICE IN PALESTINE CHAPTERS**[1],

**WITHIN OUR LIFETIME**,

**CODEPINK**,

**HATEM BAZIAN**,

**OSAMA ABUIRSHAID**,

---

[1] Each defendant Chapter of Students for Justice in Palestine is listed on Exhibit 1.

**ABDELBASSET HAMAYEL**,

**MAGDI ODEH**,

**RAFEEQ JABER**,

**HATEM ABUDAYYEH**,

**TAHER HERZALLAH**,

**SALEH SARSOUR**,

**SHAKEEL SAYED**,

**MUNJED AHMED**,

**NERDEEN KISWANI**,

-and-

**ABDULLAH AKL**,

Defendants.

----------------------------------------------------------------------- X

Plaintiffs, complaining of Defendants, by their attorneys, THE BERKMAN LAW OFFICE, LLC, allege for their complaint, upon information and belief, as follows:

## PRELIMINARY STATEMENT

1.　　This is a Complaint for damages under the federal Anti-Terrorism Act, 18 U.S.C. § 2333 (the "ATA"), as amended by the Justice Against Sponsors

of Terrorism Act ("JASTA"),[2] Pub. L. No.114-222 (2016), on behalf of American citizens who were killed or injured as a result of Hamas's brutal killing spree throughout Southern Israel on October 7, 2023, and their families (the "October 7 Attacks").

2.     Plaintiffs seek to hold accountable American Muslims for Palestine; Americans for Justice in Palestine Educational Foundation; U.S. Palestinian Community Network; National Students for Justice in Palestine; Students for Justice in Palestine chapters; Within Our Lifetime; Hatem Bazian; Codepink; Osama Abuirshaid; Abdelbasset Hamayel; Magdi Odeh; Rafeeq Jaber; Hatem Abudayyeh; Taher Herzallah; Saleh Sarsour; Shakeel Sayed; Munjed Ahmed; and Nerdeen Kiswani (collectively, "Defendants") for their egregious acts in conspiring with, aiding and abetting, and providing material support to the Islamic Resistance Movement ("Hamas")—a designated Foreign Terrorist Organization ("FTO")—in its commission of acts of international terrorism as defined by 18 U.S.C. § 2331.

3.     Terror organizations like Hamas rely on extensive influence, widespread social media reach, and proficient, clandestine public relations strategies in order to establish a vast network necessary to perpetrate abhorrent acts of terrorism. This wide web of terrorism is crucial for achieving

---

[2] JASTA provides a civil remedy for anyone "injured…by reason of an act of international terrorism." 18 U.S.C. § 2333(a).

their goals of intimidation, coercion, and influence. For over 20 years, Defendants have been helping Hamas promulgate its murderous agenda and infiltrate American universities, creating effective and efficient arms of material support, while adeptly concealing their direct links to these arms.

4.      Hamas is deliberate about spreading its web of influence to the United States and has acknowledged the importance of its supporters in the United States to effectuate Hamas's terrorist goals. In the words of a senior Hamas official—Bassem Naim—referencing the extensive support received by Hamas through student protest movements on college campuses in recent months:

> "We in the Hamas movement believe that any popular movement demanding an end to the aggression and genocide against our people *are useful and supportive activities for our cause.*"[3]

5.      The present Complaint demonstrates how Hamas has, over the last two decades, covertly extended its terrorist influence to college campuses in the United States *thanks to Defendants support and assistance*, and established a student arms of Hamas to facilitate intimidation tactics, coercion policies, and spread its terrorist agenda among malleable college students.

6.      Defendant American Muslims for Palestine ("AMP") is the successor organization in the United States to organizations that have been

---

[3]      https://www.newsweek.com/hamas-slams-us-crackdown-pro-palestinian-college-protests-1893962

designated as terrorist organizations. Americans for Justice in Palestine Educational Foundation ("AJP") is the fiscal sponsor of AMP. AMP supports Hamas and facilitates Hamas's terrorist influence across the United States. AMP and U.S. Palestinian Community Network ("USPCN") are co-founders of National Students for Justice in Palestine ("National SJP"), which was established to facilitate the spread of Hamas's influence in college campuses.[4]

7.      National SJP is the terror-linked, violence-promoting, national umbrella network comprising more than 200 university chapters of Defendant Students for Justice in Palestine (all chapters collectively referred to as "SJP") across the United States. Defendant Within Our Lifetime ("WOL") is an offshoot of SJP. Defendant Codepink is a purported non-profit which supports SJP in many of its violent endeavors.

8.      Individual defendants Hatem Bazian, Osama Abuirshaid, Abdelbasset Hamayel, Magdi Odeh, Rafeeq Jaber, Hatem Abudayyeh, Taher Herzallah, Saleh Sarsour, Shakeel Sayed, Munjed Ahmed, Nerdeen Kiswani, and Abdullah Akl have all conspired with Hamas's terrorist enterprise through their establishment of or participation in activities with one or more of the Defendants, AMP/AJP, USPCN, Codepink, National SJP, SJP, and WOL.

---

[4] Exhibit 2 includes a list of all organizations referenced in this Complaint, including their acronyms.

9.      By spreading Hamas's terrorist agenda to the United States and establishing a student arm of Hamas to serve in the United States as its alter-ego, Defendants have: (a) knowingly conspired with and aided and abetted Hamas—a designated Foreign Terrorist Organization—that committed grave acts of international terrorism as defined by 18 U.S.C. § 2331; (b) provided material support and resources to Hamas—a designated Foreign Terrorist Organization—in the commission of such acts of international terrorism.

10.     Defendants all share a common objective with, aided and abetted, and conspired with Hamas to commit international acts of terrorism in violation of 18 U.S.C. § 2333. Further, Defendants provided material support to Hamas in violation of 18 U.S.C. § 2339B. As a result, Defendants are civilly liable under § 2333 of the ATA to Plaintiffs, who have suffered injury to their person, property and/or business by reason of Hamas's acts of international terrorism.

## JURISDICTION AND VENUE

11.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1367 which provides for federal question and supplemental jurisdiction over all claims related thereto. 18 U.S.C. §§ 2333 and 2334 provides for jurisdiction over civil actions brought by citizens of the

United States, their estates, survivors, and heirs who have been killed or injured by reason of acts of international terrorism.

12.     Venue is proper in this Court under 18 U.S.C. § 2334(a) because Defendant Florida State University SJP, Defendant University of Florida, Gainesville SJP, and Defendant University of South Florida SJP are located within the Middle District of Florida.

13.     This matter is properly placed in the Tampa Division as the University of Southern Florida is in Tampa and University of South Florida SJP is in Hillsborough.

## THE PARTIES

### I.     The Plaintiffs

14.     Plaintiff Maurice Shnaider at all times relevant hereto, is and was an American citizen domiciled in New York and the brother of Margit Silverman, deceased, brother-in-law of Yosi Silverman, deceased, uncle of Shiri Bibas and Yarden Bibas and great uncle of Kfir and Ariel Bibas, who were kidnapped by Hamas on October 7 and remain in Gaza.

15.     Plaintiff Limor Rom at all times relevant hereto, is the mother, heir and personal representative of the estate of decedent Jonathan Rom a/k/a Yonatan Rom, an American citizen. Plaintiff Limor Rom brings this action individually and on behalf of the estate of Jonathan Rom.

16.     Plaintiff Tomer Rom at all times relevant hereto, is the father, heir and personal representative of the estate of decedent Jonathan Rom a/k/a Yonatan Rom, an American citizen. Plaintiff Tomer Rom brings this action individually and on behalf of the estate of Jonathan Rom.

17.     Plaintiffs Alona Miriam Rom and Noam Rom at all times relevant hereto are the siblings of decedent Jonathan Rom.

18.     Plaintiff Ethan Halley a/k/a Eitan Halley, who was severely injured in a Hamas terrorist attack, at all times relevant hereto, is an American citizen domiciled in Israel, son of plaintiffs Wendy Kessler Halley and Adam Fischer Halley, sibling to plaintiffs Boaz Kessler Halley and Sadie Kessler Halley and grandson to plaintiffs Jane Kessler and Robert Kessler.

19.     Plaintiff Adam Fischer Halley is an American citizen domiciled in Israel and the father of plaintiffs Ethan Halley, Boaz Kessler Halley and Sadie Kessler Halley.

20.     Plaintiff Wendy Kessler Halley is an American citizen domiciled in Israel and the mother of plaintiffs Ethan Halley, Boaz Kessler Halley and Sadie Kessler Halley.

21.     Plaintiffs Boaz Kessler Halley and Sadie Kessler Halley at all times relevant hereto are American citizens and the siblings of plaintiff Ethan Halley.

22.     Plaintiffs Jane Kessler and Robert Kessler at all times relevant hereto are American citizens, parents of plaintiff Wendy Kessler Halley and grandparents of plaintiffs Ethan Halley, Boaz Kessler Halley and Sadie Kessler Halley.

23.     Plaintiff Hal David Lubin at all times relevant hereto, is an American citizen domiciled in Georgia and the father, heir and personal representative of the estate of decedent Rose Ida Lubin, an American citizen. Plaintiff Hal David Lubin is the father of plaintiffs Alec Meyer Lubin, L.Z.L., J.H.L. and I.E.L. Plaintiff Hal David Lubin brings this action individually, on behalf of the estate of Rose Ida Lubin, and as natural guardian of his minor children, plaintiffs L.Z.L., J.H.L. and I.E.L.

24.     Plaintiff Robin Lynn Lubin at all times relevant hereto, is an American citizen domiciled in Georgia and the mother, heir and personal representative of the estate of decedent Rose Ida Lubin. Plaintiff Robin Lynn Lubin is the mother of plaintiffs Alec Meyer Lubin, L.Z.L. and J.H.L. Plaintiff Robin Lynn Lubin brings this action individually, on behalf of the estate of Rose Ida Lubin, and as natural guardian of her minor children, plaintiffs L.Z.L. and J.H.L.

25.     Plaintiffs Alec Meyer Lubin, I.E.L, L.Z.L. and J.H.L. at all times relevant hereto are American citizens and the siblings of decedent Rose Ida Lubin.

26.     Plaintiffs Eve Lapides Lubin Marx, Nathan G. Lubin, Alan Howard Halpern and Hellene Kalsih Traub at all times relevant hereto are American citizens, and grandparents of decedent Rose Ida Lubin.

27.     Plaintiff Dvora Batya Saadon at all times relevant hereto, is an American citizen domiciled in Israel and the mother, heir and personal representative of the estate of decedent Hallel Shmuel Saadon, an American citizen. Plaintiff Dvora Batya Saadon is the mother of plaintiffs Tamir Aharon Saadon, N.Y.S., S.Y.S. and O.I.S. Plaintiff Dvora Batya Saadon brings this action individually, on behalf of the estate of Hallel Shmuel Saadon, and as natural guardian of her minor children, plaintiffs N.Y.S., S.Y.S. and O.I.S.

28.     Plaintiff Elad Moshe Saadon at all times relevant hereto, is the husband of plaintiff Dvora Batya Saadon and the father, heir and personal representative of the estate of decedent Hallel Shmuel Saadon. Plaintiff Elad Moshe Saadon is the father of plaintiffs Tamir Aharon Saadon, N.Y.S., S.Y.S. and O.I.S. Plaintiff Elad Moshe Saadon brings this action individually, on behalf of the estate of Hallel Shmuel Saadon, and as natural guardian of his minor children, plaintiffs N.Y.S., S.Y.S. and O.I.S.

29.     Plaintiffs Tamir Aharon Saadon, N.Y.S., S.Y.S. and O.I.S. at all times relevant hereto are American citizens and the siblings of decedent Hallel Shmuel Saadon.

30.    Plaintiff Harvey Solomon Lipnick a/k/a Chaim Shabtai Livneh at all times relevant hereto is an American citizen, the father of plaintiff Dvora Batya Saadon and grandfather of decedent Hallel Shmuel Saadon.

31.    Plaintiff Geula Sadun at all times relevant hereto is the mother of plaintiff Elad Moshe Saadon and grandmother of decedent Hallel Shmuel Saadon.

32.    Plaintiffs Aileen Greenberg a/k/a Hana Greenberg and Harold M. Greenberg a/k/a Aharon Mordechai Greenberg at all times relevant hereto were and are American citizens and great grandparents of decedent Hallel Shmuel Saadon.

33.    Plaintiff Yonah Chava Landau Zenilman, at all times relevant hereto, is an American citizen domiciled in Israel and the wife, heir and personal representative of the estate of decedent Ari Yehiel Weinsoff Zenilman, an American citizen. Plaintiff Yonah Chava Landau Zenilman is the mother of plaintiffs A.D.Z., T.C.Z., M.N.Z. Plaintiff Yonah Chava Landau Zenilman brings this action individually, on behalf of the estate of Ari Yehiel Weinsoff Zenilman, and as natural guardian of her minor children, plaintiffs A.D.Z., T.C.Z., M.N.Z.

34.    Plaintiffs A.D.Z., T.C.Z., M.N.Z., at all times relevant hereto are the children of decedent Ari Yehiel Weinsoff Zenilman and plaintiff Yonah Chava Landau Zenilman.

35.     Plaintiffs Lisa Marta Weinsoff and Robert Alan Zenilman, at all times relevant hereto are American citizens and parents of decedent Ari Yehiel Weinsoff Zenilman.

36.     Plaintiffs Eli Dov Weinsoff Zenilman, Yonatan Meir Weinsoff Zenilman, Eitan Pinchas Zenilman and Shira Ronit Zenilman Brull, at all times relevant hereto are American citizens and siblings of decedent Ari Yehiel Weinsoff Zenilman.

37.     Plaintiff Isaac Margulies, who was severely wounded in a Hamas terrorist attack, at all times relevant hereto, is an American citizen domiciled in Israel, son of plaintiffs Jacob Margulies and Ellyn Margulies and sibling to plaintiffs Simon Margulies and Asher Solomon Margulies.

38.     Plaintiff Jacob Margulies is an American citizen domiciled in Illinois and the father of plaintiffs Isaac Margulies, Simon Margulies and Asher Solomon Margulies.

39.     Plaintiff Ellyn Margulies is an American citizen domiciled in Illinois and the mother of plaintiffs Isaac Margulies, Simon Margulies and Asher Solomon Margulies.

40.     Plaintiffs Simon Margulies and Asher Solomon Margulies at all times relevant hereto are American citizens and the siblings of plaintiff Isaac Margulies.

41.     Plaintiff I.T.M., who was severely injured in a Hamas terrorist attack, at all times relevant hereto, is an American citizen domiciled in Israel, son of plaintiffs Nicholas Albert Merkin and Sharon Celine Stein, sibling to plaintiffs Jonathan Dov Merkin and Eytan Louis Merkin.

42.     Plaintiff Nicholas Albert Merkin is an American citizen domiciled in Israel and the father of plaintiffs I.T.M., Jonathan Dov Merkin and Eytan Louis Merkin. Plaintiff Nicholas Albert Merkin brings this suit individually and as natural guardian of his minor child plaintiff I.T.M.

43.     Plaintiff Sharon Celine Stein is an American citizen domiciled in Israel and the mother of plaintiffs I.T.M., Jonathan Dov Merkin and Eytan Louis Merkin. Plaintiff Sharon Celine Stein brings this suit individually and as natural guardian of her minor child plaintiff I.T.M.

44.     Plaintiffs Jonathan Dov Merkin and Eytan Louis Merkin, at all times relevant hereto are American citizens and the siblings of plaintiff I.T.M.

II.   **The Defendants**

45.     American Muslims for Palestine ("AMP") is an association initially founded in Illinois with national headquarters in Falls Church, Virginia. It lists as its address 6404 Seven Corners Place, Ste. N, Falls Church, VA 22044.

46.     Americans for Justice in Palestine Educational Foundation ("AJP"), doing business as American Muslims for Palestine, is a 501(c)(3) tax-

exempt organization incorporated in California and located at 6404 Seven Corners Place, Suite N, Falls Church, VA 22044-2034. AJP is the fiscal sponsor for AMP.

47.     U.S. Palestinian Community ("USPCN") was founded in 2007. USPCN is an affiliate of Popular Front for the Liberation of Palestine, a Foreign Terrorist Organization.

48.     Defendant SJP is an association of more than 200 university campus chapters. Each Defendant chapter is listed on Exhibit 1.

49.     Defendant National SJP was founded in 2010 by leaders of AMP and USPCN, two organizations linked to U.S.-designated terror organizations. Defendant National SJP is an umbrella organization comprised of all of the Defendant SJP chapters.

50.     Defendant, Codepink, is a is a 501(c)(3) tax-exempt organization with a mailing address listed as 578 Washington Blvd, #395, Marina Del Rey, CA 90292.

51.     Within Our Lifetime ("WOL") was previously known as NYC Students for Justice in Palestine until 2018 when co-founder and former chair of NYC SJP, Defendant Nerdeen Kiswani, rebranded the group as Within Our Lifetime.

52.     Defendant, Hatem Bazian, is a founding member of AMP and the founder of SJP. He is the chairman of the AMP national board.

53.    Defendant, Osama Abuirshaid, is the Executive Director and a board member of AMP.

54.    Defendant Abdelbasset Hamayel, is AMP's former executive.

55.    Defendant Magdi Odeh, is a founder of USPCN and AMP.

56.    Defendant Rafeeq Jaber, is a founder of USPCN. He was a speaker at AMP's inaugural conference in 2006 and is a regular speaker at AMP conferences.

57.    Defendant Hatem Abudayyeh, served as the first director of USPCN and currently leads the organization as the national chair.

58.    Defendant Taher Herzallah, is the Associate Director of Outreach and Community Organizing for AMP and serves as AMP's liaison to SJP and as a liaison between SJP chapters across the country.

59.    Defendant Saleh Sarsour, is an AMP board member. Salah Sarsour was the chairman of the 2006 convention where AMP was formed. Salah Sarsour is AMP's chapter coordinator and an important fundraiser. His business, Prime Furniture, sponsored AMP conventions and events, including the very first convention in 2006.

60.    Defendant, Shakeel Sayed, is an AMP board member.

61.    Defendant Munjed Ahmed, is an AMP board member.

62.    Defendant Nerdeen Kiswani, is the chairperson and co-founder of Defendant, Within Our Lifetime. Kiswani was an organizer and president of

the City University of New York School of Law's chapter of SJP. She was also co-founder and chair of NYC SJP which was renamed Within Our Lifetime. She was also the vice president and former president of SJP at Hunter College and at the College of Staten Island.

63.    Defendant Abdullah Akl, is a WOL organizer and also serves as the Director of Advocacy & Civic Engagement for the Muslim American Society;

## FACTUAL ALLEGATIONS

### The State of Israel Is Created and a Terror Front Is Formed to Destroy It

64.    The United Nations adopted the UN Partition Resolution in November 1947, which envisioned the creation of a Jewish State and an Arab State and was followed by the Declaration of the Independence of the State of Israel on May 14, 1948. The State of Israel was immediately recognized as a sovereign state by the United States and admitted as a full member-state of the United Nations. Nonetheless, since 1947, several Arab states and Palestinian terror groups have fought wars with Israel, rejected its right to exist and sought to destroy its very existence. These Palestinian terror groups have used every means available, including, but not limited to, war, suicide bombings, kidnappings, hijackings, economic and academic boycotts, and the launching of rocket barrages into the State of Israel.

65.     Following the signing of the Oslo Accords between Israel and the Palestine Liberation Organization ("PLO") in 1993, the Palestinian National Authority ("PA") was created and was given quasi-governmental responsibility for the administration of certain areas of land located in the West Bank of the Jordan River and in Gaza.

66.     The Arab-Palestinians radical rejectionist terror groups Hamas, Popular Front for the Liberation of Palestine ("PFLP"), Palestinian Islamic Jihad ("PIJ"), and others have not recognized Israel as a sovereign nation-state. These violent rejectionist groups banded together with others to form a rejectionist terror front, which continues to this day against the peace process, against Israel, and against people residing in and visiting the State of Israel.

67.     Over the years, this terror front has spread globally, including to the United States. Referring to this global terror outreach, Hamas, in a recent article on the website of its military wing, the al-Qassam Brigades, states:

68.     "In the context of talking about the soft power here of the Palestinian resistance, we say very clearly: It has transcended Palestinian geography to reach the entire global geography, and perhaps no liberation

movement during the past four decades has received such solidarity and desire for support."[5]

69.    This transcension is simply summed up in an April 19, 2024 Instagram post where a woman in New York, wearing a Keffiyeh, shouts, "We are Hamas! Yes! We're all Hamas, pig! Long live Hamas!"[6]

## Hamas Is a Global Movement Founded With the Mission of Destroying Israel

70.    In 1986, a secret meeting took place in Hebron consisting of seven people - Sheik Ahmed Yassin, Muhammad Jamal al-Natsheh, Jamal Mansour, Sheikh Hassan Yousef, Mahmud Muslih, Jamil Hamami and Ayman Abu Taha- at which the Palestinian Islamic Resistance Movement ("Hamas") was born.[7] Hamas was as an offshoot of the Muslim Brotherhood, a radical Islamic group founded in Egypt before World War II. Hamas ignited the outbreak of the first intifada, a Palestinian attack against Israel. Hamas is blatantly antisemitic and preaches anti-Israel propaganda. Hamas's charter calls for the destruction of Israel and the establishment of Islamic rule in all of Israel, Gaza,

---

[5] "The most important industry... the Palestinian fighting human industry" by Mahmoud Al-Rantisi, 01-25-2024, www.alqassam.ps/arabic/القسام-تقارير-أخبار (Arabic translated using Google Translate).

[6] https://www.instagram.com/reel/C55y2UVNuLy/?igsh=MWd2aGt2ZjI3MjFmaQ==

[7] *Son of Hamas*, by Mosab Hassan Yosef (2010, 2011)

and the West Bank. Hamas is also extremely anti-American and rejects achieving a peaceful resolution between Israel and the Palestinians.

71.    Hamas is divided into three interconnected wings: (1) a political organization; (2) Hamas's social service component (the "Da'wa"); and (3) a military operational wing known as the Izz-al-Din al-Qassam Brigades. Although these components have separate responsibilities, the Hamas organization operates seamlessly, with each component working together to conduct and support the military operations and achieve the illegal objectives of the terrorist group as a whole.

72.    Hamas works in full cooperation at many levels with the other Gaza-based FTOs, such as the PIJ. There is little to nothing that happens in Gaza that Hamas does not know about, approve of and support as it was, prior to October 7, 2023, in total control of Gaza.

73.    Under Hamas's rule, rocket fire aimed at the State of Israel from Gaza dramatically increased to such a degree that three counter-terror military operations (2008-2009, 2012, and 2014) were carried out by Israel to halt the rocket launches. Moreover, Hamas has regularly and repeatedly violated cease fires reached or brokered by others with Israel.

74.    Hamas siphons significant sums of money from charitable organizations and routes significant sums of money that it collects for charitable and humanitarian purposes to terrorist and military uses. Even the

funds utilized for charitable purposes free up other funds for specific terrorist acts. Hamas uses funds purportedly collected for charitable purposes (including funds of the United Nations Relief and Work Agency for Palestine Refugees in the Near East ("UNRWA")) to, among other things, provide weapons, explosives, the building of terror tunnels, weapons storage, safehouses and transportation of operatives, training, and salaries for its terrorist operatives and recruiters.

75.    Funds siphoned from allegedly reputable charitable and non-governmental organizations, such as UNRWA, directly support Hamas's military operations, including the launching of rockets and incendiary terror offensives. These funds also support Hamas's propaganda activities, which increase its fundraising, attract terror activists as recruits, broaden their influence and coercion, enhance their communication and public relations, spread their hate and their mandate, provide them international media and social media credibility and support, and promote Defendants National SJP and SJP antisemitic initiatives.

76.    Hamas is a self-described global movement and anti-United States. A quote in an article on the Hamas military wing's website states that "[t]he Hamas movement is…the hope of the Palestinian people at home and abroad…[and] has become the hope of the Arab, Islamic and free peoples in this world that suffers *from the injustice and oppression of the forces of*

*colonialism and tyranny led by the United States of America. Its protégé is the Zionist entity state and its allies around the world."*[8]

77.    In 2005, Israel unilaterally withdrew from Gaza, leaving it under the control of the Palestinian Authority ("PA"). Israel relocated all Israeli citizens who had been living in Gaza. The PA and Hamas have consistently incited intifadas to attack Israelis, and to teach its children to hate and murder Jews. In 2007, Hamas took over Gaza. Since it took control of the Gaza Strip in 2007, Hamas has continued to perpetrate countless terrorist attacks against Israel and innocent civilians within it, including suicide bombings, rocket launches, car bombings, and shootings. Hamas also has publicly represented that it intends to continue attacks against Israel until Israel is destroyed.

78.    On October 7, 2023, a new form of terror, not seen since the Holocaust, was inflicted by Hamas-controlled Gaza. Hamas launched its most atrocious attack yet into Southern Israel, when over 3,000 Hamas terrorists crossed into Southern Israel from the Gaza Strip and proceeded to brutally massacre, rape, burn alive, torture, and mutilate thousands of people, with 1,200 murdered, most of whom were civilians, including infants, women, children, and elderly (the "October 7 Attacks"). Hamas simultaneously

---

[8]"Enthusiasm and enthusiasm" by Wael Al-Manama, 12-14-2022, www.alqassam.ps/arabic/مقالات-القسام/7406/والانطلاقة-حماس (translated from Arabic to English with Google Translate) (emphasis added)

launched thousands of rockets at civilian targets in Israel. During the October 7 Attacks, the terrorists kidnapped more than 240 people (including infants and children) and forcibly took them into the Gaza Strip where they held them against their will in horrific conditions and sexually abused many of the girls and women.

79.     Following the October 7 Attacks, Israel responded with a military air and ground campaign in the Gaza Strip with the purpose of destroying Hamas's military capabilities, eliminating or arresting Hamas operatives, and rescuing the hostages.

## **Hamas Is Formally Designated As A Terrorist Organization**

80.     In 1997, the United States Secretary of State designated Hamas as a Foreign Terrorist Organization ("FTO") pursuant to Section 219 of the Immigration and Nationality Act and the Antiterrorism and Effective Death Penalty Act of 1996. The designation of Hamas as an FTO has been renewed every two years since 1997.

81.     In 2001, Executive Order No. 13224 designated Hamas a "Designated Foreign Terrorist Organization." That Executive Order also blocked all property and interests in property of Hamas. Designated entities under Executive Order 13224 are so designated if "the Secretary of State, in consultation with the Secretary of the Treasury and the Attorney General" has

determined that they "have committed, or…pose a significant risk of committing, acts of terrorism that threaten the security of U.S. nationals or the national security, foreign policy, or economy of the United States." Executive Order 13224, § 1(b).

## **Palestinian National and Islamic Forces ("PNIF")**

82.    In 2000, under the authorization of Yasser Arafat and the leadership of terrorist Marwan Barghouti, the Palestinian National and Islamic Forces ("PNIF") was formed as a coalition with the purpose of coordinating the agenda of its members and executing joint attacks against Israel.

83.    PNIF is a coordinating framework for several Palestinian national and religious factions, including five designated terrorist organizations: Hamas, PFLP, the Popular Front-General Command, PLF, and PIJ. The coalition was and remains an actual body of representatives from these member organizations, with an official logo and official declarations.

84.    To this day, terror organizations inside PNIF, including Hamas, play a critical leading role in its operations, philosophy, strategic planning and implementation of terror activities against Israel and the Jewish people. PNIF is divided on the regional level between the West Bank and Gaza with various committees on the district level.

85.    Hamas is one of the most prominent actors within PNIF in Gaza. Senior Hamas figures have served as representatives of the PNIF since its inception.

## The BDS and Its Ties to Hamas and Other Terrorists

86.    During the Second Intifada, Palestinian leadership adopted further strategies to embolden their resistance against Israel, including the enhanced strategy of boycotting Israel economically, academically, and diplomatically. Palestinian groups increased their use of anti-Israel civil society diplomacy to undermine Western support for Israel. One of these groups was the Palestinian Campaign for the Academic and Cultural Boycott of Israel ("PACBI").[9] PACBI formed in Ramallah in 2004 as a primarily academic-led organization comprising Palestinian professors operating out of Birzeit University.[10] PACBI set the tone of the Boycott Divestment and Sanctions ("BDS") movement by framing it as a struggle against "colonial oppression of the Palestinian people, which is based on Zionist ideology."[11]

---

[9] See PACBI, Twitter, https://twitter.com/pacbi?lang=en, April 15, 2022

[10] See Diker and Shay, The PACBI Deception: Palestinian Academic and Cultural Boycott of Israel (PACBI) Unmasked.

[11] "Call for an Academic and Cultural Boycott of Israel," Palestinian Campaign for the Academic and Cultural Boycott of Israel, July 6, 2004, https://bdsmovement.net/pacbi/pacbi-call, accessed April 15, 2022.

87.   "By framing its activism as simultaneously "anti-colonial" and opposed to Zionism—which is the belief in and support for a Jewish state in Jews' biblical homeland—PACBI and the BDS campaign embedded an ethno-religious conflict within broader left-wing narratives of anti-imperialism. Framing BDS within an 'anti-imperialist' narrative explains the movement's ability to appeal to progressive Western academia."[12]

88.   On July 9, 2005, more than 170 Palestinian political parties, unions, associations, coalitions, and organizations, representing "Palestinian refugees, Palestinians under occupation and Palestinian citizens of Israel," in furtherance of their planned campaign of terror against Israel, endorsed the Boycott Divestment and Sanctions Call ("BDS Call").

89.   PNIF—which is comprised of several FTOs, including Hamas—backed the BDS Call and facilitated its acceptance by major sectors of Palestinian civil society globally. In the months and years following the BDS Call, Palestinian civil society activists and pro-Palestinian activists abroad began meeting to organize and formalize the BDS campaign globally as another means of terror against Israel. As elaborated on below, AMP, National SJP and SJP chapters across the United States have adopted the BDS Call and

---

[12] The Company They Keep, Organizational and Economic Dynamics of the BDS Movement, a report by the National Association of Scholars, by Dr. Ian Oxnevad, April 2023.

have joined in and conspired with the BDS campaign as a means of terror against Israel and as a means of materially supporting Hamas.

90.    In 2007, PACBI helped found the Palestinian BDS National Committee ("BNC"), which serves as a coalition of organizations advocating for punitive economic measures against Israel.[13] Since the founding of the BNC, which includes Foreign Terror Organizations, PNIF has been a leading member of the BNC, steering its vision and agenda.

91.    The BNC was established "as the Palestinian coordinating body for the BDS campaign worldwide," with the role of strengthening and spreading "boycott as a central form of civil resistance."[14] However, the real purpose of the BNC movement is the elimination of Israel as a sovereign nation-state.

92.    PNIF, in several official published statements, called for Palestinian civil society "to reinforce national directives to boycott Zionist Israeli and American products and especially to boycott normalization projects" and for leaders to "sever all political and economic ties with the Israeli enemy."

93.    However, PNIF not only called on civil society institutions and

---

[13] Rosen and Leibovitz, "BDS Umbrella Group Lined to Palestinian Terrorist Organizations."

[14] https://bdsmovement.net/pt/bnc

organizations to boycott, but also expressed its desire to partner with them to integrate them into the use of terror. Collaboration between PNIF and civil society institutions was a strategic decision made by PNIF to expand the use of terror and gain widespread popular support globally.

94.     PNIF's involvement in the BNC and its significance goes beyond paper and its listing as the first member coalition in the BNC. PNIF propelled the boycott strategy back in 2000 and pushed the BDS Call to the "higher ups" in 2005. PNIF is the official representation of all the political national and Islamic factions, without which the BNC would not have the power it has gained in pushing its agenda to use BDS as another form of terror in its quest to remove Israel as a sovereign nation-state and to remove the Jewish people from the lands of Israel. The BNC itself has referred to PNIF as a key player inside the BNC.

95.     PNIF itself has stated that the BDS campaign against Israel is part of the Palestinian national strategy against Israel.

96.     There is also a PNIF representative on the BNC Secretariat and significant overlap in PNIF/BNC personnel, as the organizations are intertwined and unified in their commitment to terrorize and demonize Israel and to spread that demonization of Israel globally.

## Hamas Has Established a Network in the United States Through a Web of Organizations

97.     For more than 20 years, Hamas has extended its influence to the "free people of the world." A web of organizations linked to Hamas formed and then disappeared in the United States, only to reappear as newly formed Hamas-linked organizations shrouded in secrecy to conceal such connections to Hamas. The Hamas organizational network in the United States includes and incorporates Defendants AMP/AJP, USPCN, National SJP, SJP, WOL, and Codepink.

98.     In 2000, the parents of David Boim, a student who was murdered by Hamas operatives as part of a terror attack in Jerusalem, initiated a lawsuit in the United States District Court for the Northern District of Illinois (the "*Boim* Action"). The Boims brought claims under the civil liability provisions of the ATA, 18 U.S.C. § 2333(d)(2).[15] Among the defendants in the *Boim* Action were the Holy Land Foundation for Relief and Development ("HLF"), the American Muslim Society ("AMS"), and AMS's alter egos operating under the name Islamic Association for Palestine ("IAP", together with AMS, "IAP/AMS"). The *Boim* Action culminated in a $156 million judgment against these organizations under the ATA for providing material support to terrorist organizations (the "*Boim* Judgment").

---

[15] *Boim v. Quranic Literacy Institute et al.,* 127 F. Supp. 2d 1002 (N.D. Ill. 2001).

**The Holy Land Foundation (HLF)**

99.    HLF was founded in Indiana in 1988 as the Occupied Land Fund, one year after the founding of Hamas and with funds supplied by a senior leader of Hamas, Mousa abu Marzook. HLF was later incorporated in California in 1991 and renamed to the Holy Land Foundation. HLF moved to Texas in 1992 and was located across the street from the business of Ghassan Elashi, Infocom Corporation. Infocom and Elashi were convicted in 2005 for dealing in the property of a Specially Designated Terrorist and conspiracy to commit money laundering. The violations included sending money to Marzook.

100.   On December 4, 2001, HLF was designated as a terrorist organization and its assets were frozen by the FBI and Treasury. Treasury officials stated that HLF's primary purpose had been to subsidize Hamas. In January 2002, while HLF's leaders were being investigated by the government, HLF's leaders helped launch and were active in a purportedly new organization—KindHearts for Charitable Relief and Development ("KindHearts").

101.   KindHearts was nothing more than a new legal entity created to front the same pro-Hamas organization first established by HLF nearly two decades earlier. KindHearts shared a bank account and employees with HLF. IAP raised funds for KindHearts. Future AMP President Hatem Bazian spoke at a KindHearts fundraiser in 2004. Former IAP leaders and Defendants

Osama Abuirshaid and Abdelbasset Hamayel became KindHearts fundraisers and organizers after IAP closed down.

102.   HLF's efforts to continue its operations while hiding under a different name were ultimately unsuccessful. On February 19, 2006, the United States Treasury Department invoked a "Block Pending Investigation" and froze the assets of KindHearts, stating that the organization was the "progeny" of HLF, and that it provided "support for terrorism behind the facade of charitable giving." KindHearts disbanded in 2011.

103.   In 2008, five individuals, including three HLF officers (Shukri Abu Baker, Ghassan Elashi and Mohammad El-Mezain), the director of HLF's New Jersey office (Abdulrahman Odeh), and a speaker and entertainer at HLF's fundraising events (Mufid Abdulqader), as well as HLF as an organization were convicted of violating the anti-terrorism laws for providing assistance or material support to Hamas. In a comprehensive 96-page opinion, the United States Court of Appeals for the Fifth Circuit upheld the convictions.[16] By the time the Fifth Circuit's decision was handed down, HLF claimed that it had ceased to function as a distinct organization.

---

[16] United States v. El-Mezain, 664 F.3d 467 (5th Cir. 2011).

**The Islamic Association for Palestine (IAP)**

104.   An entity or group of persons and entities operating under the name "Islamic Association for Palestine" ("IAP") operated continuously in the United States from the time it was established in the early 1980s until it closed. In 1981, Khaled Mishal directed the creation of IAP. Khaled Mishal was then a senior member of the Muslim Brotherhood in Gaza and from 2004 until May 2017 was the leader of Hamas. Khaled Mishal described IAP as one of the "first pillars of Hamas." On August 22, 2003, Khalid Mishal was designated as a Specially Designated Global Terrorist. IAP acted as the primary voice and propaganda arm for Hamas in the United States. It published Arabic-language newspapers directed to the Palestinian population in the United States advocating Hamas doctrines, it issued Hamas press releases and communiqués, and published the Hamas charter, which explicitly calls for the destruction of Israel and the murder of Jews.

105.   In 1983, Marzook was tasked to strengthen IAP. Marzook transferred $150,000 to both IAP and HLF. A native of the Gaza Strip, during his time in the U.S., Marzook developed several personal networks and public organizations devoted to supporting Hamas in Palestine. On August 29, 1995, Marzook was designated by the U.S. Department of the Treasury as a Specially Designated Terrorist. He was expelled from the United States in 1997. During his deportation hearing, he admitted to being the head of Hamas political wing

in the U.S. After leaving the U.S, Marzook went on to become one of Hamas's most senior leaders.[17]

**American Muslim Society (AMS)**

106.   AMS was incorporated in Illinois in 1993. In 1994, AMS applied for the name of "Islamic Association for Palestine in Chicago." Prior to its incorporation, AMS's principals acted as the local chapter of IAP. The AMS group took over leadership of IAP in 1996, with Rafeeq Jaber as its president. During the *Boim* Action, AMS was both the Chicago branch and the national office of IAP, and it was the primary voice for Hamas in the United States. Although it was formally a separate corporate entity, the Seventh Circuit Court of Appeals ultimately determined that AMS was in reality one of the various alter egos of the IAP umbrella organization and pursued the same objectives and mission.

107.   One of the core missions of IAP/AMS was to promote and facilitate funding for Hamas. As explained in a comprehensive summary judgment ruling in the *Boim* Action:

108.   "Turning to the question of whether IAP and AMS desired to help Hamas' activities succeed, and, in fact, engaged in some act [to help] those

---

[17]   https://extremism.gwu.edu/sites/g/files/zaxdzs5746/files/2023-10/hamas-networks-final.pdf

activities succeed, the record contains an abundance of evidence that both of these propositions is, in fact, true."[18]

109.   IAP/AMS and HLF leaders also established close and consistent relations with Hamas leadership in Gaza and the West Bank. In 1988, Abdullah Azzam, who founded Al-Qaeda with Osama bin Laden, was the featured speaker at the annual IAP conference. Azzam made an impassioned plea at the conference to donate funds to Hamas and referred explicitly to Sheikh Ahmed Yassin, the terror group's spiritual leader in Gaza, as a worthy recipient of donations. Sheikh Said Mohammed Siyam, one of Hamas's most senior political and military leaders from Gaza and a protégé of Hamas co-founder Sheikh Abdel Aziz al-Rantissi, spoke at the 1989 convention.

110.   HLF top fundraiser Mufid Abdelqader was the half-brother of head of Hamas's political bureau Khaled Meshal. Abdelqader and Meshal were the cousins of top HLF official Akram Meshal and the brothers of Mufida Abdelqader, who married the son of top HLF speaker and fundraiser for Hamas Mohammed Siam. A daughter of Siam, Raida, married Islam Siam, another HLF official. Shukri Abu Baker was HLF President and CEO and the brother of Hamas leader Jamal Issa (Jamal Abu Baker). He was also a member of IAP National's advisory board. Mousa Abu Marzook is the cousin of

---

[18] *Boim v. Quranic Literacy Institute*, 340 F. Supp. 885, 908 (N.D. Ill. 2004).

Mohammed El Mezain, who was HLF's Director of Endowments and his wife, Nadia Elashi, is the sister of Ghassam Elashi, HLF's Chairman of the Board, who also set up IAP in California.[19]

111.   In 2004, individuals openly affiliated with HLF and IAP/AMS faced considerable legal peril. By 2005 elements of the United States Hamas network (most notably HLF and its principals) had been indicted by the federal government for their connections with Hamas. Fawaz Mushtaha, who was an IAP board member through 2004, fled the United States; a substantial trove of Hamas data was found buried in the backyard of his former residence. The data was important evidence in the government's criminal case against HLF.

112.   When time came to pay the *Boim* Judgment, IAP/AMS and HLF claimed to be out of business and to have ceased operations. HLF's monetary assets had been seized by the United States, HLF and several of its leaders were subsequently convicted of terrorist activity. IAP/AMS said that they were ceasing operations and had few assets left because of the burden of the *Boim* Judgment.

**American Muslims for Palestine (AMP)**

113.   At the end of 2005, an organization emerged under a new name, "American Muslims for Palestine" ("AMP"), with the same fundamental

---

[19]    https://www.investigativeproject.org/case_docs/us-v-holy-land-foundation/ 2301/hlfs-familial-relationships-to-hamas- leaders-overseas.pdf

mission and purpose of IAP/AMS. In 2009, AMP leaders incorporated Americans for Justice in Palestine ("AJP") as a Section 501(c)(3) organization to provide fundraising capabilities. [20] AJP later became the operating entity for the organization and is now doing business as AMP.

114.    Following the *Boim* Judgment, IAP/AMS and HLF faced intense scrutiny from the enforcement proceedings in the *Boim* Action as well as from criminal prosecutions being pursued by the Department of Justice. The timing of the formation of AMP coincided precisely with the shutdown of its predecessors, IAP/AMS. The organizers referred to this initial phase of AMP on a Yahoo bulletin board as the "transition." Among the initial organizers of the "transition" group were Hatem Bazian and Magdi Odeh. Each had previously had a role with IAP/AMS or HLF. At least four individuals who worked for or on behalf of HLF went on to work for or on behalf of AMP.

115.    The AMP organization that emerged strikingly replicated the IAP/AMS organization that had ostensibly shut down under the burden of the *Boim* Judgment and ongoing criminal prosecutions. AMP ended up with largely the same core leadership as IAP/AMS; it serves the same function and purpose; it holds nearly identical conventions and events with many of the same roster of speakers; it operates a similar "chapter" structure in similar

---

[20]    "#GazaUnderAttack," SalsaLabs, accessed November 11, 2023. (https://palestine.salsalabs.org/ampdonate2023/index.html)

geographic locations; it continues to espouse Hamas's terrorist ideology; and it continues to facilitate fundraising for groups that funnel money to Hamas. Utilizing and attaching this former IAP/AMS leadership was critical to AMP moving forward and achieving success. According to AMP President Hatem Bazian, Osama Abuirshaid's "involvement….(was) a necessity…." Abuirshaid was the editor of IAP's newspaper. He is now AMP's executive director. Former IAP/AMS board member and manager Abdelbasset Hamayel testified in *Boim* that he was brought into AMP to "help the organization start functioning," exactly as he had done for IAP/AMS.

116.   The new AMP/AJP entities have continued to occupy the same role in Hamas's international fundraising and propaganda network as the IAP/AMS organization once held. They continue to maintain the IAP/AMS organization's position as the most prominent Islamic organization in the United States acting on behalf of Hamas. AMP resulted from an effort to re-create an organization that would continue to play IAP/AMS's role after IAP/AMS shut down.

117.   Defendant, Abuirshaid, the executive director of AMP, regularly publishes articles in English and Arabic promoting Hamas and has also published interviews that highlight his communications with Hamas leader

Abu Marzook and other Hamas leaders in Gaza.[21] In 2014, Abuirshaid was featured in an article on the website of Hamas's self-declared military wing, the al-Qassam Brigades.[22] In November 2021, Abuirshaid attended a conference in Jordan titled "Towards the Features of a New Arab Strategy to Deal with the Arab-Israel Conflict" that included representatives from Hamas and the PFLP.[23]

118.   AMP leaders and members have been vocal in the United States for their support of Hamas's terrorist agenda. The Canary Mission put out a video with some of the following quotes[24]:

- Hatem Bazian, Chairman and AMP founder, on social media, "The 'Jewish nation' is the central myth of Zionism. It needs to be dismantled."

- Naveen Ayesh, Executive Director, AMP Missouri posts on social media, "I want to personally set Israel & all the Israelis in it on fire &watch them burn to ashes. Burn you bastards."

- Mohamad Habehh, Director of Community Outreach, AMP NJ on social media, "Who said Arabs are trained to hate Jews?? What we

---

[21] Osama Abuirshaid, "The dialectic of religion and politics in Hamas' thought and practice," Loughboro University, March 22, 2013.

[22] Osama Abuirshaid, "عرب يمكرون بمقاومة غزة"[Arabs are plotting the Gaza resistance," Al-Qassam (Palestinian مقالات-القسام/4746/عرب-/Authority), July 19, 2014. (Archived version available at https://www.alqassam.ps/arabic (عزة-بمقاومة-يمكرون)

[23] "Head of Palestinian American lobby group joins conference with terror-group members," Jewish News Syndicate,

December 3, 2021, https://www.jns.org/head-of-palestinian-american-lobby-group-joins-conferencewith-terror-group-members/, accessed May 1, 2022.

[24] CanaryMission.org/AMPifNotNow

have towards them is natural."

- Leena Yousef, AMP Chicago activist on social media, "I believe in holocaust. One of my fav *[sic]* parts of history." "Remember Hitler?? He shoulda *[sic]* finished them allllll *[sic]* off."

- Taher Herzallah, Associate Director of Outreach and Grassroots Organizing in a speech, "What if, as Muslims, we wanted to use violent means to resist occupation? Is that wrong?"

119.    AMP frequently hosts conventions which attract thousands of people at which terrorist-affiliated speakers are featured. At the 2011 AMP convention speakers included, Defendant Rafeeq Jaber, Defendant Taher Herzallah, Jamal Said (unindicted co-conspirator in the HLF trial), and Sarah Mufid Abdulqader (daughter of one of the convicted HLF members). Munjed Ahmad, then AMP vice chairman, spoke and claimed that AMP is "the means to the end. The end is that we will all be in Palestine, a free Palestine…" and AMP "is the only organization in the United States that has decided to take this challenge under the banner of Islam."[25]

120.    As detailed in the chart below, the leadership of both IAP/AMS and AMP consisted of several individuals which substantially overlapped:

---

[25]    https://www.meforum.org/campus-watch/19673/american-muslims-for-palestine-web-of-hamas



121. The continuity in leadership between IAP/AMS and AMP is obvious and striking. "In typical [Muslim Brotherhood] fashion, IAP, HLF and other entities of the MB/Hamas network in the US were founded and operated by a small group of men who for the most part originated from the same towns in Palestine, had long known each other, were often tied to one another by kinship and/or business ties, and, most importantly, shared the same adherence to the MB/Hamas worldview."[26] This same group of men founded AMP in the U.S. to continue the Hamas enterprise in the U.S.

---

[26]   https://extremism.gwu.edu/sites/g/files/zaxdzs5746/files/2023-10/hamas-networks-final.pdf

122.   AMP is a front and the new name for the same terrorist enterprise previously conducted by IAP/AMS. They have inherited and purposefully made use of IAP/AMS's goodwill, knowledge, reputation, networks, donors, fundraising capabilities, and other valuable intangible assets to carry out the same fundamental mission and activities as IAP/AMS. They have also continued IAP/AMS's informal methods of operation, with no accountability to any members; with a small, unelected board of directors that has few formal meetings and virtually no minute books or formal resolutions; and a disdain for basic corporate practices and separateness. In every meaningful respect, AMP is nothing more than a disguised continuance of IAP/AMS— stripped of



the burden of the *Boim* Judgment and the ignominy of having been found liable for aiding and abetting the murder of an American teenager. AMP is the alter

ego and successor of IAP/AMS and, since its founding, has carried on the Hamas conspiracy in the United States.

123. The IAP/AMS organization's most valuable and critical assets were the intangible assets that enabled it to raise money, propagate its message, build its network and power, and achieve its political objectives. The constant hard work of the organization and its leaders over two decades had made the organization, in IAP National's words, "the largest Muslim, Arab, and Palestinian American grassroots organization dedicated to the cause of Palestine." The IAP/AMS organization's substantial standing in the Palestinian community was untarnished by the fact that it and its partner, HLF, and certain of its leaders had been found liable for violation of the ATA. The leaders of IAP/AMS were well-connected with Hamas leadership in Gaza, which vivified the organization, provided it with legitimacy in its community and afforded direction on what political line to adopt. The IAP/AMS organization's valuable intangible assets and connections to Hamas simply transitioned to AMP.



https://docs.house.gov/meetings/FA/FA18/20160419/104817/HHRG-114-FA18-Wstate-SchanzerJ-20160419.pdf

**US Palestinian Community Network (USPCN)**

124.    US Palestinian Community Network ("USPCN") was founded in 2007 by former IAP/AMS members, Rafeeq Jaber, former IAP/AMS president, and Magdi Odeh, former IAP employee. Both are listed on USPCN's incorporation documents. USPCN is an affiliate of the PFLP, a Foreign Terrorist Organization. Jaber was a founder of AMS and president of IAP and remained the president and a director of IAP/AMS until the end and directed

the purported wind-up of these organizations in 2004 and 2005. Additionally, Hatem Abudayyeh, who served as the first director of USPCN and currently leads the organization, was raided by the FBI in 2010 for suspected terror financing. He also served as the spokesperson for convicted Palestinian terrorist Rasmea Odeh's Defense Committee.

125.   The establishment of IAP/AMS and HLF by Hamas-affiliated leaders, the financial and other support funneling back and forth between these associations and Hamas, the overlapping of terrorist-affiliated leadership of IAP/AMS, HLF and AMP, and the evolution of defunct IAP/AMS and HLF into AMP show how the terror organization, Hamas, operates. For decades, Hamas has formed a discreet worldwide web of associations quietly working together, conspiring with, and materially supporting the Hamas terrorist agenda. As elaborated on below, this worldwide terrorist conspiracy web was continued when AMP and USPCN formed National SJP to infiltrate the Hamas terrorist agenda into the SJP chapters across the United States and to garner support for Hamas from students across the United States to form the student arms of Hamas.

## Hamas Is Generously Funded by a Global Network of Terrorism

126.   Hamas's international funding and support network had its origins with the Muslim Brotherhood even before Hamas was founded. Beginning in the 1950s, the International Muslim Brotherhood, through its

"Western Brothers," took root in the United States establishing an intricate network of interconnected organizations and activists to promote and fund its goals. Among those groups and activists in the United States was the "Palestine Committee" established by Brotherhood leaders in Gaza and the United States in the 1980s to publicly support and fund the emerging terror network.

127.   After Hamas was established in 1987, "[t]he International Muslim Brotherhood directed its Palestinian Committees throughout the world, including in the United States, to help Hamas."[27] The Palestine Committee then created a group of organizations, run by a small group of identifiable activists, to fulfill this mandate. These were not membership organizations. They were controlled by a small group of self-appointed leaders who paid little if any attention to corporate forms or legal requirements. The Palestine Committee in the United States established three related entities with distinct roles and tasks to carry out the mission of helping Hamas, IAP AMS, and HLF. "These three organizations, each operating in its field but all deeply interconnected, constituted the public face of the secret structure of the [Muslim Brotherhood/Hamas in America."[28] As internal Palestine Committee

---

[27] See Order, *United States v. Holy Land Foundation*, No. 04-CR-00240 (N.D. Tex. May 24, 2010) [Dkt. 1447, p. 9].

[28] https://extremism.gwu.edu/sites/g/files/zaxdzs5746/files/2023-10/hamas-networks-final.pdf

documents obtained by the FBI confirm, IAP and HLF constituted the main entities of the public-facing, pro-Hamas machinery set up by Musa Abu Marzook, the head of the Palestine Committee.[29]

128.   HLF acted as a direct financial conduit to Hamas institutions and was referred to by its leaders as "the Treasury" or "the Fund." HLF operated as Hamas's chief U.S. fundraising source from 1993 to 2001.[30] In 2001, the U.S. Treasury designated HLF as a source of financing for Hamas.[31] On August 8, 2002, the United States District Court for the District of Columbia issued a written opinion in *Holy Land Foundation for Relief and Development v. Ashcroft*, 219 F.Supp. 2d 57, 70 (D.D.C. 2002) finding that "between 1992 and 1999, HLF contributed approximately 1.4 million dollars to eight Hamas-controlled "zakat" (or charity) committees....HLF grant lists also establish that, between 1992 and 2001, HLF gave approximately five million dollars to seven

---

[29]       https://www.investigativeproject.org/case_docs/us-v-holy-land-foundation/2962/central-committee-organization- chart.pdf

[30] "Shutting Down the Terrorist Financial Network," US Department of the Treasury Press Release, December 4, 2001.

[31] Jonathan Schanzer, Congressional Testimony: "Israel Imperiled: Threats to the Jewish State", Joint Hearing before House Foreign Affairs Committee, Subcommittee on Terrorism, Nonproliferation, and Trade and the Subcommittee on the Middle East and North Africa, Washington, DC, April 19, 2016, available at: https://docs.house.gov/meetings/FA/FA18/20160419/104817/HHRG-114-FA18-Wstate-SchanzerJ-20160419.pdf?ref=stanfordreview.org

other Hamas-controlled charitable organizations, including a hospital in Gaza."

129. IAP functioned as a promoter and fund-raiser for the network of front organizations supporting Hamas, including by promoting HLF and by directing donors to give money to HLF. One of the core missions of IAP/AMS was to promote and facilitate funding for Hamas and Hamas ideology and political positions. As explained in the summary judgment ruling in the *Boim* Action: "IAP and AMS (as well as the various organizations within the national IAP umbrella) contributed money, on a number of occasions, to HLF, and routinely and consistently encouraged people to donate money to HLF, and otherwise assisted in HLF's fundraising endeavors."[32]

130. AMP, as the successor to IAP/AMS and HLF, has indirectly provided material support to Hamas by arranging to have payments sent to purported charitable organizations, which act as intermediaries. At its annual conventions, AMP sets aside space for a variety of vendors and organizations that are also event sponsors—just as IAP did at its annual conventions. Prominent among these sponsors are charities devoted to the Palestinian cause, including (among others) Baitulmaal, Inc., Zakat Foundation, Islamic Relief and United Muslim Relief, and Union of Good. These organizations raise

---

[32] *Boim v. Quranic Literacy Institute,* 340 F. Supp. 885, 910 (N.D. Ill. 2004).

funds at the AMP conventions to send overseas for the ostensible purpose of "ameliorating the suffering in Gaza." Each of these organizations has close connections with Hamas and disburses funds through Hamas operatives.

131.   Hamas actively raises funds from a worldwide network of sources, including from the United States. On the Hamas military wing's website, Abu Ubaida, the Hamas military spokesperson, tweeted in 2019:

> "Today we will begin sending hundreds of millions of messages directed by the Al-Qassam Brigades to the phones of millions of the people of our Arab and Islamic nation and the free people of the world in eight different languages. They are reliable and correct messages and aim to facilitate the process of supporting the resistance and jihad with money. We call for dealing with, promoting and disseminating these messages."[33]

132.   Hamas receives much of its financing through the global network of charities known as the Union of Good, which is operated by the Muslim Brotherhood and was headed by the late Dr. Yussuf al-Qaradawi, an extremist Sunni Muslim scholar based in Qatar who was on the U.S. Watch List and notorious for his antisemitic views. The Union of Good, in turn, raises funds that are, in part, channeled through an entity known as the Palestine Relief and Development Fund and/or Interpal. The Union of Good is comprised of more than fifty Islamic charitable foundations worldwide. The U.S.

---

[33]   Al-Qassam   Brigades   2019-07-03,   www.alqassam.ps/arabic/twitter   (Arabic translated using Google Translate).

Government has designated several of these foundations, including Interpal, as Specially Designated Global Terrorists. HLF, the predecessor of AMP, was one of the members of the Union of Good and a large financier of Hamas.

133.   Baitulmaal, Inc., which was designated in 2008 by the United States Department of the Treasury as a Specially Designated Global Terrorist group, is one of three United States charities on the "approved list" of the Union of Good. Gaza-based Unlimited Friends Association for Social Development ("UFA") is closely aligned with senior Hamas leaders and openly states that it provides support to the children of "martyrs," a code-word for deceased Hamas terrorists. UFA openly states that it channels funds from Baitulmaal to the "families of martyrs of the Palestinian people." UFA and Baitumaal share staff. Baitulmaal is a consistent supporter of AMP and has sponsored numerous AMP events including its conventions.

134.   UFA receives direct support from additional AMP event sponsors including Helping Hands for Relief and Development, the Zakat Foundation of America, and United Muslims Relief. These funds are raised at AMP conventions. In August 2015, AMP, under the supervision of Abuirshaid, organized an event in Detroit, Michigan on behalf of United Muslim Relief that raised approximately $200,000. In 2016, a poster on the AMP's Facebook page called upon the public to donate money through the "Al Meshkah Charitable

Society." Al Meshkah is a conduit to Hamas and was so designated by the Government of Israel in February 2008.

135.   AMP has also continued to provide material support to Hamas through its open fundraising support for a pro-Hamas organization called Viva Palestina. This intermediary organization is the creation of George Galloway, a member of the British Parliament. It claims to provide "humanitarian aid" to the Palestinian people. This aid consists of money and assistance provided directly to Hamas. In March 2009, the Viva Palestina activists arrived in Gaza with funds and equipment. The "activists" were received, and Galloway was personally thanked, by Ahmed Al-Kurd, Hamas' Minister of Social Welfare. (The U.S. Department of the Treasury had, on August 7, 2007, previously designated Al-Kurd and the Al- Salah Society, a charity that Al-Kurd operates in Gaza, as a "front for Hamas.") Galloway handed substantial sums of money and equipment directly to Hamas leader Ismail Haniyeh, stating, "But I, now here, on behalf of myself...are giving three cars and £25,000 in cash to Prime Minister Ismail Haniya. Here is the money. This is not charity. This is politics."[34] This "gift" was a small portion of the funds and equipment that was given to Hamas by Viva Palestina. The beneficiaries included the same organizations in Gaza that had been funded by HLF.

---

[34]     https://www.memri.org/tv/british-mp-george-galloway-defies-international-sanctions-against-hamas-and-compares-tony-blair

136.   Galloway has paid tribute to AMP "who of all the organizations with which I've worked here in the United States are far and away producing the biggest meetings and the biggest fundraising, and I want to congratulate them on that. In New Jersey, they organized a fundraising dinner to which I spoke. We raised $360,000 in two hours." AMP hosted numerous fundraising events for Galloway and Viva Palestina, including on January 30, 2010 in Secaucus, New Jersey where Galloway asked the audience "to give me something to go back to Gaza with…" Other fundraisers for Viva Palestina included (a) in Minneapolis in June 2009 hosted by AMP board member Hussein al-Khatib, (b) in Brooklyn, New York on May 21, 2010, and (c) in Chicago, Illinois on May 23, 2010. Abuirshaid was a frequent speaker at these events in support of Galloway and Viva Palestina. By organizing and supporting fundraisers for Viva Palestina with knowledge that the funds were being sent directly to Hamas and Hamas-supported organizations, AMP continued an IAP/AMS core mission of raising funds for Hamas.

137.   Given AMP's active fundraising for organizations who send those funds to Hamas, AMP provides both direct and indirect financial support to Hamas. In the *Boim* Action, Magistrate Judge Keys found indirect support to be a basis for IAP/AMS's liability under the ATA. "Nor should donors to terrorism be able to escape liability because terrorist and their supporter

launder donations through a chain of intermediate organizations."[35] The Seventh Circuit likewise held that such indirect support was material support for Hamas that could give rise to liability under the ATA.

### SJP and National SJP Are Founded by Organizations and Individuals Linked to Terror

138.   The roots of SJP and National SJP were planted several years before their actual establishment. The Palestine Committee strongly opposed the Oslo Peace Accords signed in 1993. Members of the Palestine Committee decided to convene a meeting to discuss strategy and their opposition to the peace treaty in a hotel in Philadelphia (the "Philadelphia meeting") attended by top leaders of the Hamas support network in the U.S. (IAP/AMS and HLF). The FBI placed wiretaps inside the hotel.

139.   During the Philadelphia meeting, the Hamas-affiliated attendees discussed the need to "educate" the American Muslim community by convincing them that the peace accords harmed the Palestinians, and that Hamas was the only force worth supporting. The meeting attendees encouraged the spreading of this message among the youth. "We don't want the children of the [American Muslim] community who are raised here in schools and in Islamic schools and non-Islamic schools to grow up surrendering

---

[35] *Boim v. QLF*, 340 F. Supp. 2d at 910.

to the issue of peace with Jews," stated one unidentified speaker, "I mean, we don't see in ten years the growing generation in America surrendering to peace with Jews. Therefore, there must be curricula and teaching materials which spread in Islamic schools and in weekend schools." Another speaker suggested the use of annual conferences to disseminate books and introduce speakers who could raise awareness over the need to support Hamas. One speaker stressed the need to increase the Committee's "influence with Congress." "This can be achieved by infiltrating the American media outlets, universities and research centers."[36] This 1993 meeting by Hamas-affiliated leaders marked the beginning of the spread of the Hamas network to the youth in the U.S. to create a student arm of Hamas.

140.  To this day, Hamas propounds this ideology of creating a global youth network of Hamas supporters. In an April 26, 2023 article on the Hamas military wing's website, a member of the Hamas movement's leadership abroad, Hisham Qassem, called "on our revolutionary youth to mobilize in general, and to unite in Al-Aqsa, in defense of it, to confront the Zionist

---

[36] The wiretaps of the Philadelphia meeting were introduced as evidence in the 2007 Holy Land Foundation trial through dozens of separate documents, all publicly available (see NEFA Foundations' website: http://www.nefafoundation.org/hlfdocs.html). For a detailed summary of the wiretaps, see Josh Lefkowitz, "The 1993 Philadelphia Meeting: A Roadmap for Future Muslim Brotherhood Actions in the U.S.," NEFA Foundation report, November 15, 2007.

incursions. He called on the Arab and Islamic nation, its peoples and leaders, and all the free people of the world to support Al-Aqsa."[37]

141.   SJP and National SJP are an outgrowth of AMP, an organization whose leaders are members and supporters of Palestinian and Islamist terror organizations. AMP supports various SJP chapter initiatives and provides financial support as well. SJP campus chapters are encouraged to reach out to AMP to trade strategies and get non-students to attend student government meetings about divestment.[38]



---

[37]   https://www.alqassam.ps/arabic/news/details/18838 "Qasim Calls on the Revolutionary Youth to Mobilize in Support of Al-Aqsa" (Arabic translated using Google Translate).

[38]   https://forward.com/community/393199/students-for-justice-in-palestine-relies-on-a-network-of-hate/

https://gop-waysandmeans.house.gov/wp-content/uploads/2023/11/Schanzer-Testimony.pdf

142.   SJP was founded at the University of California, Berkeley as an offshoot of General Union Of Palestine Students at San Francisco State University ("GUPS"), in 2001 by Hatem Bazian who was a GUPS leader when he studied at SFSU.

143.   Defendant SJP is an association of now more than 200 university campus chapters.

144.   In June 2010, the terrorist-linked USPCN organized the Palestine Program at the US Social Forum (the "Forum").[39] National SJP was organized and founded at the Forum. The Forum was in part sponsored by the BNC. The primary constituent of the BNC is the PNIF which is composed of five U.S.-designated terrorist organizations: Hamas, the Popular Front for the Liberation of Palestine, the Popular Front—General Command), the Palestine Liberation Front, and Palestinian Islamic Jihad.[40]

145.   The Forum provided the backdrop and venue for AMP's establishment of National SJP. The US Social Forum Palestine Program

---

[39] US Social Forum, "Welcome to Palestine at the US Social Forum!" published 10/10/11, accessed 07/19

[40]   https://isgap.org/wp-content/uploads/2019/10/NSJP-2019-ISGAP-Report-Long-Version.pdf

included an AMP call to establish SJP National and provided AMP's phone number as the contact.[41]



https://isgap.org/wp-content/uploads/2019/10/NSJP-2019-ISGAP-Report-Long-Version.pdf

146.   AMP has always operated as an enterprise driven by a core group of like-minded individuals. As elaborated on above, this core group of individuals is largely the same group that ran IAP/AMS seeking to continue the same enterprise. Much like the chapter-based approach employed by its predecessor, IAP/AMS, the successor, AMP, adopted a similar strategy to expand its influence and propagate its terrorist ideologies across the United States. This included modeling National SJP into a similar chapter system to

---

[41]https://isgap.org/wp-content/uploads/2019/10/NSJP-2019-ISGAP-Report-Long-Version.pdf

broaden its presence across college campuses. It is no coincidence that Americans for Justice in Palestine, which is now doing business as AMP, has a similar name to Students for Justice in Palestine. AMP/AJP established National SJP for the purpose of expanding the Hamas network and creating a student arm of Hamas.

147. BNC frequently collaborates with National SJP by hosting speakers at national conferences. Many of the speakers speak about the BDS campaign as a means of terror against Israel. AMP is a leading driver of the BDS campaign and SJP "is the most visible arm of the BDS campaign on campuses in the United States."[42]

---

[42]     https://docs.house.gov/meetings/FA/FA18/20160419/104817/HHRG-114-FA18-Wstate-SchanzerJ-20160419.pdf



*2010 advertisement by the terror-affiliated American Muslims for Palestine calling on students to form National Students for Justice in Palestine.*

148. SJP founder and Defendant Hatem Bazian chairs AMP and receives a yearly salary from AMP. Prior to and since founding the first SJP chapter at UC Berkeley, Bazian perpetrated a number of subversive, anti-American, antisemitic and terror-supporting acts. Bazian has worked as a fundraising speaker for KindHearts, the successor of HLF and a charity that was dismantled by the U.S. State Department in 2006 for funding Hamas. Bazian has known Rafeeq Jaber, president of IAP/AMS, since the mid-1990s and was a regular participant in IAP/AMS events, including as a speaker for at least five separate IAP conferences and events. In 2004 he was a featured

speaker at a fundraiser for KindHearts together with Mohammed el-Mezain, a leader of HLF, who is now in prison for providing money to Hamas. He also appeared along with Abuirshaid on a panel moderated by Jaber at the 2006 AMS convention. As with Abuirshaid and Hamayel, Bazian maintains ties with foreign organizations tied to Hamas. For example, in 2014, Bazian spoke at a fundraiser in the United Kingdom for Interpal, an organization that was designated by the United States Treasury in 2003 as a Specially Designated Global Terrorist because of its affiliation with Hamas.

149. Bazian has made speeches, many exclusively to students, declaring, "It's about time that we have an Intifada in this country [USA]. We've been watching Intifada [violent uprising] in Palestine, we've been watching an uprising in Iraq [against U.S. soldiers] and the question is that: what are we doing? How come we don't have an Intifada in this country? …The only language the [Israeli] slave master understands is the language of violence."[43]

150.  In addition to Bazian, a second AMP employee, Taher Herzallah, served as the organization's liaison to SJP. Herzallah has called for violence against Israel and was twice arrested for anti-Israel activity, including disrupting a U.S. congressional hearing. One of his duties, in addition to

---

[43] https://www.youtube.com/watch?time_continue=157&v=Y2k5QaUOBE4

providing funds, speakers, and educational support to campus SJP chapters, is serving as an AMP liaison to help organize National SJP conferences. The AMP website states that Herzallah is the "Associate Director of Outreach and Community Organizing for American Muslims for Palestine." He is the "liaison between campus activism groups on campuses across the country," helping "groups procure grants, materials and speakers." He is also "instrumental in helping students set up programs and activities."[44]

151.   Herzallah declared that "Israelis have to be bombed, they are a threat to the legitimacy of Palestine, and it is wrong to maintain the State of Israel. It is an illegitimate creation born from colonialism and racism."

---

[44] "Our Team," American Muslims for Palestine, accessed November 12, 2023. (https://www.ampalestine.org/about- amp/our-team)



*Social media post of AMP employee Taher Herzallah endorsing terror against Israelis and the Israel Defense Forces and referring to it as "The most beautiful site in my eyes"*

152.  Numerous connections exist between AMP board members, employees, volunteers, keynote speakers, and Hamas. In some cases, AMP leaders and supporters have been implicated for fundraising for Hamas.

153.  In one case, Saleh Sarsour, an AMP board member, used his furniture store in Milwaukee to pass money to Adel Awadallah, the leader of the Izz ad-Din al-Qassam Brigades, Hamas's militant wing. Salah Sarsour is a permanent resident of the United States but is deeply connected to Hamas

figures in the Middle East and has a background as a Hamas operative and funder. He was imprisoned in Israel on October 14, 1994 for activities on behalf of Hamas. Israeli police records state that he was indicted for sheltering and providing a weapon to a Hamas militant. Salah Sarsour's brother, Jamil Sarsour told Israel Police after he was arrested in 1999 in Israel that Salah and he had opened a special bank account to fund Hamas. According to Jamil, this money, in the form of 39 checks drawn on the account, was given directly to the Hamas military wing including to Adel Ahmad Awadallah, the military head of Hamas on the West Bank with whom Salah Sarsour had once shared a prison cell. Salah had sent Jamil to the West Bank to deliver the funds to Awadallah and others. Awadallah was identified by the government as a "high-ranking Hamas military leader who was responsible for facilitating several deadly terrorist attacks carried out in Israel."[45] Jamil Sarsour also told Israel Police that he had a close relationship with Hassan Yousef, the political head of Hamas on the West Bank.

154.   Salah Sarsour was the chairman of the 2006 convention where AMP was formed. Salah Sarsour testified that he was consulted by Hatem Bazian on organizing AMP. Salah Sarsour is AMP's chapter coordinator and

---

[45] *United States v. Marzook*, No. 03-cr-978 (N.D. IL) Dkt. No. 59, p.6. (Filed 8/19/04).

an important fundraiser. His business, Prime Furniture, sponsored AMP conventions and events, including the very first convention in 2006.

155.   AMP regularly features the family members of the HLF's convicted leadership at its conferences. AMP publishes fundraising appeals for HLF's jailed leaders. In May of 2023, AMP sponsored an event featuring one of the HLF's leaders, Mohammed El-Mezain, as well as other family members of top Hamas leadership.[46] "AMP's admiration for the jailed leaders of the Holy Land Foundation mirrors that of Hamas itself."[47] Just days after the October 7 Attacks, senior Hamas leader Ali Barakeh announced that Hamas was demanding the release of the Holy Land Foundation's leaders in any agreement to release the hundreds of hostages held in Gaza.[48]

156.   AMP has received funds from the AFR Foundation run by Mostafa Afr. According to the Middle East Forum, the Muslim American Youth Association specifically registered its offices to AFR's office. The Muslim American Youth Association, according to the FBI, has played pivotal roles in

---

[46] "19 and 21 May, San Diego: Free the Holy Land Five! Documentary screenings and events," Samidoun, May 19, 2023. (https://samidoun.net/2023/05/19-and-21-may-san-diego-free-the-holy-land-five-documentary-screenings- and-events)

[47]       https://gop-waysandmeans.house.gov/wp-content/uploads/2023/11/Schanzer-Testimony.pdf

[48]   @MarioNawfal, X, October 9, 2023. (https://twitter.com/marionawfal/status/1711589703936290905)

building Hamas infrastructure in the United States.[49]

157.   The current active AMP/AJP has also inherited the network of supporters, management, and donors that previously served IAP/AMS and HLF. The Mosque Foundation in Bridgeview, Illinois, together with its individual leaders, is a significant supporter and funder of AMP/AJP, just as it was a constant supporter and funder of IAP/AMS and HLF. The support of the Mosque Foundation and its affiliates and leaders was an essential asset of IAP/AMS. In many cases, the Mosque Foundation participated directly in the IAP/AMS organization's activities, often with blurred (or non-existent) boundaries between the Foundation and IAP/AMS.

158.   The Mosque Foundation has a history of donating and directing money to terrorist organizations. It previously donated and solicited significant funds to HLF and KindHearts as well as to Benevolence International Foundation and Global Relief Foundation, both of which were designated as financiers of terrorist organizations by the United States Treasury Department in 2002. The Mosque Foundation directly subsidizes and supports AMP by paying the salary of AMP's "voluntary executive director," Abdelbasset Hamayel, who had previously been a central leader of IAP/AMS and an employee of KindHearts.

---

[49]   https://www.ngo-monitor.org/reports/funding-for-students-for-justice-in-palestine-sjp/

159.    The Mosque Foundation's Imam, Sheikh Jamal Said, was the ultimate religious authority for IAP/AMS and, in the words of Rafeeq Jaber, Sheikh Said is the "religious leader of the community." Sheikh Said was identified by the government as a member of the Palestine Committee. He was also identified in 1993 as Treasurer and a member of the Board of Trustees of the Al-Aqsa Educational Fund, Inc., a funder of Hamas based in Oxford, Mississippi. In 1993, the Al-Aqsa Educational Fund, Inc., described by the government as a "financier of terror disguised as a charitable organization…," was designated by the U.S. Department of the Treasury as a Specially Designated Global Terrorist Entity.

160.    There has been, and continues to be, substantial intertwining of the leadership and supporters of the Mosque Foundation and what was the IAP/AMS organization and what is now AMP.

161.    On November 15, 2023, Dr. Jonathan Schanzer, Senior Vice President for Research at the Foundation for Defense of Democracies, testified before the House Ways and Means Committee regarding the nexus between antisemitism, tax-exempt universities, and terror financing:

> Most of what can be gleaned about AMP's donors derives from its annual fundraising conferences—which often feature family members of senior Hamas leadership as speakers. Although AMP's official party line is that it does not discuss Hamas explicitly, it has also published fundraising appeals for the imprisoned leaders of the Holy Land Foundation. The mission, goals, donors, and fundraising infrastructure of AMP share a

striking resemblance to the charities that were dismantled more than a decade ago. All four members of AMP's most senior leadership previously worked for these groups. Many of AMP's donors, board members, and corporate sponsors have also been active with entities proven to support Hamas.[50]

162.   On October 31, 2023, the Attorney General's Office of Virginia announced an investigation into AMP, stating that there is "reason to believe that the organization may be soliciting contributions … without first having registered…. In addition, the Attorney General will investigate allegations that the organization may have used funds raised for impermissible purposes under state law, including benefitting or providing support to terrorist organizations."[51]

## National SJP Serves to Unify and Support the SJP Chapters

163.   National SJP serves as the unifying umbrella organization for all the SJP chapters. Composed of students, a national steering committee and recent graduates, National SJP provides support and resources to more than 200 SJP chapters.[52] The homepage of its website states, "Supporting almost 300 Palestine solidarity organizations across occupied Turtle Island, we aim to

---

[50]        https://gop-waysandmeans.house.gov/wp-content/uploads/2023/11/Schanzer-Testimony.pdf

[51]        https://www.ngo-monitor.org/reports/funding-for-students-for-justice-in-palestine-sjp/

[52] National SJP, "About," https://www.nationalsjp.org/

develop a student movement that is **connected**, **disciplined**, and **equipped** with the tools necessary to achieve **Palestinian liberation**."[53]

164.   While some chapters choose their own names, they all follow the "Points of Unity."[54] The Points of Unity stems from the 2005 BDS call for guidelines that make up the BDS movement; the statement was adopted by National SJP at its conference in 2011 at Columbia University.[55] The "Points of Unity," among other things calls for "ending Israel's occupation and colonization of all Arab lands and dismantling the Wall."[56]

165.   National SJP coordinates inter-campus events, curates a national newsletter, assists SJP chapters with boycott and divestment resolutions, organizes media and press, and plans the annual National SJP Conferences.[57]

## Qatar Supports Hamas and Generously Funds U.S. Universities With Significant SJP Chapters

166.   In July 2019, Dr. Charles Asher Small, Director of The Institute for the Study of Global Antisemitism and Policy ("ISGAP"), presented before the Department of Justice the findings of a research project examining the

---

[53] https://nationalsjp.org

[54]      https://isgap.org/wp-content/uploads/2019/10/NSJP-2019-ISGAP-Report-Long-Version.pdf

[55] National SJP, "Points of Unity," https://www.nationalsjp.org/

[56] National SJP, "Points of Unity"

[57]      https://isgap.org/wp-content/uploads/2019/10/NSJP-2019-ISGAP-Report-Long-Version.pdf

illicit funding of U.S. universities by foreign governments, foundations, and corporations with connections to terrorism and terror financing.[58]

167.   The ISGAP study revealed that Qatar is by far the largest foreign donor to U.S. universities. ISGAP also found a direct correlation between the funding of universities by Qatar and the active presence at those universities of SJP chapters.[59] According to a study published in 2022 by the National Association of Academics in the United States, in the period between 2001 and 2021—precisely after the September 11 attacks –Qatar donated $4.7 billion to universities in the United States. The recipients, however, did not report part of the money received, as required by law.[60]

168.   Qatar donates substantially to Carnegie Mellon, Cornell, Harvard, MIT, Texas A&M, Yale, Northwestern, Johns Hopkins, Georgetown, and the University of Chicago, which received, US$495.8 million, US$402 million, US$401 million, US$379 million and US$364 million, respectively as of the report dated 30 March 2020, much of which goes unreported.[61]

---

[58] "VOLUME II Examining Undocumented Foreign Funding of American Universities: Implications for Education and Rising Antisemitism," ISGAP (2020), https://isgap.org/post/2020/09/volume-ii-examining-und

[59]   https://isgap.org/wp-content/uploads/2023/11/The-Corruption-of-the-American-Mind_DKFormat2.pdf

[60] https://www.calcalistech.com/ctechnews/article/jwhsqhrat

[61] https://www.universityworldnews.com/post.php?story=20231208230952463

169.   Qatar is one of Hamas's largest political and financial patrons—as evidenced in the October 25, 2023 testimony of Chairman Blaine Luetkemeyer in front of the Committee of Financial Services. Qatar's publicly reported annual support to Hamas ranges from $120 million to $480 million. These funds benefit Hamas leaders directly through payroll and kickback schemes and indirectly through social services and government operations that help Hamas maintain political control over Gaza.[62]

170.   Over $1.95 USD billion in contracts and gifts have been transferred from Qatar to Cornell University since 2001.[63] Cornell University is one of the largest recipients of money from Qatar, especially via Qatar's proxies that are owned outright by the state.[64] Cornell University failed to disclose Qatari grant money it received in its official financial statements, even

---

[62]        https://www.fdd.org/analysis/2023/10/25/how-america-and-its-allies-can-stop-hamas-hezbollah-and-iran-from-evading-sanctions-and-financing-terror/

[63]   College Foreign Gift and Contract Report, College Foreign Gift Reporting, https://sites.ed.gov/foreigngifts/; Maryam Zafar, "Report: Cornell's ties to Qatar and China under federal investigation," The Cornell Daily Sun, July 11, 2019, https://cornellsun.com/2019/07/11/report-cornells-ties-to-qatar-and-china-under-federal-investigation/; "Reporting Foreign Gifts and Contracts at Cornell University," Cornell Division of Financial Services, last updated September 22, 2023, https://finance.cornell.edu/our-policies/reporting-foreign-gifts; "Compliance with Section 117 of the Higher Education Act," Cornell University Statements, October 21, 2020, https://statements.cornell.edu/2020/20201021-section-117.cfm; "Resolution: SA R16: Addressing Labor Issues in Qatar," Office of the Assemblies, November 8, 2015, https://assembly.cornell.edu/resolution-actions/sa-20152016-16-3.

[64] https://isgap.org/wp-content/uploads/2024/03/Cornell_Ten_Billion_Dollar.pdf

though it did report the grants to the U.S. Department of Education.[65] Since the October 7 Attacks, Cornell University has comes under scrutiny for its metastasizing levels of antisemitism on its campus.[66] At Cornell, many Jewish students express feeling unsafe and were warned by Jewish Hillel organization to avoid the school's Center for Jewish Living.[67]

171.   On March 21, 2024, the chairman of the House Ways and Means Committee, Representative Jason Smith, sent a letter to Cornell President Martha E. Pollack asking for answers to Cornell University's response to the "eruptions" of antisemitism on campus following the October 7 Attacks, explanations around the "culture of antisemitism that developed and grew

---

[65] "College Foreign Gift and Contract Report," College Foreign Gift Reporting, https://sites.ed.gov/foreigngifts/.

[66] Jacob Mack, "Cornell among 3 Ivy league schools under DOE investigation for potential discrimination," Ithaca Journal (2023), https://eu.ithacajournal.com/story/news/2023/11/17/cornell-among-colleges-facing-federal- scrutiny-under-title-iv/71619448007/ .

[67] Lisa Rozner and Naveen Dhaliwal, "Echoing concerns at Cornell, Jewish students at Columbia University say they're experiencing antisemitism," CBS New York (2023), https://www.cbsnews.com/newyork/news/echoing-concerns-at-cornell-jewish-students-at-columbia-university-say-theyre-experiencing-antisemitism/ .

One Cornell student, Patrick Dai, made threats to "stab" and "slit the throat" of Jewish men, rape Jewish women and throw their bodies off a cliff, and behead Jewish babies.[67] Dai warned that "I will bring an assault rifle to campus and shoot all you pig Jews," and "Palestine will be free! Glory to Hamas!" in online chatrooms, claiming to be a Hamas soldier. (That student is now facing federal felony charges). Mack, "Cornell among 3 Ivy league schools under DOE investigation for potential discrimination," Ithaca Journal (2023), https://eu.ithacajournal.com/story/news/2023/11/17/cornell-among-colleges-facing-federal- scrutiny-under-title-iv/71619448007/.

beneath the surface for decades," and details surrounding Cornell's receipt of "donations and/or funding from foreign sovereignties or governments."[68]

172.   The ISGAP report found that "[t]he state of Qatar uses its resources to support and provide safe haven to the Muslim Brotherhood and their ideologues. This includes Hamas and other organizations that are proscribed as terrorist entities in the United States and other Western countries."[69] The October 7 Attacks were committed by Qatari-funded terrorists and came after Qatar had funded, protected and disseminated Islamist extremist ideology and organizations around the globe for years.[70]

173.   It is alarming, yet unsurprising, that Qatar—one of the largest financial supporters of Hamas—is also the largest foreign donor to U.S. universities with SJP chapters, clearly showing how terrorists operate by creating a worldwide web of financial support. It is no coincidence that Qatar, a major supporter of Hamas, is the primary foreign contributor to universities hosting SJP chapters. Qatar's financial backing of Hamas and the student arm of Hamas in the United States ensures that the worldwide conspiracy thrives.

---

[68]   https://gop-waysandmeans.house.gov/wp-content/uploads/2024/03/Antisemitism-Ltr-to-Universities.pdf

[69] https://isgap.org/wp-content/uploads/2024/03/Cornell_Ten_Billion_Dollar.pdf

[70] UK Parliament Defence Committee, Written evidence submitted by Steven Merley, Global Islamist Terrorism inquiry/GIT0002, March 13, 2018, https://committees.parliament.uk/writtenevidence/87421/pdf/.

### National SJP And SJP Chapters Receive Funding and Support From Terror-Linked Organizations

174.   While the visible funding for SJP activities comes from student governments, SJP chapters also receive funding from terrorist-linked organizations.[71] When Jonathan Greenblatt, the Chief Executive Officer of the Anti-Defamation League ("ADL"), was asked what basis the ADL had for alleging that SJP chapters might be funding or receiving funds from Hamas, he said that the chapters "are mirroring the position of Hamas."[72]

175.   The numerous SJP branches on university campuses are not registered as 501(c)(3) nonprofit organizations. Therefore, they are not subject to laws requiring financial disclosure. In general, the funding distributed by the student governments in the universities to their respective SJP chapters does not match the scope of activities of the respective SJP chapters, indicating other non-transparent and illicit sources of funding.[73]

176.   Westchester People's Action Coalition Foundation ("Wespac"), a Westchester, New York-based organization, serves as a fiscal sponsor for National SJP. This is an arrangement in which a nonprofit collects donations

---

[71]   https://www.ngo-monitor.org/reports/bds_on_american_campuses_sjp_and_its_ngo_network/

[72]   https://www.newyorker.com/news/annals-of-education/how-a-generation-is-being-politicized-on-palestine

[73]   https://www.ngo-monitor.org/reports/funding-for-students-for-justice-in-palestine-sjp/

on behalf of other groups that do not have nonprofit status themselves. As a fiscal sponsor, Wespac receives and administers donations on behalf of National SJP. Wespac then keeps a percentage of the donation and gives the rest to National SJP.[74] Wespac's revenue has more than doubled since 2019. For the pro-Palestinian groups donating to Wespac, fiscal sponsorship means they can receive tax-deductible donations and grants. The arrangement does not require the fiscal sponsor to detail the organizations it collects funding for. Wespac does not make its fiscal sponsorships public. For National SJP, the only sign of the relationship is a line of text at the bottom of an online donation page or a notice of Wespac's office address on the donation receipt.[75] The utilization of Wespac as a fiscal sponsor enables organizations and individuals with ties to terrorism to conceal their donations and financial backing of National SJP, obfuscating the links between them.

177. Wespac also serves as a fiscal sponsor for terrorist-affiliated USPCN (co-founder of National SJP).[76] Wespac is also a campaign supporter for many PFLP terrorists, demanding their release.[77] Wespac has sponsored

---

[74] https://www.adl.org/resources/blog/wespac-westchester-peace-action-committee
[75] https://www.jpost.com/israel-hamas-war/article-784837#google_vignette
[76] https://www.ngo-monitor.org/reports/funding-for-students-for-justice-in-palestine-sjp/
[77] https://www.ngo-monitor.org/ngos/wespac_foundation/

and participated in Israel Apartheid Weeks sponsored by SJP chapters on college campuses.[78]

178.   AMP is also a financial support of National SJP and SJP. AMP initiated a fundraising drive in 2022 for National SJP. A statement for the fundraising drive announced that "we at AMP are increasing our support for student organizing and are working with student leaders on developing their skills to enhance the work for Palestine in America."[79] As shown above, AMP raises funds for several terrorist-linked organizations and receives funding from terrorist-linked organizations. AMP receives funds through various organizations that have supported and contributed to the development of Hamas. AMP, in turn, helps fund National SJP and the SJP chapters with these terrorist-linked funds.

### National SJP Conferences Are a Platform For Terrorist Support

#### The 2010 U.S. Social Forum

179.   In June 2010, AMP called for SJP members from around the United States to attend a two-day conference in Detroit—the 2010 U.S. Social Forum—considered by organizers and participants to be the first National SJP conference. Awad Hamdan, AMP's former "National Protection and Programs

---

[78] *Id.*

[79] https://www.adl.org/resources/report/anti-israel-activism-us-campuses-2022-2023.

Directorate" chair posted on Students for Justice in Palestine—Northeastern Illinois University's Facebook page that AMP would sponsor SJP members from across the country to attend the conference to "unite SJP work and to strengthen work for Palestine in the US [sic]."[80]

180.   Other BDS organizations and BDS-supporting individuals also encouraged BDS supporters to join them at the World Social Forum's 2010 summit in Detroit, because the summit provided an opportunity for BDS-supporting students to unite and form a national framework.[81] Student BDS activist Andrew Dalack similarly wrote in The Electronic Intifada urging BDS-supporting individuals and organizations to attend the conference because "participation allows…Palestinian-Americans…to align themselves more firmly within the Left to build another world together."[83] Other BDS-supporting organizations in the U.S. such as terrorist-affiliated USPCN also encouraged attendance at the 2010 U.S. Social Forum.[82]

181.   A keynote address at the 2010 U.S. Social Forum was sponsored by terrorist-affiliated BNC and featured BDS leader Jamal Juma, who has devoted his career to advocating for the dissolution of Israel. Juma is one of the BNC's founders and has called for violence against Israel. The Free Gaza

---

[80] https://jcpa.org/wp-content/uploads/2017/11/SJP_Unmasked_Final_edited.pdf
[81] https://jcpa.org/wp-content/uploads/2017/11/SJP_Unmasked_Final_edited.pdf
[82] http://uspcn.org/2009/12/31/uspcn-at-the-us-social-forum-join-us-in-planning/

movement, which organizes flotillas and missions to Gaza that include cooperation with Hamas leaders, also sponsored a workshop at this first National SJP conference.

182.   A special "Palestine track" was created at the 2010 U.S. Social Forum for SJP members so that they could organize and form a national group. According to the U.S. Social Forum's website, the goal of the Palestine Program was "[to] seed divestment on every campus, educate our fellow students, and build meaningful relationships with social justice movements across all our campuses."[83] Different organizations sponsored sessions in the "Palestine Program" including USPCN, CodePink, U.S. Campaign to End the Israeli Occupation, Wespac, and Israel Apartheid Week (USA). There were over 70 presentations, activities, and workshops devoted to BDS and Palestinian issues at the three-day conference.[84]

183.   The first National SJP conference, with its widespread recruitment of student members of SPJ chapters, speaker sponsorships and workshops, planted the seeds of alignment between all member SJP chapters and Hamas. Hamas affiliated AMP and BNC helped organize and sponsor various parts of the event, creating a forum for developing the SJP chapters

---

[83] "Students for Justice in Palestine, National Convention 2010," US Social Forum

[84] Namira Islam, "Palestine at US Social Forum 2010," SJP National, The US Palestinian Community Network, USPCN, 8

into the student arms of Hamas and their means of spreading Hamas propaganda.

## Subsequent Conferences Endorsing and Promulgating Terrorism

184.   National SJP's association with terror did not end at the 2010 convention—in fact, it was only beginning. Almost every subsequent conference featured either BNC representatives or convicted terrorists, and/or highlighted campaigns connected to the BNC and terror organizations.[85] Prior to its dissolution, IAP National organized annual conventions, conferences and meetings, which included as speakers members of Hamas brought from the Middle East at IAP's expense as well as local pro-Hamas speakers. These conferences and conventions were a hallmark of entities in the Hamas network, including IAP/AMS.

185.   Modeled after these IAP National annual conferences, AMP (the de facto successor of IAP/AMS) runs national and local conventions and conferences directed to the identical audiences of the events run by the IAP/AMS organization, with largely the same organizers, speakers and agenda. Similarly, AMP has sponsored and planned many National SJP conferences with the same or similar speakers and agenda imbued with Hamas ideology and teachings. "The annual national conference is held on a university

---

[85]   https://isgap.org/wp-content/uploads/2019/10/NSJP-2019-ISGAP-Report-Long-Version.pdf

campus each year. This conference, attended by over 200 local chapters, serves as a conduit for antisemitic terrorism and antisemitic discourse to enter US college campuses."[86]

186.   At the 2011 AMP convention, Defendant Hatem Bazian declared that "(t)he universities—it's gonna *[sic]* be the front line moving forward, the front line. Why? Because this is the next generation."[87] During the same session, a student from the University of Chicago's SJP praised AMP for its unyielding support. "They don't just fund us, you know money doesn't mean much in reality; it's the support."[88]

187.   A session at the 2012 National SJP conference featured a speech, via video, by the late PIJ terror operative Khader Adnan Mohammed Musa who was a spokesperson for Islamic Jihad, a U.S. designated terrorist organization. Adnan was imprisoned numerous times by Israel and had incited terrorism and murder, especially in the form of suicide bombings targeting civilians.[89] Adnan had also established contacts with SJP chapters across the United States. In 2013, SJP at American University in Washington D.C.

---

[86]      https://isgap.org/wp-content/uploads/2019/10/NSJP-2019-ISGAP-Report-Long-Version.pdf

[87]      https://www.meforum.org/campus-watch/19673/american-muslims-for-palestine-web-of-hamas

[88] *Id*

[89] https://www.youtube.com/watch?v=CtPQ4EqePqw

organized a Skype call with Adnan.[90] SJP branches at Bowdoin College, Tufts University, Union Theological Seminary, Ryerson University, and Columbia University have expressed solidarity with Adnan on social media. Several National SJP conference leaders have also demonstrated support for Adnan including a "statement of solidarity" on National SJP's social media accounts.

188.  The WeDivest campaign, endorsed by the BNC, was featured prominently in the 2012 National SJP conference. The 2012 conference also proudly labeled the terror-affiliated BNC as one of its organizational endorsers in conference literature. The 2014 National SJP conference closing session featured Hind Awwad, the national coordinator of the BNC in Ramallah.

189.  At its 2014 conference, National SJP hosted Hind Awwad, the national coordinator of the BNC in Ramallah. National SJP's 2015 conference featured convicted terrorist Rasmea Odeh as its keynote speaker. Odeh was imprisoned for her participation in two suicide bombings as a member of the PFLP, a U.S. designated terror organization. At the 2018 Conference, Mohammad Nabulsi, a National SJP leader, led the hundreds of student attendees in a chant that called for violence: "Intifada, Intifada, long live the Intifada."[91]

---

[90] https://www.facebook.com/photo.php?fbid=10152575022815034&set=pb.818130033.-2207520000.1508237856.&type=3&theater

[91] https://isgap.org/wp-content/uploads/2019/10/NSJP-2019-ISGAP-Report-Long-Version.pdf

190.   The 2019 National SJP conference was held at the University of Minnesota—Twin Cities. It was themed: "Beyond Struggle: From Roots to Branches Towards Liberation." On its website, National SJP indicated that the goal of the conference was to create a "solidarity movement" to push for policies that "demand the end of" the State of Israel. While in previous years, National SJP went to great lengths to hide the conference's content and attendees from the public, in 2019, the group took it to a new level. Venue organizers went so far as to cover the hall's windows, making it impossible for anyone to see in, and the conference schedule was not released to the public.[92] Despite National SJP's efforts to hide, Canary Mission identified **89 attendees** of their 2019 conference, all of whom have terrorist affiliations or outwardly support Hamas's terrorist agenda, including the conference panelist, Defendant Taher Herzallah.[93]

191.   On National SJP's website, the registration page for its February 2023 conference promoted "agitation" against Zionism on campus: "As our universities continue to provide material and ideological support for projects of Zionism and U.S. Imperialism, the student movement for Palestine personifies grassroots power—transforming our campuses into bases for

---

[92] https://canarymission.org/campaign/NSJP2019

[93] *Id.*

political organization and agitation."[94] The promotion of agitation on college campuses by National SJP was just months prior to the October 7 Attacks.

192.  National SJP annual conferences feature speeches by convicted Palestinian terrorists from Hamas, and the conference steering committee frequently demonstrates support for Palestinian terrorists, often linking social media posts to the terror groups themselves. The National SJP conferences train student SJP members in using violence and extreme tactics on campus in disrupting Israel-friendly events and promoting divestment campaigns inspired by and developed in coordination with terrorists and terror-affiliated organizations featured at the conferences, including Hamas. The National SJP conferences are a platform for Hamas to train student SJP members to be the student arm of Hamas and the future leaders of Hamas.

**National SJP Publicizes Propaganda Endorsing Terrorism**

193.  In 2023, National SJP started a quarterly publication. Their website states, "Welcome to National Students for Justice in Palestine's newest initiative: المقاومة المكتوبة (The Written Resistance). Published quarterly, this is the space to platform student experiences and analysis. The Written Resistance is the only newsletter directly serving the student movement, designed to foster discussion and help us *unite the student movement for Palestinian*

---

[94] https://www.adl.org/resources/report/anti-israel-activism-us-campuses-2022-2023.

*liberation*."[95] The words "unite the student movement for Palestinian liberation" are in bold and italics on the website stressing the publication's goal of uniting SJP with Hamas's jihadist mission.

194.   The first issue of The Written Resistance was published in September 2023, just a few weeks prior to the October 7 Attacks. One anonymous contributor to this newsletter wrote in an article title Different Struggles One Path, "(I)t is essential for progressive causes not to shy away from standing up for all forms of resistance. Palestinians have the right to resist Israeli occupation and, under international law, cannot be criticized for doing so. People quickly forget that the occupation forces are equipped with the highest-grade equipment and weaponry while Palestinians make do with what little they have."[96] This was an eerie foreshadowing of the October 7 Attacks where all forms of resistance by Hamas were implemented. The article ended with:

195.   "I call upon the revolutionary and progressive peoples of the world to continue to support the just cause of Palestinian liberation, for we all walk the same path in our fights against all forms of injustice and subjugation. Without the mutual support of all our struggles, we are all bound to fail. I'll end with a quote from the Prophet Muhammed: 'The parable of the believers

---

[95] https://nationalsjp.org/twr

[96] https://drive.google.com/file/d/146rxpcBYGu1cZBdLpwDFN2sav5lxXdxe/view

in their affection, mercy, and compassion for each other is that of a body. When any limb aches, the whole body reacts with sleeplessness and fever.'"[97]

196. The second issue of The Day of Resistance was published in January 2024, after the October 7 Attacks. The Letter from the Editors in the beginning stated:

Dear Readers,

Time is hardly linear, and progress can be volatile and unpredictable. Since October 7th, 2023, over 100 SJP chapters have newly formed or been re-chartered, ***answering the call to combat the imperialist and Zionist force***s on our campuses that are structurally and institutionally facilitating the ongoing genocide of the Palestinian people of Gaza. Hundreds of thousands of students have worked tirelessly to uphold the Palestinian liberation struggle and challenge the US empire from within. Students have taken to the streets, occupied offices, organized campaigns, disrupted Zionist propaganda, and mobilized the largest campus anti-imperialist coalitions since the peak of the New Left in the 1960s.

Despite facing a resurgence of severe state and institutional repression, ***the student movement has upheld the core demand of the Palestinian people: the dismantlement of the Zionist entity and the liberation of Palestine—from the river to the sea.*** However, this moment requires us to ***recognize that our progress during quieter periods laid the groundwork for this intense moment of change***. The past months underscore the importance of analyzing the underlying currents of history, which can help inform our actions in times of urgency and crisis. Remember that our transformative potential is ever-present, even if it feels dormant during seemingly 'normal' times.

As the editorial board of this publication, it is our honor to platform thoughts and perspectives from students worldwide. ***The intensity and***

---

[97] https://drive.google.com/file/d/146rxpcBYGu1cZBdLpwDFN2sav5lxXdxe/view

***resilience displayed by students since October and long before*** have not only been a testament to our power but have also sparked questions able to push the boundaries of our collective understanding. We hope the words of your fellow students and comrades can inform the development of the struggle, both on campus and off. ***As we continue to walk in step with our anti-imperialist comrades across the world, the coming months will certainly usher in an era of escalating crisis in the belly of the beast.*** Already, the gears of the imperial war machine have begun to pick up speed. Yet, through our unprecedented unity and commitment to liberation, our movement will face this turmoil with clear eyes. ***Onward, comrades, your work is an inspiration to us all.***

Until liberation,

Editorial Board - National Students for Justice in Palestine"[98]

197.   This letter from the editors sums up the entire covert conspiracy that has transpired over the last 20 years whereby the terrorist organization Hamas has extended its terrorist influence to college campuses in the United States by infiltrating National SJP and SJP chapters, establishing student arms of Hamas to spread intimidation tactics, coercion policies, and a terrorist agenda. SJP chapters and their members are "answering the call" to bring terrorism to college campuses; they have "upheld the core demand" of Hamas to "liberate Palestine- from the river to the sea;" they are "walking in step" with Hamas as "comrades" of Hamas "until liberation."

---

[98] https://drive.google.com/file/d/1c-7VEJ1LCDD-TZQcz8Sng8F_ugL7XzcR/view

## National SJP Is Affiliated with Radical and Hamas-loving Organization, CodePink

198. National SJP also coordinates many of its activities with CodePink, a radical United States organization that maintains ties to numerous U.S.-designated terror organizations. It has extensively documented its numerous visits to Hamas in Gaza, has publicly endorsed PFLP terrorist Khalida Jarrar, and has engaged with Hezbollah as well as with former Iranian President Mahmoud Ahmadinejad.

199. National SJP and CodePink coordinate closely on activities, events, and even share office space and personnel. CodePink appears to be training university students in extreme protest tactics, such as civil disobedience and disrupting public speaking events. It also cohosts protests with SJP leaders and other prominent BDS organizations and its cofounders and staff meet with SJP chapters across the United States. Furthermore, CodePink uses SJP members to create propaganda for CodePink-organized protests.

200. Since 2015, CodePink has posted ads to its website saying that it seeks interns focusing on "Palestine work," listing the address 1247 E Street SE as the internship location. This same address was used by National SJP as its mailing address in its 2016 newsletter. However, CodePink lists its regional

DC office at a different location. [99] The DC office of CodePink seems to be hosting only this project dedicated to Palestine-related issues, using the same space as National SJP, if not devoting the position exclusively to National SJP.[100] CodePink refers to the Palestinian BDS National Committee, a committee deeply intertwined with Hamas, as "an ally."

201.   In 2009 alone CodePink organized seven trips to Gaza. On each visit they were welcomed by Hamas.[101] When addressing concerns for participant safety on the trips, CodePink founder Medea Benjamin stated that "Hamas has pledged to ensure our safety."[102] On another trip Benjamin received a letter penned by Hamas that she planned to deliver directly to U.S. President Barack Obama. The letter was signed by Ahmed Yusef, former Deputy Foreign Minister and former Senior Political Advisor to former Hamas President Ismael Haniyeh.[103]

---

[99] http//:www.codepink.org/contact_us

[100]         https://www.codepink.org/codepink_looking_for_dc_intern_focusing_on_palestine_work

[101] https://www.youtube.com/watch?v=AW-Vz6CvMD4

[102]         https://web.archive.org/web/20100209091309/https://www.thereminder.com/localnews/greaterspringfield/massachusettswomen/

[103]         https//:www.commondreams.org/views/2009/06/04/hamas-delivers-peace-letter-president-obama

**National SJP and SJP Chapters' Stated Mission Aligns with Hamas**

202.   "Terrorists are increasingly using the hidden parts of the Internet to avoid surveillance, relying on the open web for recruiting but then moving to encryption and the Dark Web for more nefarious interactions."[104] The Department of Homeland Security came out with a report in September 2019 which stated that the development of the "dark web," and the proliferation of "encryption and anonymizing technology" created major implications for terrorism because "violent extremists can disseminate their message globally and foster online communities that lure vulnerable individuals…Online extremist communities lionize attackers, encouraging others to follow their footsteps."[105] Because of the dark web, much of the activity between terrorists like Hamas and U.S. youth goes unnoticed.

203.   Several anti-Israel organizations are active on college campuses, but the most visible and organized is SJP. SJP is the most prominent and active anti-Israel and anti-Zionist student group, consisting of over 200 chapters across the country. "SJP in different forms is the campus organization most directly responsible for creating a hostile campus environment saturated

---

[104] Terrorists Use the Dark Web to Hide, USATODAY/ Published March 27, 2017
[105]        https://www.dhs.gov/sites/default/files/publications/19_0920_plcy_strategic-framework-countering-terrorism-targeted-violence.pdf

with anti-Israel propaganda agendas and events, BDS initiatives, and intimidation."[106]

204. A New York Times Article describes the intentionally loose structure of SJP:

205. "But unlike many national campus groups—whether they are sororities, fraternities, religious or political—Students for Justice in Palestine is by design a loosely connected network of autonomous chapters. There is no national headquarters and no named leader. There is a national student steering committee, but it is anonymous. The group has never registered as a nonprofit, and it has never had to file tax documents.

206. One of the people who founded it about 30 years ago, Hatem Bazian, has described the setup as 'a symbolic franchise without a franchise fee.'

207. That ***deliberate lack of hierarchy has been crucial to the network's ascent***, allowing chapters to spring up with few obstacles, according to interviews with 20 people and a survey of videos, academic writings, archival news accounts and public records." [107]

---

[106]      https://www.ngo-monitor.org/reports/ngo-network-orchestrating-antisemitic-incitement-on-american-campuses/

[107]      https://www.nytimes.com/2023/11/17/us/students-justice-palestine-campus-protests.html

208.    A study by the Network Contagion Research Institute, an information verification think tank, found the presence of SJP on campuses "significantly correlated with antisemitic activity."

209.    Several leading universities have banned SJP from their campuses because of their harassment of Jewish students and affiliation with Hamas.

210.    The mission of National SJP mirrors Hamas' Charter. National SJP proclaims its mission to be:

211.    "[T]o elevate the student movement for Palestinian liberation to a higher level of political engagement. We aim to develop a connected, disciplined movement that is equipped with the tools necessary ***to contribute to the fight for Palestinian liberation***."[108]

212.    This parallels language in the 2017 Hamas Charter:

213.    "***Resistance and jihad for the liberation of Palestine*** will remain a legitimate right, a duty and an honour [sic] for all the sons and daughters of our people and our Ummah."

214.    The Hamas charter calls for the annihilation of Israel through "jihad" (*i.e.,* holy war) and seeks to establish an Islamic state in place of Israel, "from the (Jordan) River to the (Mediterranean) Sea." It advocates the use of violence and terrorist attacks to achieve its ends. The leaders of IAP/AMS, and

---

[108]https://nationalsjp.org/about

HLF, and the organizations themselves, were well-known vocal advocates and proponents of this ideology and political program. AMP and AJP—which stepped into the shoes of IAP/AMS, and HLF—have adopted this terrorist ideology as well.

**SJP Promulgates and Supports Hamas Ideology**

215.   As the offshoot of AMP, SJP and its chapters likewise adopted Hamas' terrorist ideology and openly support the use of violence to achieve their political goals. SJP rallies regularly call for an "intifada," a phrase for "uprising" which encourages resistance, most prominently in the form of violence, against Israel, and call for Palestine to be free "From the River to the Sea," which would eliminate the existence of Israel. "From the River to the Sea" is a common call-to-arms for pro-Palestinian activists, especially student activists on college campuses. It calls for the establishment of a State of Palestine from the Jordan River to the Mediterranean Sea, erasing the State of Israel and its people, by any means necessary, including violence, terrorism, and murder. SJP consistently condones violence and utilizes its rallies to support and legitimize the Hamas terrorist ideology.

216.   In an interview, Dan Diker, President of the Jerusalem Center for Public Affairs, explained that SJP is a Palestinian terror organization front.[109]

---

[109]        https://jcpa.org/unmasking-the-ivy-league-jihad-of-students-for-justice-in-palestine/

217.    SJP chapters have expressed public support for and solidarity with Hamas on social media. A Facebook post "In solidarity with the innocent Palestinian prisoners" by University of Alabama Birmingham's SJP chapter named three terrorists as "innocent" hunger-striking prisoners. One terrorist, Abdullah al-Barghouti, is currently serving 67 consecutive life sentences in Israel after pleading guilty to bomb-making for Hamas in 2004. Bombs assembled by al-Barghouti killed 66 people and injured 500 others. Two members of Islamic Jihad were also glorified in the post.[110] Hamas terrorists clearly serve as role models and leaders for SJP.

218.    SJP activists have also used violence and intimidation against Jewish students. In 2002, 79 members of SJP at Berkeley were arrested for disrupting a Holocaust memorial event. In 2010, the head of Berkeley's SJP chapter rammed a Jewish student with a shopping cart. In 2014, an SJP member directed antisemitic slurs at a Jewish student and punched him in the face. In May 2021, several individuals participating in a protest organized by an SJP offshoot brutally assaulted a Jewish man in New York City near Times Square.[111]

---

[110] https://m.facebook.com/story.php?story_fbid=459003287460029&substory_index=0&id=407357742624584

[111] https://www.fdd.org/analysis/2023/12/04/7-things-to-know-about-campus-support-for-hamas-and-antisemitism/



*Coloradans for Justice in Palestine – Moe Zeitawi, Twitter*

219.    SJP's defiance of university administrations and the law have been illustrated in a series of disturbances over the past several years at the University of California Irvine ("UCI"). Since its founding in 2006, the UCI chapter of SJP alone has been embroiled in several incidents involving altercations, harassment, and intimidation of pro-Israel events and students on campus. The group has been reprimanded repeatedly by the university administration. In June 2010, UCI SJP members, known as the "Irvine 11," were arrested for violent verbal disruptions of a presentation by Dr. Michael Oren, former Israeli ambassador to the United States, subsequently a member of Knesset and Deputy Minister of Public Diplomacy in the Prime Minister's Office.[112] In September 2011, the "Irvine 11" were found guilty of criminal misdemeanor charges and sentenced to three years of informal probation by

---

[112] https://jcpa.org/pdf/sjp_unmasked_2023.pdf

an Orange County, California court. AMP campus liaison Taher Herzallah was one of the "Irvine 11."[113]

## Within Our Lifetime—A Front forMore Violence

220.   In early 2018, NYC SJP rebranded itself as Within Our Lifetime ("WOL"). The group wrote in 2018, "We know Palestine, within our Lifetime. Palestine will be freed, refugees will return, and all of historic Palestine will be decolonized." The group noted that its new name "empowers and ignites ***our*** fire to be a ***part*** of resisting zionism [sic] and building the path towards liberation." In the group's short history, it has stated multiple times that its goal is to "liberate all of Palestine within our lifetime," implying the replacement of Israel with a Palestinian state. According to the group's founder Nerdeen Kiswani, "The only way forward for a free Palestine is through resistance... As with all anti-colonial struggles, a concrete way forward is through ***fight back, in all of its forms***."

221.   In 2021, WOL launched a campaign to "Globalize the Intifada" which comes from the "urgent need to defend our lands, resist our oppressors, and break free from the genocidal grip of U.S. imperialism and Zionism."[114] This language mirrors the 2017 Hamas charter and demonstrates that WOL

---

[113]         http://www.ocweekly.com/news/taher-herzallah-irvine-11-defendant-is-unrepentant-at-ucsanta-barbara-6484944
[114] https://jcpa.org/pdf/jihad_unmasked_2023.pdf

(previously NYC SJP) considers itself a part of Hamas in the fight to "liberate Palestine" by any means necessary "in all of its forms." Defendant Nerdeen Kiswani was arrested at a pro-Hamas rally in January 2024. Kiswani has called for the death of Zionists and for Israel's destruction and spread incitement to violence as the chairperson of WOL. Kiswani has also glorified intifada, honored leaders of the PFLP and expressed support for terrorism in her activism.[115]

222.  In June 2021, Defendant Kiswani participated in a conference, "Challenging Apartheid in Palestine: Reclaiming the Narrative, Formulating a Vision," hosted by the Istanbul Sabahattin Zaim University. Conference organizers and sponsors, as well as other participants, were linked to various terrorist groups, including Hamas, Islamic Jihad, Hezbollah, and the Popular Front for the Liberation of Palestine (PFLP).[116]

223.  In March 2022, Instagram banned WOL after it posted a collage featuring women who have engaged in terrorism against Israel, including Leila Khaled and Rasmea Odeh.[117]

---

[115] https://canarymission.org/individual/Nerdeen_Kiswani

[116] https://www.ngo-monitor.org/reports/ngo-network-orchestrating-antisemitic-incitement-on-american-campuses/

[117] https://www.jns.org/instagram-bans-anti-israel-group-after-it-posts-collage-featuring-terrorists/

224.  In February 2024, Instagram once deactivated the WOL accounts as well as that of Defendant Kiswani due to "violations of community guidelines."[118]

### SJP Chapters Instigate Violence, Harassment, and Antisemitism on College Campuses

225.  SJP Chapters and their members have openly displayed increasing amounts of antisemitic and violent rhetoric against Israel over the past several years.

226.  In 2017, a student at Saint Xavier University and workshop leader at a National SJP conference tweeted: "'Barack Obama, shut up about gay marriage and go kill all the Jews.'" The student also made no secret that he is a fan of terrorist group Hamas, posting: 'YES I SUPPORT HAMAS!' and 'Hamas promotes peace.'"[119]

227.  In July 2018, Stanford University SJP leader Hamzeh Daoud posted on Facebook: "I'm gonna physically fight Zionists on campus next year if someone comes at me with their 'Israel is a democracy' bullsh*t. And after I

---

[118]    https://www.ngo-monitor.org/reports/ngo-network-orchestrating-antisemitic-incitement-on-american-campuses/;    https://www.timesofisrael.com/instagram-removes-accounts-for-leading-nyc-pro-palestinian-group-within-our-lifetime/

[119]    https://isgap.org/wp-content/uploads/2019/10/NSJP-2019-ISGAP-Report-Long-Version.pdf

abolish your ass I'll go ahead and work every day for the rest of my life to abolish your petty ass ethno-supremacist, settler-colonial state."[120]

228.   In May 2017, the SJP chapter at Northwestern University hosted Rasmea Odeh, who was convicted by an Israeli court for her role in a 1969 bombing that killed two Israelis but was later released as part of a prisoner exchange. During her presentation she called on her audience to "continue to fight American Zionism."[121] In February 2015, the DePaul University SJP chapter held a fundraiser honoring Odeh and celebrating her "resilience."[122] According to the group's Facebook event, all proceeds from the fundraiser went towards Odeh's legal defense fund to pay for her defense on federal charges of immigration fraud, for which she was ultimately convicted.[123] In September 2015, SJP at UC San Diego celebrated Odeh at a general member meeting, sharing a photo of the convicted terrorist with her fist raised.[124] In May 2017, SJP at the University of Chicago posted a statement calling Odeh their "brave

---

[120]     https://stanforddaily.com/2018/07/22/norcliffe-ra-threatens-to-physically-fight-zionists-in-facebook-post/

[121]     https://forward.com/news/372112/jewish-students-mustered-a-rare-unity-to-protest-this-palestinian-activist/

[122] https://www.facebook.com/events/400784890046595

[123] https://www.facebook.com/events/400784890046595

[124] https://www.facebook.com/sjpucsd/photos/a.82120682364/10153623607717365/?

community leader," who "taught [them] so much about the continuous struggle for liberation."[125]

229.   In April 2018, Julia Kassem, a speaker at an SJP event at Wayne State University, posted that "Resistance to occupation by any means necessary is not [by definition] violence," and called on her listeners to fight oppression "by any means necessary including armed resistance." She concluded, "There's a quote I just want to say from George Habash of the PFLP from 1967 that the only language that the enemy understands is the language of revolutionary violence."[126]

230.   SJP's mock eviction notices have also been a popular antisemitic intimidation tactic. SJP members at universities including Harvard, NYU, and Northeastern have placed these notices under the doors of Jewish students, leading those students to report antisemitic fears and harassment by SJP.

231.   SJP rallies have featured Islamist war cries for the destruction of Israel. In July 2014, Florida International University's SJP co-sponsored a rally in front of Miami's Israeli consulate. Protestors chanted "Khaybar, Khaybar, oh Jew, Muhammad's army will return," a reference to a massacre of Jews by Muslims in 628 CE.

---

[125]   https://www.facebook.com/SJPUChicago/posts/statement-regarding-zionist-propaganda-posted-on-the-university-of-chicago-campu/1238351482928872/
[126]   https://www.facebook.com/sjpwsu/videos/1657889307621160/

232.   Also in 2014, UCLA's SJP chapter hosted a presentation by Palestinian BDS leader Omar Barghouti, the founder of the Boycott, Divest and Sanctions (BDS) Movement. The event was called "International Solidarity with Palestine: Towards a Global Intifada." Barghouti justified Palestinian terror, claiming that Jews held positions within the former Nazi regime. In 2017, Columbia SJP similarly held a demonstration on Holocaust Memorial Day featuring Barghouti. In April 2019, Omar Barghouti was barred from entering the United States as he tried to board a flight to New York. The reason Barghouti was denied entry to the U.S. was due to the fact that BDS, the group Barghouti founded and directs, includes five U.S.-designated terrorist organizations in its membership, including Hamas, Palestinian Islamic Jihad, and the Popular Front for the Liberation of Palestine.[127] Barghouti, who consistently incites antisemitism and supports Jihadist terrorism, was intending to speak at several venues, including NYU as a guest of SJP.[128]

233.   Following a March 2016 lecture by Israeli diplomat George Deek at UC Davis, Jewish students reported verbal threats such as "Death to the

---

[127] Noah Pollak, in "Support for Terrorism, Not Ideas, Kept Omar Barghouti Out of the U.S.," Mosaic, April 18, 2019, https://mosaicmagazine.com/picks/israel-zionism/2019/04/support-for-terrorism-not-ideas-kept-omar-barghouti-out-of-the-u-s/ .

[128] https://isgap.org/wp-content/uploads/2019/10/NSJP-2019-ISGAP-Report-Long-Version.pdf

Jews." SJP members interrupted Deek, a Christian Arab from the Israeli city of Jaffa, shouting, "Long live the Intifada," "When Palestine is occupied, resistance is justified," and "Takbir, Allahu Akbar."

234.   UC Davis' SJP branch exposed its goal of eliminating Israel in a July 2018 op-ed that appeared in the California Aggie student newspaper declaring that "It is an ideological fantasy to really believe that progress is possible so long as the state of Israel exists."

235.   The following depicts an altar glorifying terrorist "martyrs" created by the University of Chicago's SJP in November 2015. The altar commemorates Palestinian terrorists, including Hadeel al-Hashlamon, who attempted to stab an Israeli soldier, and Fadi Aloun, who stabbed a 15-year-old Israeli in October 2015.



236.   In 2016, the Irvine, California district attorney announced a criminal investigation of University of California Irvine's SJP chapter, in

response to an incident in which protestors interrupted an event by a pro-Israel student organization, chanting "'Long live the intifada,' 'f *** the police,' 'displacing people since '48, there's nothing here to celebrate' and 'all white people need to die.'"

237.   Violent incidents have also been reported at Cornell, Loyola University in Chicago, and Stanford where Jewish students have been spat on, harassed, and assaulted on campus by SJP protestors.

238.   UCLA history professor Robin D.G. Kelley has argued that Palestinians have a right to use violence against Israel. Kelley has also declared in an article that the Israeli "government of injustice will indeed vanish." Kelley has spoken at several events organized by UCLA SJP, the hosts of the 2018 National SJP Conference. UCLA SJP also hosted the event titled "International Solidarity with Palestine: Towards a Global Intifada," where Kelley and BDS cofounder Omar Barghouti were featured speakers.

239.   University of Hawaii-Manoa English professor Cynthia Franklin has worked to establish new SJP chapters nationwide. She has also helped establish Faculty for Justice in Palestine (FJP) nationwide. In an Electronic Intifada podcast by Franklin and FJP cofounder, Purdue University English and American Studies professor Bill Mullen, Franklin explains that FJP was founded by a group of BDS-supporting faculty members. In the interview, Mullen noted that he designed the curriculum for his courses at Purdue to

include material by author and PFLP terror-group leader Ghassan Kanafani and "other critical Palestinian writers who have, to some extent, been neglected outside of the narrow canons of Middle East literature, who I think now are becoming more familiar to students."[129]

240.   Mullen and Franklin have also encouraged students to read books like Electronic Intifada cofounder and one-state activist Ali Abunimah's *Battle for Justice in Palestine.* Mullen says that because of these reading selections and a strong campus SJP presence, "faculty and curricula are beginning to shift."[130] Mullen's personal website includes the tagline "From the River to the Sea," declaring his support for Israel's destruction and features pictures of and quotes by Kanafani.[131] On Mullen's personal Facebook page, he celebrates the 30th anniversary of the First Palestinian Intifada, shares links in support of the creation of "One State in Palestine," and petitions in support of Palestinian Islamic Jihad terrorist Khader Adnan.[132]

241.   Iyman Chehade, a lecturer in Middle East History at Columbia College and the Art Institute of Chicago, serves as a faculty advisor to SJP and has been a featured speaker at National SJP conferences. In Chehade's words,

---

[129] https://www.youtube.com/watch?v=rB3TIt_AQvs

[130] *Id.*

[131] https://www.billvmullen.com/palestine-bds-activism/

[132] https://www.facebook.com/bill.mullen.3511

"everything I do basically ties back [to] Palestine. When you work on Palestine here, you're resisting there as well."[133]

242.  SJP has consistently played a central role in Israel Apartheid Week ("IAW") activities. IAW consists of seven days of BDS activities held each spring at university campuses around the world. IAW was founded in 2005 at the University of Toronto. SJP chapters have promoted IAW across the United States. It is often the busiest week of activities for each SJP chapter. IAW activities include speaker series, movie screenings, and campus demonstrations all carrying one message: Israel is an illegitimate apartheid entity that must be replaced with a Palestinian state.[134] IAW is not just about spreading an anti-Israel message but has become platforms for harassment and intimidation of students who question or disagree with IAW propaganda.[135]

243.  The following is a picture from SJP's Facebook page at Indiana University-Purdue University Indianapolis lauding stabbing attacks and terror "resistance" against predatory "Israeli" wolves:

---

[133] https://www.facebook.com/iymen.chehade/posts/10152429510613231

[134]  https://www.timesofisrael.com/apartheid-week-really-does-threaten-israel-some-expertswarn/

[135] https://jcpa.org/pdf/sjp_unmasked_2023.pdf



https://jcpa.org/pdf/sjp_unmasked_2023.pdf

244.  The following is a picture of an off-campus chalking activity on August 13, 2022 where members of Wayne State University SJP depicted Ibrahim al Nabulsi, who was a senior commander in the Hamas Al-Aqsa Martyrs Brigade and allegedly involved in several shootings in the West Bank,[136] glorifying those who die as martyrs while committing terror.

---

[136] https://www.adl.org/resources/report/anti-israel-activism-us-campuses-2022-2023



245.   On September 2022, SJP at University of Wisconsin, Madison shared an Instagram story venerating several terrorists, including Leila Khaled and Yahya Ayyash. Ayyash is well-known for his role making bombs for Hamas, many of which were used in suicide bombings that killed scores of Israel civilians in the 1990s.[137]

246.   On February 27, 2023, an Instagram account representing SJP chapters across southern California shared a post venerating the firing of rockets at Israel and revenge against Israel from Resistance News Network ("RNN"), a radical anti-Zionist English-language channel on Telegram and Instagram that promotes violence against Israel.[138]

247.   In May of 2023, AMP and two SJP chapters cohosted an event featuring Mohammad el-Mezain, one of five individuals arrested and convicted

---

[137] https://www.adl.org/resources/report/anti-israel-activism-us-campuses-2022-2023

[138] https://www.adl.org/resources/report/anti-israel-activism-us-campuses-2022-2023

as part of the federal case against the Holy Land Foundation for funding Hamas.[139]

248.   The Anti-Defamation League issued a report titled "Anti-Israel Activism on U.S. Campuses, 2022-2023" (the "ADL Report").[140] The ADL Report found that: (1) anti-Israel activists on U.S. college campuses—the bulk of which are led by SJP chapters—embraced a strategy of vilifying Zionists and supporting terrorism against the Jewish state during the 2022-2023 academic school year; (2) there were 665 campus anti-Israel incidents during the 2022-2023 academic year— nearly double the number of incidents from the prior school year; and (3) SJP chapters appeared to be less restrained in expressing support for designated terrorist organizations and individuals who are known to have killed Israelis.[141]

249.   According to the ADL Report, SJP expressed on at least 10 occasions admiration for Leila Khaled, a member of the PFLP. She is known for previously hijacking two planes. In a publicity post for their March 2017 event about feminism in Palestine, SJP at UC San Diego posted a dramatic drawing of Leila Khaled, smiling while holding a rifle, subtitled "Don't forget

---

[139]   https://www.fdd.org/analysis/2023/12/04/7-things-to-know-about-campus-support-for-hamas-and-antisemitism/

[140]   https://www.adl.org/resources/report/anti-israel-activism-us-campuses-2022-2023
[141]   *Id.*

the struggle."[142] In February 2016, Vassar SJP posted an image of a student wearing a sweatshirt emblazoned with an image of Khaled holding a gun, captioned, "resistance is not terrorism."[143] SJP's decision to post this image on sweatshirts alongside the hashtag #ExistenceisResistance is a tacit indicator that they condone the use of violence.[144]

250.   Other SJP chapters at the University of Texas, Dallas, New York University Law School, and the University of Massachusetts posted violent images containing PLFP's logo and guns. In January 2024, the University of Chicago's SJP chapter honored Khairy Alqam—who murdered seven civilians in Jerusalem—in a collage titled "Honoring the Martyrs." The ADP Report noted that many expressions of support for violence/terror were accompanied by the slogan that "[armed] resistance is justified when the people are occupied," which is often used by activists to promote all violence against Israel, even against civilians.

251.   According to the ADL Report, in June 2022, National SJP and several of its campus chapters including Tufts SJP, Wellesley SJP, Rhode Island School of Design SJP and George Washington University SJP established "The Mapping Project." The Mapping Project is a website that

---

[142] https://www.facebook.com/events/331924593871756/

[143]        https://www.facebook.com/SJPatVC/photos/rpp.569630543102374/102605834 0792923/?type=3&theater

[144] https://www.adl.org/resources/backgrounder/students-justice-palestine-sjp

contains an interactive map pinpointing the locations of many Boston-area Jewish communal and other organizations, including elementary schools, that the anonymous creators believe are responsible for the "colonization of Palestine" and other perceived "harms," among which they include Zionism. The website includes a call to "dismantle" and "disrupt" all the named organizations and states.[145]

252.  According to the ADL Report, RNN was disseminated by many SJP chapters. The channel's posts include the explicit promotion of Hamas, as well as many images of individuals with guns and the depiction of rockets being fired at Israel. RNN also occasionally posts communiques from Hamas's Al Qassam Brigades.[146]

253.  According to the ADL Report, during the summer of 2022, a social media channel and website called Jisr Collective was promoted by some SJP chapters. Jisr Collective (now dormant after being banned from Twitter in November 2022) conveyed support for all forms of "armed resistance" to Israel, including from terror groups like Hamas.[147] "The embrace by many SJP chapters of RNN, Jisr Collective and The Mapping Project signals that explicit promotion of violence against Israel and calls to eradicate Zionism and

---

[145] *Id.*

[146] *Id.*

[147] *Id.*

dismantle Zionist institutions are accepted among large swaths of the campus anti-Zionist movement."[148]

254.   At Cornell, Jewish students were the subject of violent death threats targeting the Jewish dining hall following the October 7 Attacks, including statements like:

255.   "If I see another Jew on campus, I will stab you and slit your throat. If I see another pig female Jew, I will drag you away, rape you and throw you off a cliff. Jews are human animals and deserve pigs' death. Liberation by any means from the River to the Sea, Palestine will be free…Gonna shoot up 104 West, the Kosher dining hall. Glory to Hamas, liberation by any means necessary."[149]

256.   SJP chapters are not peaceful organizations advocating for the Palestinian people. SJP sanctions violence and harassment of Jewish and Israel-friendly students and faculty on campus, as well as Jewish organizations off campus. SJP applauds Hamas terrorist attacks in Israel and praises Hamas terrorists and "martyrs." SJP receives monetary and material support from organizations and individuals who have demonstrable ties to Hamas. SJP also regularly intimidates and harasses Jewish and pro-Israel

---

[148] https://www.adl.org/resources/report/anti-israel-activism-us-campuses-2022-2023

[149] https://gop-waysandmeans.house.gov/seven-key-moments-from-ways-means-hearing-on-nexus-between-antisemitism-tax-exempt-universities-and-terror-financing/

students. Documented incidents of antisemitism involving SJP members make the commonalities between SJP and Hamas extremists and terrorists apparent. The violent activities of SJP chapters on college campuses, their blatant antisemitism and glorification of terrorism and terrorists, and their calls for the destruction of the State of Israel mirror the activities and ideologies of Hamas, showing that Hamas has bred these student members of SJP to be the students of Hamas.

257.   "In short, SJP's nationwide aggressive actions, initiatives, and programming have signaled to Hamas…that they could carry out the mass murder of Israelis with limited repercussions in the West."[150]

## SJP Solidarity With and Support for Hamas's October 7 Attacks

258.   Immediately following the October 7 Attacks, SJP chapters on multiple campuses led protests and other actions that openly praised Hamas terrorists and the death of innocent Israeli citizens. People participating in these protests bullied, intimidated, and harassed Jewish and pro-Israel students on campus. The harassment emerged as an extension of the October 7 Attacks by SJP, the student arm of Hamas. This led to several American universities suspending or banning SJP from their campuses.

---

[150] https://jcpa.org/pdf/jihad_unmasked_2023.pdf

259.   SJP and National SJP praised the October 7 Attacks as a "historic win for the Palestinian resistance," praised the Hamas terrorists as "martyrs," and endorsed Hamas's deliberate targeting of Israeli civilians and its calls for the death of all Jewish people. An SJP toolkit distributed to campus chapters in the days after the October 7 Attacks overtly stated that "Responsibility for every single death falls solely on the Zionist entity" and that the attacks "are the natural and justified response" to poor conditions for Palestinians in the Gaza Strip.[151]

260.   On October 7, 2023, WOL published a statement declaring, "We must defend the Palestinian right to resist Zionist settler violence and support Palestinian resistance in all its forms. By any means necessary. With no exceptions and no fine print."[152]

261.   On October 8, 2023, a coalition of student groups at Harvard signed a letter stating that they hold "the Israeli regime entirely responsible for all unfolding violence."[153] The letter was authored by the Palestinian Solidarity Committee, which is an SJP chapter.

262.   In the days following the October 7 Attacks, the national leadership of SJP and many of the organization's campus chapters explicitly

---

[151]    https://dw-wp-production.imgix.net/2023/10/DAY-OF-RESISTANCE-TOOLKIT.pdf

[152]   https://twitter.com/yaelbt/status/1740890032586768676

[153]   https://www.thecrimson.com/article/2023/10/10/psc-statement-backlash/

endorsed the actions of Hamas and voiced an increasingly radical call for confronting and "dismantling" Zionism on U.S. college campuses.

263.   As explained in a report by the Jerusalem Center for Public Affairs: "SJP's jihadi narrative has whitewashed terrorism and mass murder, transforming the students' organization into a conduit for pro-jihadi activism while academically intellectualizing massacres of civilians."[154]

**Day of Resistance Toolkit—SJP Views Itself as Part of Hamas**

264.   National SJP chapters published a "Day of Resistance Toolkit" (the "Toolkit") calling for a National Day of Resistance on college campuses by local SJP chapters on October 12, 2023.[155] The Toolkit calls upon registered student organizations on campuses across the United States to fall into lockstep with the criminal actions of Hamas.

265.   The introduction to the Toolkit states:

On the 50th anniversary of the 1973 war, the resistance in Gaza launched a surprise operation against the Zionist enemy which disrupted the very foundation of Zionist settler society. On the morning of October 7th, the Palestinian resistance stormed the illegitimate border fence, gaining control of the Gaza checkpoint at Erez, and re-entering 1948 Palestine. Referred to as Operation *Towfan Al-Aqsa* (Al-Aqsa Flood)…[156]

---

[154] https://jcpa.org/pdf/jihad_unmasked_2023.pdf

[155]                     https://dw-wp-production.imgix.net/2023/10/DAY-OF-RESISTANCE-TOOLKIT.pdf

[156]                     https://dw-wp-production.imgix.net/2023/10/DAY-OF-RESISTANCE-TOOLKIT.pdf

266. The Toolkit dubs the October 7 Attacks as "Operation Twfan Al-Aqsa ("Al-Aqsa Flood") and refers to Hamas as the Palestinian resistance. The Toolkit also addresses the October 7 Attacks and openly admits that National SJP is the student arm of Hamas with the task of joining the Hamas enterprise:

267. "*Our* people choose resistance over negotiated cages on our homeland. Fearlessly, *our* people struggle for complete liberation and return…*our* people have broken down the artificial barriers of the Zionist entity, taking with it the facade of an impenetrable settler colony and reminding each of *us* that total return and liberation to Palestine is near. ***As the Palestinian student movement***, *we* have an unshakable responsibility to ***join*** the call for mass mobilization."

268. The Toolkit includes guidance that dehumanizes Israelis and justifies and promotes violence, including the following messages:

269. "National liberation is near—glory to ***our*** resistance, to ***our*** martyrs, and to ***our*** steadfast people."

270. "Liberation is not an abstract concept. It is not a moment circumscribed to a revolutionary past as it is often characterized. Rather, liberating colonized land is a real process that requires confrontation ***by any means necessary*** …. It calls upon ***us*** to engage in meaningful actions that go beyond symbolism and rhetoric. ***Resistance comes in all forms—armed***

***struggle, general strikes, and popular demonstrations. All of it is***

***legitimate, and all of it is necessary***."

271. The Toolkit writes the following message justifying the October 7

Attacks:

> For over 75 years, ***our*** Palestinian people, through steadfast resistance, have waged a prolonged war for liberation and return to ***our*** colonized homeland. What we are witnessing now is a heightened stage of the Palestinian struggle–through tearing down colonial infrastructure and liberating ***our*** colonized land from illegal settlements and military checkpoints, ***our*** people are actualizing revolution. Palestine will be liberated from the river to the sea, and ***our resistance, through their bravery and love for land, continue to bring dignity and honor to the Palestinian people. As the diaspora-based student movement for Palestine liberation, our responsibility is to not only support, but struggle alongside our people back home***."

272. The Toolkit provides a framework to "normalize and

support…fearless resistance," including the following mantras:

273. "You don't get freedom peacefully. Freedom is never safe guarded

peacefully."

274. "**Unity Intifada:** The revolution is being waged across historic

Palestine—not just cross-factional, but unifying ***our*** people in the name of

resistance; All Palestinian factions in Gaza appear to be participating under

unified command; *This is the first time since **1949** that a large-scale battle has*

*been fought within '48 Palestine*."

275. The Toolkit echoes and repeats Hamas propaganda used to indoctrinate its members and recruit terrorists. In fact, the Toolkit adopts much of the language of the Covenant of Hamas ("the 1988 Hamas Charter") and the language of the "Document of General Principals and Policies" ("the 2017 Hamas Charter"). The very title of the Toolkit, "Day of Resistance," mirrors the title of the 1988 Hamas Charter, "Covenant of the Islamic Resistance Movement." The Toolkit uses similar language to the 2017 Hamas Charter which states:

276. "Resistance and jihad for the liberation of Palestine will remain a legitimate right, a duty and an honour [sic] for all the sons and daughters of our people and our Ummah."

277. "Resisting the occupation with all means and methods is a legitimate right…"

278. The Day of Resistance Toolkit is the Hamas Charter for the student arm of Hama promulgated after the October 7 Attacks. The use of the pronouns "our", "we," and "us in the National SJP Toolkit shows that National SJP and the SJP chapters are one with Hamas, not just in solidarity with Hamas. In fact, the Toolkit ends with the following statement:

279. "***We as Palestinian students in exile* are PART of this movement, not in solidarity with this movement. *This is a moment of mobilization for all Palestinians. We must act as part of this movement.***

***All of our efforts continue the work and resistance of Palestinians on the ground.***"

280.   National SJP and SJP openly view themselves as part of Hamas's Operation Al-Aqsa Flood terror campaign. Following October 7, they sought to mobilize all SJP chapters to join the Operation Al-Aqsa Flood terror campaign and to continue the Hamas resistance. The Toolkit shows a continuity of the enterprise and a unity of interest between National SJP, SJP, and Hamas.

281.   Dr. Charles Asher Small of ISGAP stated in an interview that "the presence on campus of a national organization that declares itself to be a "PART" of [the Hamas] movement and not just a vehicle of solidarity amounts to a glaring and dangerous incongruity." He went on to say that "if students are declaring themselves to be extensions of these organizations, how can college administrators allow them to maintain status on campus?"[157]

282.   SJP's Toolkit and the National Day of Resistance show that National SJP and the SJP chapters share a common intent with Hamas and are engaged in the common pursuit of destroying the State of Israel through acts of violence and terrorism. The Toolkit is a manifesto publicly declaring that National SJP and the SJP chapters are one with Hamas.

---

[157] https://isgap.org/post/2023/11/dr-charles-asher-small-for-the-washington-examiner/

-117-

## Columbia SJP And Defendant Kiswani Openly Voice Support of Hamas

283. Columbia SJP's Instagram account was dormant for five months from May 15, 2023 to October 5, 2023. Then, two days prior to the October 7 Attacks, Columbia SJP posts the following on its Instagram account:



284. On March 24, 2024, Columbia SJP co-hosted with WOL an unauthorized event that took place at Columbia University entitled "Resistance 101" featuring Khaled Barakat, who is a member and former senior officer of PFLP, and Charlotte Kates, Barakat's wife and international coordinator of Samidoun (which is an affiliate of PFLP and active supporter of Hamas). Charlotte Kates has openly admitted that she met with Basem Naim,

a prominent leader in Hamas, as late as December 2023. Defendant Kiswani, the founder of WOL, spoke several times as well during the event.

285.  During the event, the speakers repeatedly backed Palestinian resistance, including open and tangible support for Hamas. The speakers spoke of the "international front of resistance," the role of National SJP and SJP in coordinating and uniting with and participating in the Hamas resistance against Israel. Some relevant statements include:

- Barakat: "It's central to our people and it's really important to see how the Al Aqsa Food Operation have *[sic]* liberated the Palestinian inner strength outside the new generations that today are getting involved in the struggle and it's so visible in the U.S., Canada, Europe and elsewhere of a new generation that is actually leading our struggle in the diaspora."[158]

- Kates: "And so then the question for us who are organized particularly in North America in the belly of the beast in the heart of the imperial core is how do we get organized and use the organizing that we are doing in order to be a meaningful part of that global front of resistance."[159]

- Kiswani: "The principal of the united front is what we are interested in … The axis of resistance has proven itself many times over."[160]

- Kates: "Because we can't simply say '***Oh well they are an FTO so then it's illegal.'…It's important for us to come together to do everything that we can to make support for the***

---

[158] https://www.youtube.com/watch?v=2xRAyYn5YkQ (minute 13)

[159] https://www.youtube.com/watch?v=2xRAyYn5YkQ (minute 42:30)

[160] https://www.youtube.com/watch?v=2xRAyYn5YkQ (minute 47:30)

***resistance as mass-based and as popular as possible.*** Because the more that we are able to do that the less the state is able to pursue kind of unjust prosecutions. ***Material support does have a meaning and it's meant to be material.*** Yes, the state wishes to expand the definition of that to comprise everything and anything in the world. However, it does not comprise moral and political support. It does not. There has been this attempt that's never been tested in an actual case to say that say doing a campaign if you're being coordinated by the FTO could be considered material support and that the state might want to try pursue this kind of thing in order to frighten and suppress the movement but the greater the support for the resistance is, the lesser their ability to pursue such a strategy is.[161]

- Kiswani: "We are united in resistance… ***DON'T ACQUIESCE TO THE IDEA THAT THEY ARE CONSIDERED TERRORIST ORGANIZATIONS SO WE SHOULDN'T TALK ABOUT RESISTANCE***."[162]

- Barakat: "***When I speak TO MY FRIENDS AND BROTHERS IN HAMAS, ISLAMIC JIHAD, you know the PFLP in Gaza these days especially after October 7th…And so when they see students organizing outside Palestine, they really feel that they are being backed as a resistance and they're being supported.*** Every demonstration in New York matters for Gaza…So your work is so important to the resistance in Gaza then more than ever."[163]

- Kates: "Hamas is a mass Palestinian movement that is in a leadership role in the liberation struggle right now. ***AND THERE IS NOTHING WRONG WITH BEING A MEMBER OF HAMAS, BEING A LEADER OF HAMAS, BEING A FIGHTER***

---

[161] https://www.youtube.com/watch?v=2xRAyYn5YkQ (minute 57:30)

[162] https://www.youtube.com/watch?v=2xRAyYn5YkQ (1:09)

[163] https://www.youtube.com/watch?v=2xRAyYn5YkQ (1:16)

> *IN HAMAS.* These are the people on the front lines defending Palestine and fighting for its liberation…It is actually necessary for us to do this if we are going to build an international popular cradle of the resistance to be alongside that which is Palestinian and that which is Arab and that which is regional."[164]

- Kiswani: "Make sure to continue to uplift the resistance in every action that we do here on campus and outside of campus."[165]

286.  Because of the blatant support for Hamas by terrorist-affiliated speakers, Columbia University opened an investigation into Resistance 101 and indefinitely suspended four students over their involvement in the unauthorized Resistance 101.[166]

287.  Contrary to Kates's claim in Resistance 101 that material support "does not comprise moral and political support," Columbia President Shafik released a statement on April 5, 2024, declaring the content in the program and its promotion of terror and violence by terrorist-affiliated speakers to constitute support for a terrorist organization in violation of university policies meriting an investigation and suspension of the students involved. [167]

288.  Resistance 101 was an SJP and WOL co-sponsored program aimed at promoting and encouraging SJP, as the student arm of Hamas, to continue

---

[164] https://www.youtube.com/watch?v=2xRAyYn5YkQ (1:34:30)
[165] https://www.youtube.com/watch?v=2xRAyYn5YkQ (1:41:45)
[166] https://www.columbiaspectator.com/news/2024/04/04/four-columbia-students-suspended-evicted-from-university-housing-following-unauthorized-resistance-101-event/
[167] https://president.columbia.edu/news/statement-columbia-university-president-minouche-shafik-4-5-24

its support of and coordination with Hamas and commending its efforts on behalf of Hamas thus far.

## SJP Chapters Continue Voicing Enthusiastic Support of the October 7 Attacks

289.   In November 2023, WOL published a map of Jewish and pro-Israel organizations in New York claiming they had "blood on their hands" and calling for people to "Make these locations a stop in your protests. picket and leaflet outside of them, make supporters of genocide uncomfortable."[168]

290.   An interview with Adela Cojab Moadeb, the complainant in a Department of Education action pushing for equal protection for Jewish students at NYU in 2019, revealed that SJP "may be an active facilitator of Hamas' strategy." According to Cojab, "SJP was ready with relevant material for dissemination immediately after October 7, which was only possible for a student organization with some advance warning. In other words, from the level of action readiness by SJP campus groups, SJP chapters were made ready for a rapid propaganda response to any anticipated Hamas action."[169] Such a rapid propaganda response to the October 7 Attacks by SJP chapters

---

[168]   https://www.jta.org/2023/11/16/ny/elected-officials-and-jewish-leaders-decry-pro-palestinian-groups-map-of-jewish-organizations-with-blood-on-their-hands

[169] https://jcpa.org/pdf/jihad_unmasked_2023.pdf

legitimizing the October 7 Attacks is indicative of their participation in the Hamas plot to terrorize and destroy Israel.

291.   In a statement published after the October 7 Attacks, National SJP described Hamas's massacres of Israelis as "a historic win for Palestinian resistance," and called for "Not just slogans and rallies, but armed confrontation with the oppressors."[170] In its "Day of Resistance Toolkit," National SJP made clear that it advocates for Hamas to militarily conquer all of Israel; it applauded the Hamas occupation of Israeli towns along the Gaza border and proclaimed that its goal is "complete liberation" of Israel and the full influx of Palestinians to Israeli land.[171]

292.   Five days after the terrorist attacks, National SJP organized a "National Day of Resistance" of which called for "armed confrontation with the oppressors." It created an unsafe environment for many Jewish students on campus. National SJP's Day of Resistance Toolkit pledged to bring the spirit of resistance to U.S. college campuses. "*We must continue to resist* directly through dismantling Zionism, and wielding the political power that our organizations hold on our campuses and in our communities," it reads.

---

[170]   https://www.seattletimes.com/opinion/language-around-day-of-resistance-and-protest-leaves-jews-fearful/

[171]   https://dw-wp-production.imgix.net/2023/10/DAY-OF-RESISTANCE-TOOLKIT.pdf

"Challenging Zionist hegemony and popularizing our resistance is a critical part of advancing *our* national movement!"[172]

293.   Following the October 7 Attacks, posters depicting the hostages taken into Gaza were hung up in public spaces on college campuses as a reminder of the innocent civilians and soldiers being held by Hamas in Gaza. Many SJP students proceeded to rip down the posters.

294.   Following the October 7 Attacks, SJP George Mason University stated: "We as Students for Justice in Palestine at George Mason call for a free Palestine, from the river to the sea, and *support all forms of resistance* which helps [sic] the Palestinian people inch closer to that reality. We call on all those who identify as 'allies' to the Palestinian liberation movement *to take similar action*. Peace cannot exist without justice, and justice for the Palestinians cannot prevail without action. With steadfastness and confrontation, GMU SJP."[173]

295.   The University of Illinois SJP chapter shared a video which showed a Hamas terrorist who filmed himself from inside the home of an Israeli family during the October 7 Attacks. Several SJP chapters referred

---

[172] *Id.*

[173] https://www.adl.org/resources/blog/students-justice-palestine-endorses-terrorism-and-dismantling-zionism-plans-day

members to RNN, an encrypted messaging application that shares violent images and videos of attacks on Israelis and disseminates Hamas propaganda.

296.   Videos from the October 7 Attacks show Hamas terrorists dragging dead bodies and innocent hostages into cars and celebrating and parading Israeli bodies around Gazan cities.[174] Several SJP chapters shared these violent images and videos of the October 7 Attacks, supporting Hamas's objectives of glorifying the October 7 Attacks.

297.   Following the October 7 Attacks, the SJP chapter of CUNY Law shared, "If you support Palestine understand that necessitates supporting our right to defend ourselves and liberate our homeland by any means necessary."[175]

298.   SJP chapters have also adopted the image of people flying in paragliders, a clear reference to the Hamas terrorists who utilized paragliders as part of their massacre of Israeli civilians in the October 7 Attacks, as a symbol of their call for resistance.[176]

---

[174] Paul P. Murphy, Allegra Goodwin, Benjamin Brown, and Sharif Paget, Desert horror: Music festival goers heard rockets, then Gaza militants fired on them and took hostages, CNN (updated Oct. 9, 2023), https://www.cnn.com/2023/10/07/middleeast/israel-gaza-fighting-hamas-attack-music-festival-intl-hnk/index.html

[175] https://www.adl.org/resources/backgrounder/students-justice-palestine-sjp

[176] https://www.adl.org/resources/backgrounder/students-justice-palestine-sjp

A poster published by the Bard College branch of SJP.

299.   On October 12, 2023, University of Minnesota's SJP Chapter held a bake sale "in loving memory of Palestine's martyrs." On October 21, it organized an "urgent public meeting" on campus calling for a "communist movement here to overthrow U.S. imperialism. Intifada until victory!"[177]

300.   University of North Carolina SJP claimed "it is our moral obligation to be in solidarity with the dispossessed, no matter the pathway to liberation they choose to take. This includes violence." New York University SJP rejected "peaceful discourse" and instead claimed "there is no peace in a colonized people living under occupation, subjugation, and apartheid."

---

[177]     https://coalitionforjewishvalues.org/wp-content/uploads/2024/03/ZLI-Coalition-Prosecution-Request-to-AG.pdf

University of Virginia SJP declared that the mass murder of civilians on October 7th was "a step towards a free Palestine."[178] Immediately following the October 7th Attacks, anti-Israel protests became violent at several universities, including Columbia, leaving Jewish students harmed and frightened. Protesters at Harvard surrounded a pro-Israel student and shoved and harassed him. At MIT, Jewish students were reportedly warned to avoid certain areas for their personal safety amid a disruptive demonstration. A furious Columbia University professor despaired, "We cannot protect your children from pro-terror student organizations because the president of Columbia University will not speak out against pro-terror student organizations." The main campus group supporting these violent protests is SJP.[179] An anti-Israel protest at Tulane University devolved into violence. Jewish students at University of Massachusetts were physically assaulted.

301. In October 2023, several violent SJP on campus incidents transpired. At Amherst University, students staged a riot that led to the arrest of 57 individuals after they took over the administration building. At Tulane University, SJP students burned the Israeli flag during a demonstration.

---

[178]    https://www.govinfo.gov/content/pkg/CREC-2023-10-19/html/CREC-2023-10-19-pt1-PgS5113.htm

[179] https://www.fdd.org/analysis/2023/12/19/antisemitism-on-campus-must-end/

302. Following the October 7 Attacks, at George Washington University, students associated with SJP projected onto the exterior of a campus library building the messages—"Glory To Our Martyrs," "Divestment From Zionist Genocide Now," and "Free Palestine From The River To The Sea."[180]



303. In October 2023, Florida Gov. Ron DeSantis directed state universities to deactivate their SJP chapters. "Based on the National SJP's support of terrorism, in consultation with Governor DeSantis, the student chapters must be deactivated," the system's Chancellor Ray Rodrigues wrote in a memo to university leaders.[181]

---

[180]    https://www.timesofisrael.com/glory-to-our-martyrs-protected-onto-building-at-george-washington-university/

[181]    https://www.reuters.com/world/us/floridas-desantis-bans-pro-palestinian-student-group-2023-10-25/

304.    According to the Chancellor's memo National SJP broke the law by saying it is "part" of the terrorist actions in Israel. As a result, Rodrigues required that student SJP chapters be derecognized. National SJP's "Day of Resistance Toolkit," refers to campus SJP organizations as "chapters" and states:

> "We as Palestinian students in exile are PART of this movement, not [merely] in solidarity with this movement. This is a moment of mobilization for all Palestinians. We must act as part of this movement. All of our efforts continue the work and resistance of Palestinians on the ground."

Accordingly, SJP has not just declared it is part of Hamas's terrorist activities, but it has also implicated all SJP chapters at U.S. colleges.[182]

305.    DeSantis said in November during a GOP presidential debate. "We had a group of students for Justice of Palestine," he said. "They said they are common cause with Hamas. They said, 'We're not just in solidarity. This is what we are.' We deactivated them. We're not gonna *[sic]* use tax dollars to fund Jihad."[183]

306.    In November 2023, a group of Jewish students published an op-ed in the New York Times that documented the specifics of what had been

---

[182]    https://www.mindingthecampus.org/2023/10/25/resistance-toolkits-open-sjp-chapters-to-felony-charges-in-florida/
[183]    https://www.cnn.com/2023/11/09/politics/florida-students-for-justice-in-palestine-chapters/index.html

happening across college campuses after the October 7 Attacks. The article explained:

307.   "Since the Hamas terrorist attacks on Oct. 7, campus life in the United States has imploded into a daily trial of intimidation and insult for Jewish students. A hostile environment that began with statements from pro-Palestinian student organizations justifying terrorism has now rapidly spiraled into death threats and physical attacks, leaving Jewish students alarmed and vulnerable. On an online discussion forum last weekend, Jewish students at Cornell were called 'excrement on the face of the earth,' threatened with rape and beheading and bombarded with demands like "eliminate Jewish living from Cornell campus."[184]

308.   In November 2023, a group of New York State legislators wrote to Gov. Kathy Hochul asking her to work with institutions, investigate and potentially shut down SJP chapters. They said the umbrella group directly associates with Hamas and endorses the use of violence and attacks on citizens. The letter stated, "The National Students for Justice in Palestine (National SJP), the umbrella organization which New York chapters are under, published a "toolkit" that refers to the Hamas operation as 'the resistance' and states that 'Palestinian students in exile are PART of this

---

[184] https://www.nytimes.com/2023/11/03/opinion/antisemitism-jews-campus.html

movement, not in solidarity with this movement.' As such, National SJP is essentially admitting that it is part of a U.S. government-designated Foreign Terrorist Organization."[185]

309.   In November 2023, Brandeis University banned SJP, with the school's President Ronald Liebowitz stating that student groups calling for violence against Jews or Israel's destruction "should lose all privileges associated with affiliation at their schools."[186] Columbia University also suspended it SJP chapter in November 2023. George Washington University suspended its SJP chapter as well after it projected messages onto the campus library that the university president said were antisemitic and in violation of university policy. Rutgers University took similar action in December 2023 after an associate dean determined the group's activities "pose a substantial and immediate threat to the safety and well-being of others."[187]

310.   On February 26, 2024, students attending a talk by an Israeli Defense Forces soldier were forced to evacuate the University of California, Berkeley's Zellerbach Playhouse after protesters from Bears for Palestine (the Berkeley SJP chapter) descended on the venue, breaking two windows and a

---

[185]     https://www.scribd.com/document/685974552/Letter-to-Gov-Hochul-Re-SJP-Chapters-at-NYS-Universities#fullscreen&from_embed
[186]     https://www.jns.org/brandeis-becomes-first-private-university-to-ban-students-for-justice-in-palestine/
[187]     https://www.timesofisrael.com/rutgers-suspends-students-for-justice-in-palestine-for-violating-university-policies/

door. Several attendees reported to campus police that they were physically assaulted and called antisemitic slurs by the protesters. Disturbing footage shows an angry mob chanting "intifada, intifada" and banging violently on the glass doors. In one clip, a student could be heard telling his friends inside the auditorium that a woman outside spat on him and called him "Jew, Jew, Jew— literally right to my face." Other students also claimed the protesters shoved a senior into the auditorium door as he tried to check in attendees and grabbed a freshman by the neck. One person could be heard shouting, "You got what you deserve." Afterward, one student said she heard the protesters chant, "We won, we won, we won."[188]

311.    Bears for Palestine's founder and Defendant Hatem Bazian, has repeatedly justified terror attacks against Israel and intifada in the US. Shortly after the October 7 Attacks, the group issued a statement saying it supports 'the resistance, the liberation movement, and indisputably supports the Uprising.[189]

312.    On March 19, 2024, the Harvard Palestine Solidarity Committee, which is an alternative name for SJP, organized a memorial to honor the

---

[188]    https://nypost.com/2024/02/28/us-news/angry-mob-forces-jewish-students-to-evacuate-uc-berkeley-theater/

[189]    https://www.dailymail.co.uk/news/article-12625035/UC-berkeley-Bears-Palestine-SJP-Isreal-hamas-professor-history.html#:~:text=Bears%20For%20Palestine%20(BFP)%2C,accused%20of%20demonizing%20Jewish%20students.

"martyrs" killed during a raid on Al-Shifa hospital where IDF forces killed a senior Hamas commander, Faiq Maghouh.[190]

313.    On March 29, 2024, the student government of Harvard Law School passed a resolution which "formally calls upon [Harvard Management Company] to divest completely from weapons manufacturers, firms, academic programs, corporations, and all other institutions that aid the ongoing illegal occupation of Palestine and the genocide of Palestinians." It further "calls upon all institutions and organizations within the Harvard community to divest" from the same.[191]

314.    On March 25, 2024, the Zachor Legal Institute sent a prosecution request, cosigned by several other organizations, to Attorney General Merrick B. Garland relating to the "deprivation of rights of Jewish students by SJP and groups aligned with SJP."[192] The request alleges that SJP has launched a nationwide campaign violently harassing Jewish students, including "brandishing weapons on campus, physically attacking Jews and using large

---

[190]    https://www.thejc.com/news/usa/racist-fans-threaten-to-boycott-james-bond-over-jewish-007-s1le77qx
[191]    https://www.thecrimson.com/article/2024/3/30/hls-student-reps-resign-israel-divestment/
[192]    https://zachorlegal.org/wp-content/uploads/2024/03/ZLI-Coalition-Prosecution-Request-to-AG.pdf

crowds to physically prevent Jews from attending classes or using campus facilities."[193]

315.   On March 30, 2024, Abdullah Akl, led a rally for WOL leading a sizeable crowd in a chant translated as "Abu Obaida [a well-known Hamas terrorist], my love, Strike, Strike, Tel Aviv!" This frightful call for murder and destruction was widely distributed over a variety of different media. Abdullah Akl is a WOL organizer and also serves as the Director of Advocacy & Civic Engagement for the Muslim American Society. According to a legal brief from Federal prosecutors, the Muslim American Society "was founded as the overt arm of the Muslim Brotherhood in America."[194]

---

[193] *Id.*

[194]        https://www.ngo-monitor.org/reports/ngo-network-orchestrating-antisemitic-incitement-on-american-campuses/;        https://www.investigativeproject.org/documents/case_docs/542.pdf#page=58



"Abu Obaida (Hamas spokesman), my love, strike, strike, Tel Aviv!"

https://www.instagram.com/reel/C5TmEKNO60G/?igsh=MTcwdmw3YTVjN3g5dQ==

316.   On April 10, 2024, a movement named A15 released a video on social media platforms calling on the public to blockade shipping activity at ports around the world on April 15, 2024 "for a Free Palestine," that is, against Israel's defensive military actions against Hamas following the October 7 Attacks.[195] A15's video has primarily been promoted on social media by far-left

---

[195] https://www.youtube.com/watch?v=30CaIPeNbvc↵

organizations, including radical Palestinian activist organizations such as WOL.

## Hamas's Encouragement and Praise of Global Solidarity After the October 7 Attacks

317. Hamas has for years been permeating American universities and spreading its influence in the United States via SJP chapters and with the help of all Defendants.

318. As early as 2014, Hamas's Interior Ministry issued guidelines to social-media activists on pandering to its Palestinian supporters in the United States and elsewhere. The guidelines reinforce the importance for Hamas of maintaining contact with its worldwide network of supporters, garnering their support for the benefit of Hamas and giving them a role in the terrorist conspiracy. The guidelines provided a series of suggestions specifically for Palestinians who speak to Westerners via social media. One of the guidelines stated:

> When speaking to the West, you must use political, rational, and persuasive discourse, and avoid emotional discourse aimed at begging for sympathy. There are elements with a conscience in the world; **you must maintain contact with them and activate them for the benefit of Palestine**. **Their role is to shame the occupation and expose its violations.**[196]

---

[196]     https://www.memri.org/reports/hamas-interior-ministry-social-media-activists-always-call-dead-innocent-civilians-dont-post

-136-

319.   Since the October 7 Attacks, Hamas has recognized the rise in global solidarity with its movement—reaping the fruits of its labor in planting seeds in the United States for years with Defendants' assistance. Hamas has encouraged, recognized, and praised the support it is receiving in the United States for its cause.

320.   On October 7, 2023, Hamas leader, Ismail Haniyeh, in describing the October 7 Attacks, stated on Al-Jazeera Network: "This is not the battle of the Palestinian people along, or Gaza alone. This is a call to our resistance…to our resistance abroad, to our strategic allies, to all the sons of this nation: Therefore, I call upon the sons of this entire nation in their various locations to join this battle any way they can… Let us be partners in creating this great victory."[197]

321.   On November 12, 2023, Osama Hamdan from Hamas Political Bureau states on Al-Jazeeera Network, "The activity of the angry masses on all the continents of the world is a very important matter that has a large impact in pressuring the decision makers of the world. We salute and thank the Arab and Muslim people and the free people who took to the streets… Today, the people of the world stand with our people. They stand with truth… We call upon these free people to increase their activity and their solidarity

---

[197]    *Id.*   https://www.memri.org/tv/connecting-dots-pro-palestinian-protests-us-and-west-called-hamas-and-cheered-hizbullah

-137-

with Gaza and the Palestinians… Oh, people of the world, the sons of the Islamic nation, and the free people of the world: Keep up your activity on the ground. Your voice is louder than their tyranny, missiles, and terrorism."[198]

322.  Hamas leader Khaled Mashal states in a January 2024 Amar Taki's podcast, "Palestine is free from the River to the Sea"—that's the slogan of the American students."[199]

323.  On Hamas's miliary wing website, www.alqassam.ps/arabic/, Mahmoud Al-Rantisi writes on January 25, 2024, "In the context of talking about the soft power here of the Palestinian resistance, we say very clearly: It has transcended Palestinian geography to reach the entire global geography, and perhaps no liberation movement during the past four decades has received such solidarity and desire for support."[200] With respect to reaching the youth and spreading the terrorist ideology globally, Al-Rantisi continues, "Also, the most prominent figure of the Palestinian resistance currently and the most attractive is the figure of the military spokesman, 'Abu Ubaida,' who continues to charge the batteries of the people's will in his speech, and refers to the people's steadfastness and legendary sacrifices as a renewable energy source

---

[198] *Id.*

[199] *Id.*

[200] www.alqassam.ps/arabic/ "The most important industry...the Palestinian fighting human industry" by Mahmoud Al-Rantisi, 01-25-2024 (Arabic translated using Google Translate).

-138-

for the performance of the resistance in the field. 'Abu Ubaida' has become a global symbol that the rising generation looks up to all over the world, and they are eager for every new speech from him, which is what is called in soft power literature, winning minds and hearts."[201]

324.   On March 30, 2024, Kahled Barakat stated on Al-Manar TV: "The vast majority among the new generation [in the U.S. and Canada] support armed resistance as well as the removal of the Zionist entity from the occupied Palestine in its entirety. This is why we see that the main slogan of all these movements, demonstrations, and activities is 'Palestine will be free from the River to the Sea.'"[202]

325.   On March 27, 2024, Khaled Mashal, the Hamas leader abroad, called for millions to take to the streets in protest, saying there had been an unprecedented shift in global public opinion.[203]

**Defendants' Escalation of Violence and Open Support For Hamas**

326.   On April 18, 2024, over 100 people were arrested and issued summonses for trespass, including Isra Hirsi, the daughter of Rep. Ilhan Omar, after protesters set up an encampment at Columbia University in support of Gaza. Many of those arrested were Columbia SJP members,

---

[201] *Id.*

[202] *Id.*

[203] https://www.wsj.com/articles/whos-behind-the-anti-israel-protests-hamas-gaza-hezbollah-talking-points-d2f538ca?st=1hdnvzst5l9h6s3&reflink=article_whatsapp_share

including Hirsi who is an organizer for Columbia SJP. Hirsi said on social media platform X that she was suspended for "standing in solidarity with Palestinians facing a genocide."[204]

327.  While these Columbia protests and arrests were going on, Eden Yadegar, a junior at Columbia and the daughter of American immigrants who fled Iran 45 years ago to escape antisemitism, spoke at a Congressional hearing investigating antisemitism at Columbia University:

> I am horrified that the same Jew hate that drove my family to the U.S. has become normalized here. It is pervasive in classrooms, across campus, in student groups and online… 'Long live the Palestinian armed struggle' and shouts of 'Free Palestine.'… We [Jewish students] are ostracized, mocked, harassed and scapegoated because of our identities. 'F*** the Jews' yelled at visibly Jewish friends of mine on multiple separate occasions… Another professor claimed to be Hamas. We have been attacked with sticks outside of our library. We have been surrounded by angry mobs and we have been threatened to 'keep f*** running.'[205]

328.  On April 19, 2024, calls for violence and terrorism continued at Columbia. SJP students shouted:

329.  "Go Hamas. We love you. We support your rockets too."

330.  "Free, free, free Palestine!!! There is only one solution. Intifada revolution!!!"

---

[204]    https://www.nbcnews.com/news/us-news/rep-ilhan-omars-daughter-students-suspended-barnard-college-refusing-l-rcna148445

[205]    https://www.instagram.com/reel/C56IALWLcEu/?igsh=dWY2NmRwNWg2Mmw1

331. "***Al-Qassam make us proud***! Take another soldier out!"

332. "We say justice, you say how? Burn Tel Aviv to the ground. ***Go Hamas, we love you. We support your rockets too***."[206]

333. Flyers were handed out calling for "Worldwide Intifada."



https://twitter.com/persianjewess/status/1783195763960602656/photo/1

334. During a Columbia protest, a protest leader said in a speech:

Let it be known that it was the Al-Aqsa Flood that put the global intifada back on the table again. And it is the sacrificial spirit of the Palestinian freedom fighters that will guide every struggle on every corner of the earth to victory. Remember that militancy breeds Resistance. ***Thousands upon thousands of students around the world have been moved to rebel because of your militancy***.[207]

---

[206]     https://www.instagram.com/reel/C58kt07tFpf/?igsh=M3k1NmUxajBkejg2; https://www.jpost.com/diaspora/antisemitism/article-798160

[207] *Id.* (emphasis added)

335. The protesters targeted Jewish students, calling them "Al-Qassam's next targets" in reference to the military wing of Hamas. One protester yelled, "Remember the 7th of October!" and threatened that it would happen "10,000 times."[208] WOL leader and Defendant Kiswani, entered the Columbia campus and led the crowd in a chant in a video published by SJP Columbia, saying "There is only one solution, Intifada revolution."[209] Jewish students and the Chabad Rabbi of Columbia University were forced to leave the campus for their safety during this violent pro-Hamas demonstration. Sami Al-Arian, who pleaded guilty in 2005 for supporting PIJ and was deported from the U.S. after serving time in jail, had boasted and shared a photo on social media that his wife, Nahla, was among those who joined the Columbia protests.

336. On April 21, 2024, Rabbi Eli Buechler, the director of the OU-JLIC at Columbia/Barnard, issued a letter urging students to leave campus and go home due to growing threats of anti-Jewish violence by pro-Hamas

---

[208] https://www.theyeshivaworld.com/news/general/2279348/2024-usa-or-1933-germany-columbia-universitys-rabbi-tells-jewish-students-to-go-home-over-threat-of-violence.html

[209] https://www.jpost.com/diaspora/antisemitism/article-798160

provocateurs on the university's campus.[210] This post was headlined, "CAMPUSES IN REVOLT FOR GAZA AND DIVEST."



People rally against Israel on the campus of Columbia University, which is occupied by pro-Palestinian protesters, in New York on April 22, 2024. (Charly Triballeau/AFP)

337.   On April 22, 2024, due to security concerns because of the violent SJP protests on campus, Columbia officials decided to make all classes virtual.[211] The Columbia protests and encampment lasted well over a week,

---

210    https://www.theyeshivaworld.com/news/general/2279348/2024-usa-or-1933-germany-columbia-universitys-rabbi-tells-jewish-students-to-go-home-over-threat-of-violence.html

211    https://president.columbia.edu/news/statement-columbia-university-president-minouche-shafik-4-22#:~:text=Dear%20Members%20of%20the%20Columbia,time%20and%20effort%20to%20reaffirm

and on the night of April 30, 2024 a violent mob broke a window in a campus building and the NYPD raided the campus and arrested over 100 people.

338.   Meanwhile, similar SJP violent protests were spiraling out of control on the Yale campus. On April 20, 2024, a Jewish student was jabbed in the eye with a Palestinian flagpole. The protesters had pushed her and her friend repeatedly, and she noted signs of Walid Daqqah, the recently deceased terrorist who was part of a cell that kidnapped, tortured, and murdered IDF soldier Moshe Tamam in 1984. Yalies for Palestine and American Muslims for Palestine Connecticut said on social media that they had succeeded "because no arrests had been made during their protests."[212]

339.   On April 19, 2024, dozens arrests were made at Yale for criminal trespass due to the encampment set up on campus by pro-Palestinian students.

340.   Following the protests at Columbia and Yale, clusters of student encampments and violent protests lead by SJP spread at universities across the United States. Ninety-three student protesters were detained by police dressed in riot gear at the University of Southern California, which canceled all its planned commencement speakers. The gates to Harvard Yard were closed to the public on April 22, 2024. Encampments sprung up at campuses from Boston to Ann Arbor and Chapel Hill. More than 100 people were arrested

---

[212] https://www.jpost.com/diaspora/antisemitism/article-798092

at Emerson College in Boston on April 25, 2024. At University of Texas in Austin at least 34 protesters, including a member of the media from a local news station, were arrested during the night on April 24. At California State Polytechnic University, Humboldt, protesters barricaded themselves in a university building using furniture, tents, chains and zip-ties, prompting a campus shutdown. At UC Berkeley, the "Free Palestine Camp" has grown over three days into a sit-in. At Cal Poly Humboldt, the campus has been closed and classes are being held remotely after pro-Palestinian protesters barricaded themselves in a building for a sit-in.

341. On April 22, 2024, clashes broke out between police and demonstrators at New York University after police moved in to clear out an anti-Israel "liberated zone" set up by pro-Palestinian protesters. The university called in the police after the scene became disorderly and the university received reports of "intimidating chants and several antisemitic incidents." Officers in riot gear scuffled with demonstrators as some of the protesters appeared to act violently toward officers, with a masked man draped in a keffiyeh throwing a chair toward them. One hundred and thirty-three protesters—including students and faculty—were arrested.[213]

---

[213] https://www.timesofisrael.com/dozens-arrested-at-nyu-as-anti-israel-encampments-sweep-across-us-campuses/

342.   SJP chapters across the country said the Columbia arrests only further emboldened them to call for National SJP announced the launch of a cross-campus initiative called "Popular University for Gaza." "Over the last 72 hours, SJP chapters across the country have erupted in a fierce display of power targeted at their universities for their endless complicity and profiteering off the genocide in Gaza and colonization of Palestine," the group posted on X.[214]

343. Since the Columbia protests and encampment, violent SJP protests and encampments spread like wildfire across U.S. college campuses:[215]

| Columbia University | Pro-Palestinian student protesters are encamped on campus. Over 100 people have been arrested. |
|---|---|
| Harvard University | Students set up tents and demanded the university to divest from Israel. |
| New York University (NYU) | Encampment swelled to hundreds of protesters. Police called in, resulting in arrests. |
| Yale University | Dozens of protesters arrested during pro-Palestinian demonstrations. |
| Massachusetts Institute of Technology (MIT) | Students gathered on the university's Kresge Lawn, demanding the university to cut ties with Israel. |

---

[214]        https://www.timesofisrael.com/dozens-arrested-at-nyu-as-anti-israel-encampments-sweep-across-us-campuses/

[215]        https://www.usatoday.com/story/graphics/2024/04/25/college-campus-protests-gaza-map/73450230007/

| | |
|---|---|
| University of North Carolina at Chapel Hill | Students gathered outside the chancellor's office in solidarity with Columbia University students. |
| California State Polytechnic University, Humboldt | Students barricaded themselves inside a building during protests. |
| University of Michigan | Pro-Palestinian student demonstrators set up encampments, demanding divestments from Israel. |
| University of Minnesota | Students staged a walkout in response to university police arresting protesters. |
| University of Southern California (USC) | LAPD arrested 93 people, and encampments were cleared by the police in riot gear. |
| University of Texas at Austin | At least 57 people were arrested during a student walkout demanding divestment from manufacturers supplying weapons to Israel. |
| Ohio State University | Two students were arrested during a protest on campus. |
| Emerson College | More than 100 people were arrested after Boston police forcibly cleared a tent encampment. |
| University of California, Berkeley | Protesters camped out on campus demanding divestment from companies connected to weapons supplied to Israel. |
| Stanford University | Hundreds of students held a walkout. |
| University of Delaware | About 300 University of Delaware students, faculty and staff marched to demand that the university divest from Israeli military operations. The protest was organized by the University of Delaware chapter of Students for Justice in Palestine. |
| Tufts University | About 200 students stage a sit-in to call for a cease-fire. |

| | |
|---|---|
| Cornell University | Twenty-four students and employees were arrested during a protest against the university's financial ties to companies accused of human rights abuses in Gaza. They are set to appear in court and could face up to 15 days in jail if convicted. This marks the first arrest of protesters at Cornell in nearly two decades. |
| University of Pittsburgh | A coalition of student groups staged a sit-in protest in front of the Cathedral of Learning, demanding that Pitt divest from Israeli institutions and support Palestinian liberation. |
| Swarthmore College | Students set up tents on the lawn known as Parrish Beach in front of Clothier Hall. |
| Brown University | Protesters pitched more than two dozen tents on the main green. |
| University of Texas at San Antonio | About 150 protesters marched through campus to demand a cease-fire. |
| George Washington University | Hundreds of demonstrators launched an encampment and gathered to call for a cease-fire. |
| Rice University | Rice Students for Justice in Palestine created a "liberated zone" on campus in solidarity with Gaza. |
| The New School | A group of student demonstrators set up an encampment in the lobby of The New School's University Center building. |
| University of Illinois Urbana-Champaign | Hundreds of students flooded the streets and marched. |
| University of New Mexico | A few dozen students, alumni and community members gathered at pro-Palestinian encampments. |
| University of Rochester | More than a dozen students set up and gathered at an encampment. |
| Emory University | Protesters set up tents at Emory University's quadrangle. |
| Princeton University | About 100 protesters gathered in the lawns outside the chapel. |

| | |
|---|---|
| University of Texas at Arlington | About 150 protesters carried signs and chanted during a campuswide walkout. |
| University of Texas at Dallas | Over 100 students staged a sit-in in the administration building, which lasted around nine hours. |
| University of North Carolina at Charlotte | Protesters set up a Gaza solidarity encampment zone until they were instructed to remove their tents by Charlotte security. |
| American University | Hundreds of students rallied before marching to the president's office building. |
| City University of New York | Students launched a pro-Palestinian encampment and called for CUNY to divest from Israel. |
| Miami University | Over 15 students participated in a walkout showing solidarity with the arrested Columbia University protesters. |
| Indiana University | Community members created an encampment on campus, which lead to police and state troopers arriving and making arrests. |
| Northwestern University | Students set up an encampment on campus, prompting the school to ban tents in the common area. |
| University of Connecticut | A few hundred students gathered and one was arrested. |
| University of California, Los Angeles | Hundreds of people gathered at an encampment, then counter-protestors breached it leading to barricades being erected. |
| Fashion Institute of Technology, Manhattan | About 150 people stormed into The Museum at FIT before it was secured, and encampments were set up both inside and outside. |
| Florida State University | About 40 students set up an outdoor encampment. |
| Michigan State University | Students set up an outdoor encampment, and the Board of Trustees granted them a camping permit. |

| | |
|---|---|
| University of Maryland | Students staged a sit-in on campus. |
| University of Southern Maine | About 30 people, mostly students, gathered and marched down a street. |
| Purdue University | Students set up an outdoor encampment after interrupting a presidential lecture series. |
| Loyola University | Students gathered in an outdoor demonstration. |
| University of California, Santa Barbara | Hundreds participated in a series of indoor activities to express solidarity, including workshops and art projects. |
| University of California, Irvine | Several hundred protesters rallied on campus as they called for the university to divest from Israel. |
| Kennesaw State University | Students and faculty marched around campus. |
| Northeastern University | Students set up an outdoor encampment |
| Indianan University | Students set up an outdoor encampment |
| Arizona State University | Students set up an outdoor encampment |
| University of Pennsylvania | Students set up an outdoor encampment |
| University of Colorado Denver | 40 students arrested |
| California State Polytechnic University in Humboldt | Campus closed for semester after protestors barricaded themselves in a building |

344. The Wall Street Journal reported that the encampments and violent protests on college campuses beginning with Columbia University on April 18, 2024 are "the latest crescendo in a movement that has seen more than

8,000 pro-Palestine protests in over 850 cities and towns across the U.S., according to data compiled by researchers at the Harvard Kennedy School and the University of Connecticut."[216]

**Hamas Approves of SJP Organized Protests**

345.   Hamas has openly acknowledged and approved of the April 2024 protests across American college campuses. Hamas spokesperson Bassem Naim said in an interview:

346.   "We in the Hamas movement believe that any popular movement demanding an end to the aggression and genocide against our people are useful and supportive activities for our cause…The importance of this increases if these activities involve young people and university students, given that this reflects the vision of future generations. The American administration's attempts to suppress these activities will not change the reality of the situation, whether regarding the justice of the Palestinian cause or the brutality and racism of the Israeli occupation. We believe that suppressing these activities will increase the youth's adherence to their position and reveal the falsity of American democracy."[217]

---

[216]   https://www.wsj.com/politics/college-campus-pro-palestinian-protests-64115768?mod=djemwhatsnews

[217]   https://www.newsweek.com/hamas-slams-us-crackdown-pro-palestinian-college-protests-1893962

347.   Izzat Al-Risheq, a member of Hamas's Political Bureau, blamed President Joe Biden for "violating the individual rights and the right to expression through arresting university students and faculty members for their rejection of the genocide to which our Palestinian people are being subjected in the Gaza Strip at the hands of the neo-Nazi Zionists."[218] Al-Risheq wrote in the statement: "Today's students are the leaders of the future, and their suppression today means an expensive electoral bill that the Biden administration will pay sooner or later."[219]

348.   Tents with thank you messages thanking the SJP protestors for their support and solidarity were visible in Gaza:



[218]    https://abcnews.go.com/Politics/speaker-johnson-alleges-hamas-support-anti-israel-campus/story?id=109626661
[219] *Id.*





(source unknown)



Palestinians in Rafah thank students protesting at USA universities 27.4.2024 19:37:19 by HAITHAM IMAD[220]

**This Complaint Is Not About Defendants' Free Speech Rights**

349. This lawsuit does not target the Defendants' ideology or the content of their messages. The lawsuit does not target Defendants' messages or ideology during college protests, Apartheid week, the statements of guest speakers, or the expressed views of individuals attending and speaking at conferences. Plaintiffs' allegations related to Defendant's statements and messages made during college protests, the Toolkit, violent and threatening behavior on college campuses, terrorist-linked guest speakers, and terrorist-linked speakers at conferences are presented to underline Defendant's assistance to Hamas and pursuit of the same object. This is put forth as

[220] https://epaimages.com/search.pp?pictureid=12187104

-154-

evidence establishing that Defendants created and maintain the United States arm of Hamas.

350.    The ideology and message of HLF, IAP, and AMS were central to the determination that these entities were liable in the original *Boim* Action. In granting the Boims' motion for summary judgment on liability, the judge determined that IAP and AMS "desired to help Hamas' activities succeed" and engaged in acts of "helping those activities succeed" based on evidence that IAP/AMS (among other things): (a) held a meeting where attendees condemned the 1993 Oslo Accords and vowed to ensure its failure; (b) sponsored a speaker who urged "supporting Jihad"; (c) discussed ways to support "the Movement" (being careful not to use the name "Hamas"); (d) published and distributed pro-Hamas documents; (e) published an editorial advocating martyrdom; (f) assisted fundraising and encouraged donations to groups found to have supported Hamas; (g) allowed such groups to set up booths at conventions; (h) published documents designed to garner support for individuals affiliated with Hamas; (i) invited pro-Hamas speakers to attend conferences and conventions; and (j) 'subtly' praised terrorist activities by using terms such as "martyrs" and "freedom fighters."[221] These actions mirror the types of behavior exhibited by the Defendants. Similar to IAP and AMS in *Boim*, the Defendants desired to

---

[221] *Boim v. QLI,* 340 F. Supp. 2d at 908-912.

help Hamas's activities to succeed by engaging in acts helping those activities succeed—sponsoring speakers who support Jihad, discuss ways to support the resistance, publish on social media and in newsletters pro-Hamas documents and ideology, allow terrorist-affiliated groups to speak at conventions, publish the Toolkit and praise terrorist activities during protests, and much more.

351.   The Judge in *Boim* also found that while some of the *Boim* Defendants' ideology and messaging may not in themselves violate the law, these were evidence of key elements of the Boim's Section 2333 claim: "Of course, publishing documents in support of members of Hamas or in support of organizations or people known to support Hamas is not against the law. But all of this does tend to ***evidence a desire on the part of IAP to help Hamas succeed***."[222] The Seventh Circuit confirmed that *Boim* Defendants *provide material support* to terrorist organizations, including Hamas.[223] So while many of the Defendant's ideology and messaging may not in themselves violate the law, they are nevertheless key elements of the Plaintiff's section 2333 claim. All of the activities of the Defendants set forth in this complaint evidence the desire on the part of the Defendants to help Hamas succeed.

352.   Plaintiffs do not assert that Defendants are liable for endorsing any ideology, disseminating specific speech, or associating with particular

---

[222] *Boim v. QLI,* 340 F. Supp. 2d at 911.

[223] *Boim v. HLF,* 549 F.3d at 700.

individuals or organizations. Plaintiffs do not request that this Court suppress or limit any speech or association. The Defendants remain free to espouse their Jew hatred and to applaud both the means and aims of Hamas. The crux of this case is that the Defendant's ideology, messages, and actions closely align with those of Hamas, so much so that they share a common pursuit. Use of this evidence to demonstrate that the Defendants serve as arms of Hamas in the United States does not implicate the First Amendment here any more than it did in the *Boim* Action. As Governor Ron Desantis stated when he called to ban SJP from college campuses in Florida following the publication of the Tookit, "You have a right to go out and demonstrate, but you can't provide material support to terrorism. They've linked themselves to Hamas … it's not a first amendment issue. That's a material support to terrorism issue."[224] National SJP claiming to be part of Hamas's Operation Al-Aqsa Flood terror campaign in the Toolkit is not a free-speech issue; it is an admission by National SJP of being part of the Hamas conspiracy. All of the Defendants have likewise, through their words and actions, admitted to being part of the Hamas conspiracy.

353.   In Dr. Jonathan Schanzer's testimony before the House Ways and Means Committee, he states:

---

[224] https://www.theguardian.com/us-news/2023/oct/29/ron-desantis-florida-colleges-pro-palestinian-groups-ban

In short, individuals who previously worked for Hamas charities are now a driving force behind the large, pro-Hamas demonstrations taking place in major cities across America. This same network is also providing training, talking points, materials, and financial support to students intimidating and threatening Jewish and pro-Israel students on college campuses. Of course, every attendee of these rallies has a right to declare his or her political beliefs. But they also have the right to know who is behind this activity. The same goes for every state government, municipality, and university impacted by this recent surge in pro-Hamas activity."[225]

354.  In October 2023, the ADL, along with a legal nonprofit called the Brandeis Center, sent a letter to nearly two hundred college presidents condemning SJP for its "pro-Hamas" and "violent anti-Israel" rhetoric stating, "SJP chapters are not advocating for Palestinian rights; they are celebrating terrorism." It also urged colleges to investigate their SJP chapters for "potentially providing material support to Hamas."[226]

355.  The United State Supreme court held in *Holder v. Humanitarian Law Project* that "the First Amendment does not protect political speech or expressive conduct that materially supports foreign terrorist organizations."[227]

356.  The Court went on to state:

Given the sensitive interests in national security and foreign affairs at stake, the political branches have adequately substantiated their determination that, to serve the Government's interest in preventing

---

[225]     https://gop-waysandmeans.house.gov/wp-content/uploads/2023/11/Schanzer-Testimony.pdf

[226]     https://www.newyorker.com/news/annals-of-education/how-a-generation-is-being-politicized-on-palestine

[227] *Holder v. Humanitarian Law Project*, 561 U.S. 1 (2010)

terrorism, it was necessary to prohibit providing material support in the form of training, expert advice, personnel, and services to foreign terrorist groups, even if the supporters meant to promote only the groups' nonviolent ends…Given the purposes, organizational structure, and clandestine nature of foreign terrorist organizations, it is highly likely that any material support to these organizations will ultimately inure to the benefit of their criminal, terrorist functions—regardless of whether such support was ostensibly intended to support non-violent, non-terrorist activities."[228]

357.   Congress made specific findings regarding the serious threat posed by international terrorism when it enacted the ATA and other such statutes, including that "foreign organizations that engage in terrorist activity are so tainted by their criminal conduct that *any contribution to such an organization* facilitates that conduct." AEDPA §301(a)(7) (emphasis added)."[229]

358.   SJP's various events and publications (including the Toolkit) and National SJP annual conferences over the course of the last decade and up until the present day fall within the purview of training and expert advice regarding the violent and terrorist mission of Hamas. These activities and statements have directly contributed to the promulgation and strengthening of Hamas's agenda in the United States and to the recruitment of followers. This training and expert advice does not fall within the protections of the First

---

[228] *Id.*

[229] *Holder v. Humanitarian Law Project*, 561 U.S. 1 (2010)

Amendment but constitutes the conduct the government is seeking to prohibit in order to prevent material support of terrorism.

359.   All of the material support that all of the Defendants have provided to Hamas, both before and after the October 7 Attacks, regardless of whether they were intended to support terrorist or non-terrorist activities, have ultimately inured to the benefit of Hamas and its terrorist agenda.

## Defendants Conspired With, Aided and Abetted, and Materially Supported Hamas

360.   Congress intended to provide litigants with "the broadest possible basis for relief under JASTA." *Atchley v. AstraZeneca UK Ltd.*, 22 F.4th 204 (D.C. Cir. 2022). To that end, the statutory text is not confined to acts of international terrorism 'committed' by designated Foreign Terrorist Organizations, but also reaches those committed by someone else if they were…'authorized' by a designated group." *Id*. The court in *Atchley* concluded that allegations of close integration and allegiance suffice to plausibly plead" a claim under JASTA.[230]

361.   As demonstrated in this Complaint, Defendants have a close integration with and allegiance to Hamas. Defendants conspired with Hamas by supporting their terrorist agenda to annihilate the State of Israel and its

---

[230] *Atchley v. AstraZeneca UK Ltd.*, 22 F.4th 204 (D.C. Cir. 2022)

residents by any means possible. Hamas led a conspiracy, the object of which was to commit terrorist attacks on Israeli civilians, including the October 7 Attacks (the "Hamas Conspiracy"). Defendants participated in and supported the Hamas Conspiracy in pursuit of the same object. At all times, Defendants shared the common goal of Hamas of destroying the State of Israel and injuring Israelis and Jews.

362.   From their creation, HLF, IAP, AMS, and AMP worked in tandem to support Hamas.[231] These organizations are the continued implementation of a plan initiated over thirty-five years ago to support Hamas and introduce Hamas in the United States. At the 1993 Philadelphia meeting, Hamas-affiliated representatives in the U.S. discussed the need to garner support from the American Muslim community for Hamas with a nuanced approach:

363.   Omar Ahmed, head of IAP, stated, "We can't, as an American organization, say we represent [Hamas]."

364.   Abu Baker, head of HLF, stated, "I swear by Allah that war is deception… we are fighting our enemy with a kind heart….Deceive, camouflage, pretend that you're leaving while you're walking that way. Deceive

---

[231] *See Boim v. QLI*, 340 F. Supp. 2d at 909.

your enemy.[232] This was the inception of the Hamas conspiracy to secretly spread its terrorist web across the United States.

365.   Defendants AMP and AJP became the successors of IAP/AMS and HLF following the *Boim* Judgment and continue the same enterprise of sustaining Hamas in the United States and conspiring with Hamas. Defendants National SJP and SJP were established by Defendants AMP and USPCN to continue the same ongoing enterprise of IAP/AMS and HLF and AMP, but on a college level where they could infiltrate the minds of the young and easily influenced. This was facilitated by Defendants WOL and Codepink, and Defendants, Hatem Bazian, Osama Abuirshaid, Abdelbasset Hamayel, Magdi Odeh, Rafeeq Jaber, Hatem Abudayyeh, Taher Herzallah, Saleh Sarsour, Shakeel Sayed, Munjed Ahmed, Nerdeen Kiswani, and Abdullah Akl. The youth and impressionability of college students was the perfect breeding ground to radicalize students and create a student arm to conspire with Hamas. The evidence shows a continuity of the enterprise and a unity of interest between all of the Defendants and Hamas.

366.   Defendants National SJP and SJP joined the Hamas Conspiracy in 2010 when National SJP was formed by Defendants AMP and USPCN at a

---

[232] The wiretaps of the Philadelphia meeting were introduced as evidence in the 2007 Holy Land Foundation trial through dozens of separate documents, all publicly available (see NEFA Foundations' website: http://www.nefafoundation.org/hlfdocs.html).

conference sponsored by BNC. Just like their predecessor organizations, AMP and USPCN are affiliated with Hamas, along with BCN. AMP and USPCN are intermediaries between Hamas, National SJP, and SJP. The joining of Defendants, National SJP and SJP, into the Hamas Conspiracy was facilitated by Defendants, WOL and Codepink, and the eleven individual Defendants Hatem Bazian, Osama Abuirshaid, Abdelbasset Hamayel, Magdi Odeh, Rafeeq Jaber, Hatem Abudayyeh, Taher Herzallah, Saleh Sarsour, Shakeel Sayed, Munjed Ahmed, Nerdeen Kiswani, and Abdullah Akl who are also part of the Hamas Conspiracy by virtue of their active involvement with and support of Hamas.

367.   National SJP and SJP joined in the Hamas Conspiracy by holding annual conferences hosting Hamas-affiliated speakers and promoting Hamas violent propaganda, participating in Israel Apartheid Weeks, promoting BDS terrorist ideology, hosting anti-Israel speakers on college campuses who propound the violent destruction of Israel and further indoctrinating students to be supportive of Hamas's agenda.

368.   National SJP and SJP continued the Hamas Conspiracy after the October 7 Attacks by sharing videos of the October 7 Attacks legitimizing and glorifying the October 7 Attacks, posting propaganda on social media glorifying the October 7 Attacks, staging violent and intimidating protests on college campuses in support of Hamas, violently attacking Jewish students on college

campuses, publishing The Day of Resistance Toolkit admitting that they are part of the conspiracy, hosting the Resistance 101 conference, and much more.

369.   SJP was ready with relevant material immediately after the October 7 Attacks, indicating they had prior advance warning of impending Hamas terrorism. National SJP and SJP, with the facilitation of all of the Defendants, knowingly conspired with Hamas, an organization engaged in terrorism. By participating in these acts, the Defendants assisted the Hamas Conspiracy's objective to commit terrorist attacks in Israel and furthered the Hamas Conspiracy's ultimate objective to carry out the October 7 Attacks. At all times, the Defendants had every intention for Hamas's objectives to be achieved. Hamas committed an overt act in furtherance of the conspiracy when it perpetrated the October 7 Attacks.

370.   The Defendants engaged in activities, both before and after the October 7 Attacks, that lent legitimacy to Hamas, facilitating the Hamas Conspiracy's ultimate objective to carry out the October 7 Attacks. The Defendants entered into the Hamas Conspiracy and acted in furtherance thereof in open, obvious, programmatic, and enduring ways for well over a decade.

371.   The Hamas Conspiracy involving Defendants did not happen in a vacuum. Terror organizations require extensive influence and a vast network

to perpetrate abhorrent acts of terrorism. This wide web of terrorism is crucial for achieving their goals of intimidation, coercion, and influence.

372.   Over the last several years, Hamas has been planting seeds in the United States to serve these purposes. Each Defendant has been a part of and played a role in this wide web terrorism throughout the United States. Hamas recruited all of the Defendants to support its mass conspiracy to wreak terror against Israel culminating in the October 7 Attacks.

373.   "'Material support'…helps lend legitimacy to foreign terrorist groups—legitimacy that makes it easier for those groups to persist, to recruit members, and to raise funds—all of which facilitate more terrorist attacks."[233] Material support may take various forms.[234] Defendants knowingly provided material support to Hamas by providing the platform, communication, public relations, and other material support within the United States, enabling Hamas to commit acts of terrorism, including the October 7 Attacks, followed by the receipt of worldwide support and validation for these terrorist acts or the denial of their atrocities. Defendants' broad support, influence and activities act as a surrogate for Hamas, exerting political pressure, coercion and influence on the United States government and, by extension, on the State of Israel. This pressure and influence aim to prevent the release of hostages

---

[233] *Id.*

[234] *United States v. Mehanna*, 735 F.3d 32 (1st Cir. 2013)

taken in the October 7 Attacks, maintain Hamas's power, and allow Hamas to continue their atrocities, including the on-going rape and sexual violence against women hostages. Additionally, Defendants, National SJP and SJP serve Hamas's agenda by terrorizing Jewish students on college campuses in the United States, indoctrinating students, promoting Jihad and advocating for the destruction of the State of Israel on college campuses, thereby extending Hamas's influence across the United States.

374.   Defendants have knowingly materially support Hamas by holding conferences hosting Hamas-affiliated speakers, promoting Hamas's violent propaganda, indoctrinating students to be supportive of Hamas's agenda, publishing videos of the October 7 Attacks glorifying Hamas, posting on social media support for Hamas and validation of the October 7 Attacks, promoting a Day of Resistance following the October 7 Attacks in support of Hamas, composing a Day of Resistance Toolkit legitimizing the October 7 Attacks, ripping down hostage posters on college campuses, engaging in violent protests, violently attacking Jewish students on college campuses, and otherwise providing material support to Hamas in the United States with ripple effects abroad. Defendants' material support of Hamas assisted Hamas in completing the commission of the October 7 Attacks and assisted Hamas in continuing its terrorist mission by holding and terrorizing hostages held in Gaza after the October 7 Attacks.

375. Immediately following the October 7 Attacks, Hamas acknowledged its successful recruitment into its mass conspiracy and the material support it received by its co-conspirators.

## OCTOBER 7 ATTACKS' IMPACT ON PLAINTIFFS AND DAMAGES

### *Shnaider Plaintiff—Murdered Family; Kidnapped Mother, Father, and Two Babies—October 7, 2023*

376. At 6:30 AM on October 7, 2023, more than 150 terrorists infiltrated Kibbutz Nir Oz and committed horrific atrocities. Nearly 50 of the Kibbutz's 400 residents were horrifically murdered, about 70 hostages were taken and many homes were burned.

377. Decedent, Margit Silverman, Maurice Shnaider's sister, and her husband were murdered. The couple was initially assumed missing, as they were last seen being abducted from their home. But their bodies were later identified on October 21, 14 terrible days later.

378. Margit's son-in-law, Maurice Shnaider's nephew-in-law, Yarden Bibas, was beaten and forcibly kidnapped from his home by Hamas into Gaza. A Hamas video circulated of Yarden with blood around his head, surrounded by terrorists. He remains in captivity, and it is unknown if he is alive or dead.

379. Separately, Margit's daughter, Maurice Shnaider's niece, Shiri Bibas was taken hostage by Hamas into Gaza with her two babies Kfir (9 months old at the time) and Ariel Bibas (4 years old). A video filmed by Hamas

terrorists widely circulated with Shiri holding both boys in her arms. She looked terrified and was clearly trying to protect her babies with her body. On November 29, 2023, as part of ongoing psychological warfare, Hamas claimed Shiri Bibas and her two babies were killed, but never provided any proof of death. The State of Israel and their family continue to assume they are alive until proven otherwise.

380.   Plaintiff, Maurice Shnaider, is devastated and traumatized by the death of his sister and his brother-in-law, the lengthy waiting period he endured until he received confirmation of their deaths, and the horrific abduction and continued captivity of his niece, nephew and great-nephews. The plaintiff suffered emotional and psychological injuries as a result of the attack.

### *Rom Plaintiffs—Supernova Rave Festival Massacre–October 7, 2023*

381.   Decedent Jonathan Rom a/k/a Yonatan Rom was attending the Supernova Rave festival at Kibbutz Re'im on the morning of October 7, 2023.

382.   When Hamas terrorists began infiltrating the festival grounds during their attack, decedent Jonathan Rom broke away from the other festival goers who were attempting to flee in order to assist a friend who was experiencing a panic attack.

383.   While Jonathan attempted to calm his friend down and escape, both he and his friend were shot by terrorists who opened fire on them.

384. Plaintiffs, his family members, were devastated to learn that their son and brother had been killed. They suffered severe psychological and emotional injuries as a result of the attack.

### *Halley Plaintiffs—Supernova Rave Massacre—October 7, 2023*

385. Plaintiff Ethan Halley a/k/a Eitan Halley was attending the Supernova Rave festival at Kibbutz Re'im on the morning of October 7, 2023.

386. At 6:30 AM on the morning of October 7, 2023 Ethan Halley and other festival goers saw rockets overhead and went to a nearby bomb shelter.

387. As Hamas terrorists began infiltrating the festival grounds, the shelter the Plaintiff was in was bombarded by terrorist grenades, guns, RPG rockets, etc.

388. Ethan Halley watched as his friends were killed around him or taken hostage. When terrorists came in to inspect the bodies left in the shelter, Ethan Halley pretended to be dead for hours under and near the bodies of his friends.

389. Ethan Halley suffered severe physical injuries, with shrapnel lodged in various parts of his body, including his lungs.

390. Ethan Halley was eventually rescued by the Israel Defense Forces and taken to Soroka Medical Center to receive treatment.

391. The Plaintiff suffered severe physical, psychological and emotional injuries as a result of the attacks. Plaintiffs Adam Fischer Halley, Wendy

Kessler Halley, Boaz Kessler Halley, Sadie Kessler Halley, Jane Kessler and Robert Kessler, suffered severe psychological and emotional injuries from the attack in which their son, brother and grandson was injured.

### *Lubin Plaintiffs—Terrorist Stabbing—November 6, 2023*

392.  On the morning of October 7, Rose Ida Lubin, decedent, was off duty on Kibbutz Sa'ad at the home of her adopted family for the holiday of Simhat Torah. When terrorists broke into the kibbutz, Rose grabbed her weapon and fought the terrorists. She fought fiercely throughout the day until she was called back to Jerusalem and ordered to take up her duties with the Israeli Border Police.

393.  Having survived the horrific Hamas terror attack of October 7, 2023, Rose was tragically murdered by terrorists on November 6, 2023.

394.  On the morning of November 6, 2023, decedent Sergeant Rose Ida Lubin, who was serving in the Israel Border Police, was patrolling near Herod's Gate, outside Jerusalem's Old City. While patrolling, Rose Ida Lubin and another officer were attacked and stabbed by a 16-year-old terrorist.

395.  Decedent Rose Ida Lubin was treated on site by Magen David Adom paramedics and then rushed to Hadassah-University Medical Center in Jerusalem for treatment, where she succumbed to her injuries and died.

396.  Decedent was killed in an extrajudicial killing by a terrorist from, or supported by, a specifically designated global terrorist organization.

397.   Plaintiffs Hal David Lubin, Robin Lynn Lubin, Alec Meyer Lubin, L.Z.L., J.H.L., I.E.L., Eve Lapides Lubin Marx, Nathan G. Lubin and Alan Howard Halpern were devastated to learn that their daughter, sister, and granddaughter had been killed. They suffered severe psychological and emotional injuries as a result of the attack.

### *Saadon Plaintiffs—Killed Defending Others—October 7, 2023*

398.   On the morning of October 7, 2023, decedent Hallel Shmuel Saadon, a staff sergeant in the Israel Defense Forces, was stationed in southern Israel near Kibbutz Safa.

399.   In the early morning, terrorists began invading near where he was stationed and Hallel Shmuel Saadon, along with the other soldiers attempted to defend against the onslaught of attacks from the Hamas terrorists.

400.   Decedent Hallel Shmuel Saadon was then killed in an extrajudicial killing during a terrorist attack by specifically designated global terrorist organization Hamas, while attempting to protect other civilians and soldiers.

401.   Plaintiffs, his family members, were devastated to learn that their son, brother, grandson and great-grandson had been killed. They suffered severe psychological and emotional injuries as a result of the attack.

### *Zenilman Plaintiffs—Killed in Action —December 10, 2023*

402.   Decedent Ari Zenilman was called for reserve duty in the Israel Defense Forces on October 7, 2023 when more than three thousand terrorists from the Gaza Strip infiltrated Israel through its southern security fence and brutally massacred and tortured thousands of civilians.

403.   Ari Zenilman quickly said goodbye to his wife and three young children and headed south to join his unit. Two months later, Ari Zenilman was still serving in reserves duty on December 10, 2023, when he was attacked in Gaza by terrorists from specifically designated global terrorist organization, Hamas and was killed in an extrajudicial killing.

404.   Plaintiffs, Yonah Chava Landau Zenilman, A.D.Z., T.C.Z., M.N.Z., Lisa Marta Weinsoff, Robert Alan Zenilman, Eli Dov Weinsoff Zenilman, Yonatan Meir Weinsoff Zenilman, Eitan Pinchas Zenilman and Shira Ronit Zenilman Brull suffered severe psychological and emotional injuries from the attack in which, their husband, father, son and brother was killed.

### *Margulies Plaintiffs—Injured in Action*

405.   Plaintiff Isaac Margulies was serving in the Israel Defense Forces when he was attacked in an extrajudicial attack in Gaza by terrorists from specifically designated global terrorist organization, Hamas and badly injured.

406.   Isaac Margulies received treatment for his injuries, including burns, broken bones and shrapnel injuries, at Rabin Medical Center.

407.  Plaintiff Isaac Margulies suffered severe physical, psychological and emotional injuries as a result of the attack. In addition, Plaintiffs Jacob Margulies, Ellyn Margulies, Simon Margulies and Asher Solomon Margulies, suffered severe psychological and emotional injuries from the attack in which, their son, and brother was injured.

### _Merkin Plaintiffs —Car Ramming Terror Attack in Raanana—Jan 15, 2024_

408.  At around 1:30 pm on Jan 15, 2024, two terrorists stole several vehicles and began ramming and stabbing pedestrians in multiple locations around the city of Raanana.

409.  At around 1:40 pm, Plaintiff I.T.M. was waiting at the bus stop for his bus home from school at the intersection of Ahuza Street and Jerusalem Street in Raanana when one of the terrorists, rammed his car into the group waiting at the stop. Plaintiff I.T.M. was struck by the terrorist's car and flung into the air.

410.  Plaintiff I.T.M. lost consciousness and received severe lacerations on his right side and very deep bruising. Plaintiff I.T.M. had to use crutches for the next five weeks and has not able to return to usual physical activities until today.

411.  Plaintiff I.T.M. suffered severe physical, psychological, and emotional injuries as a result of the attack. Plaintiffs Nicholas Albert Merkin,

Sharon Celine Stein, Jonathan Dov Merkin and Eytan Louis Merkin, suffered severe psychological and emotional injuries from the attack in which their son and brother was injured.

## CLAIMS FOR RELIEF

### FIRST CAUSE OF ACTION

### Violation Of The Anti-Terrorism Act , 18 U.S.C. § 2333(a) and (d) [Conspiracy Liability, Against All Defendants]

412.   Plaintiffs repeat and re-allege each of the foregoing allegations with the same force and effect as if more fully set forth herein.

413.   JASTA imposes secondary civil liability on anyone "who conspires with the person who committed…an act of terrorism." 18 U.S.C. § 2333(d)(2). Secondary liability "reaches persons who do not engage in the proscribed activities at all, but who give a degree of aid to those who do."[235]

414.   Hamas has been and continues to be a Foreign Terrorist Organization.

415.   Hamas committed, planned, and authorized activities—including the October 7 Attacks—which involved violent acts and acts dangerous to human life that violated the criminal laws of the United States or would have

---

[235] *Cent. Bank of Denver, N.A. v. First Interstate Bank of Denver, N.A.,* 511 U.S. 164, 176 (1994).

violated those laws had they been committed within the jurisdiction of the United States or of any State.

416. The acts Hamas committed, planned, and authorized were intended: (a) to intimidate or coerce the civilian populations of Israel and the United States; (b) to influence the policy of Israel and the United States by intimidation and coercion; and (c) to affect the conduct of the Israeli and United States governments by mass destruction, assassination, and kidnapping.

417. At all relevant times to this action, Defendants knew that Hamas is a Foreign Terrorist Organization engaging in illegal acts of terrorism.

418. Defendants knowingly conspired, directly and indirectly, with Hamas to facilitate its operations in committing, planning, or authorizing acts of international terrorism, including acts that caused the Plaintiffs to be injured in his or her person and property. Hamas acted overtly in support of the conspiracy through, at least, the commissions of the October 7 Attacks.

419. Defendants entered into a conspiracy with one another and with Hamas to further its murderous agenda and decades of terrorist attacks, including the perpetration of the October 7 Attacks that injured and killed Plaintiffs and their family members. Defendants furthered Hamas's agenda by providing material support to Hamas in the United States with ripple effects abroad, by establishing and serving as the U.S. student arms of Hamas, providing essential platforms, communications, and public relations within the

United States which enables Hamas to commit acts of terrorism, including the October 7 Attacks, and by fomenting further encouragement and support for Hamas since October 7, 2023.

420.   At all times, Defendants were and continue to be engaged in a common pursuit with Hamas and shared its objectives. Each of the Defendants furthered the conspiracy and shared the same object as Hamas through their knowing direct and/or indirect participation in Hamas's broad, coordinated, global campaign to destroy the state of Israel by committing acts of violence and terrorism, including the October 7 Attacks.

421.   Each of the Defendants specifically intended for Hamas to commit violent acts of terrorism against Israelis and Israeli-Americans and were one in spirit with the terrorists, as evidenced throughout this Complaint. Each of the Defendants intended for Hamas to achieve the object of the conspiracy and kill as many Israelis and Jews as possible, including during the October 7 Attacks.

422.   Defendants' hate for Israel and support for the object of the conspiracy has been openly promulgated for years and even more so since the October 7 Attacks.

423.   Each Defendant knew that the objective of the conspiracy was to facilitate terrorist attacks against Israelis and Israeli-Americans, including the October 7 Attacks.

424.  The October 7 Attacks was a foreseeable act in furtherance of this conspiracy that caused Plaintiffs' injuries.

425.  Plaintiffs were injured in their persons, properties, and/or businesses by reason of Hamas's acts of terrorism, including the October 7 Attacks. Plaintiffs suffered economic, physical, and emotional injuries proximately caused by the October 7 Attacks; are survivors and/or heirs of U.S. nationals who suffered such injuries; or both.

426.  Defendants are liable pursuant to 18 U.S.C. § 2333(d) for threefold any and all damages that the Plaintiffs have sustained as a result of such injuries, and the costs of this suit, including attorney's fees, pursuant to 18 U.S.C.§ 2333(a).

## SECOND CAUSE OF ACTION

### Violation Of The Anti-Terrorism Act, 18 U.S.C. § 2333(a) and (d) [Aiding and Abetting Liability, Against All Defendants]

427.  Plaintiffs repeat and re-allege each of the foregoing allegations with the same force and effect as if more fully set forth herein.

428.  The Justice Against Sponsors of Terrorism Act ("JASTA") imposes secondary civil liability on anyone "who aids and abets, by knowingly providing substantial assistance, or who conspires with the person who committed such an act of international terrorism." 18 U.S.C. § 2333(d)(2).

429. Hamas has been and continues to be a Foreign Terrorist Organization.

430. Hamas committed, planned, and authorized activities—including the October 7 Attacks—which involved violent acts and acts dangerous to human life that violated the criminal laws of the United States or would have violated those laws had they been committed within the jurisdiction of the United States or of any State.

431. The acts Hamas committed, planned, and authorized were intended: (a) to intimidate or coerce the civilian populations of Israel and the United States; (b) to influence the policy of Israel and the United States by intimidation and coercion; and (c) to affect the conduct of the Israeli and United States governments by mass destruction, assassination, and kidnapping.

432. The activities committed, planned, or authorized by Hamas occurred entirely or primarily outside of the territorial jurisdiction of the United States and constituted acts of international terrorism as defined in 18 U.S.C. § 2331(1).

433. At all relevant times to this action, Defendants knew that Hamas is a Foreign Terrorist Organization engaging in illegal acts of terrorism.

434. Defendants knowingly provided substantial assistance and encouragement to Hamas in the furtherance of its murderous agenda, including the perpetration of the October 7 Attacks that injured and killed

Plaintiffs and their family members, and thus aided and abetted Hamas in committing, planning, or authorizing international acts of terrorism, including the acts that injured Plaintiffs.

435. Defendants aided and abetted the commission of Hama's acts of terrorism by establishing and serving as the U.S. student arms of Hamas, providing essential platforms, communications, and public relations within the United States, acting as a surrogate for Hamas, exerting political pressure, coercion, and influence on the United States government and, by extension, the State of Israel. Defendants aided and abetted the commission of Hama's acts of terrorism by helping Hamas maintain its power, conceal its diversion of hundreds of millions of dollars in aid intended for Gazan civilians, and allow Hamas to perpetrate and continue their atrocities. Additionally, Defendants serve and continue to serve Hamas's agenda by encouraging and perpetrating the terrorizing of Jewish students on college campuses, promoting Jihad, supporting boycott initiatives, and advocating for the destruction of the State of Israel, thereby extending and strengthening Hamas's influence within the United States.

436. Plaintiffs were injured in their persons, properties, and/or businesses by reason of Hamas's acts of terrorism, including the October 7 Attacks. Plaintiffs suffered economic, physical, and emotional injuries

proximately caused by the October 7 Attacks; are survivors and/or heirs of U.S. nationals who suffered such injuries; or both.

437.   Defendants are liable pursuant to 18 U.S.C. § 2333(d) for threefold any and all damages that the Plaintiffs have sustained as a result of such injuries, and the costs of this suit, including attorney's fees, pursuant to 18 U.S.C.§ 2333(a).

## THIRD CAUSE OF ACTION

### Violation of The Anti-Terrorism Act, 18 U.S.C. § 2339B and § 2333(a) [Material Support Liability, Against All Defendants]

438.   Plaintiffs repeat and re-allege each of the foregoing allegations with the same force and effect as if more fully set forth herein.

439.   Each of the Defendants knowingly (or with willful blindness) provided material support to Hamas, a foreign terrorist organization as defined in 18 U.S.C. §2339B. At all relevant times, Defendants had knowledge of Hamas' connection to terrorism.[236]

---

[236] *Holder v. Humanitarian Law Project ( HLP ),* 561 U.S. 1, 130 S.Ct. 2705 (2010) explains that a specific intent to advance the organization's terrorist activities is not essential, just that the aid be intentional.

440. Providing material support to Hamas in violation of 18 U.S.C. §2339B also constitutes acts of international terrorism pursuant to 18 U.S.C. § 2331(1).[237]

441. At all relevant times, Defendants knew of Hamas's terrorist activities. Defendants also knew that Hamas had been designated a Foreign Terrorist Organization ("FTO") by the United States Government.

442. Defendants provided material support to Hamas by establishing and serving as the U.S. student arms of Hamas, providing essential platforms, communications, and public relations within the United States which enable Hamas to commit acts of terrorism, including the October 7 Attacks, followed by the receipt of worldwide support and validation for these terrorist acts or the denial of their atrocities. Defendants' support and influence, including by acting as a surrogate for Hamas, exerted political pressure, coercion, and influence on the United States government and, by extension, the State of Israel. This pressure and influence helped maintain Hamas's power, conceal Hamas's diversion of hundreds of millions of dollars in aid intended for Gazan

---

[237] *See Crosby v. Twitter, Inc.,* 921 F.3d 617, 622 (6th Cir. 2019) ("Under 18 U.S.C. § 2339B(a)(1), it is a crime to provide material support to a foreign terrorist organization. And if that material support also qualifies as an act of 'international terrorism' under 18 U.S.C. § 2331(1), a plaintiff can recover for injuries that occurred 'by reason of' the defendant's conduct. 18 U.S.C.§ 2333(a)."); *Boim v. Quranic Literacy Inst.,* 291 F.3d 1000, 1015 (7th Cir. 2002) ("If the plaintiffs could show that [defendants] violated either section 2339A or section 2339B, that conduct would certainly be sufficient to meet the definition of 'international terrorism' under sections 2333 and 2331.").

civilians, and allow Hamas to perpetrate and continue their atrocities. Additionally, Defendants serve and continue to serve Hamas's agenda by encouraging and perpetrating the terrorizing of Jewish students on college campuses, promoting Jihad, supporting boycott initiatives, and advocating for the destruction of the State of Israel, thereby extending and strengthening Hamas's influence within the United States.

443.   Providing material support to Hamas in violation of 18 U.S.C. §2339B constituted acts of international terrorism pursuant to 18 U.S.C. § 2331(1), and Plaintiffs are entitled to recover economic and non-economic damages under 18 U.S.C. § 2333(a). As a result of Defendants' liability under 18 U.S.C. § 2333(d), Plaintiffs are entitled to recover economic and non-economic damages, including solatium damages.

## JURY TRIAL DEMAND

The Plaintiffs demand a trial by jury.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs request that the Court:

a.     Enter judgment against Defendants finding them jointly and severally liable under the Anti-Terrorism Act, 18 U.S.C. § 2333;

b.     Awarding Plaintiffs compensatory and punitive damages to the maximum extent permitted by law, and treble any compensatory damages awarded under the Anti-Terrorism Act pursuant to 18 U.S.C. § 2333(a);

c.      Award Plaintiffs their attorney's fees and costs incurred in this action, pursuant to 18 U.S.C. § 2333(a);

d.      Enter an order declaring that the Defendants have violated, and are continuing to violate, the Antiterrorism Act, 18 U.S.C. § 2331 et seq.;

e.      Leave to amend this Complaint as the interests of justice may allow;

f.      Trial by jury on all issues so triable; and

g.      Granting any and all such further relief as the Court may deem just and proper.

Dated: May 2, 2024

**THE BERKMAN LAW OFFICE, LLC**
*Attorneys for Plaintiffs*

by: _____
      Robert J. Tolchin

829 East 15th Street, Box 7
Brooklyn, New York 11230
(718) 855-3627
rtolchin@berkmanlaw.com

### EXHIBIT 1—
### DEFENDANTS STUDENTS FOR JUSTICE IN PALESTINE CHAPTERS

American University SJP
American University Law Students SJP
Antioch University Seattle SJP
Arizona State University SJP
Atlanta University Center Consortium SJP
Bard College SJP
Benedictine University SJP
Boston University SJP
Bowdoin College SJP
Brandeis University SJP
Brown University SJP
Bryn Mawr College Bi-Co SJP
Butler University SJP
Cal Poly Pomona SJP
Cal Tech SJP
Carleton College SJP
Case Western Reserve University SJP
Central Connecticut State University SJP
Champlain College SJP
Chapman University SJP
Claremont Colleges—System SJP
Clark University SJP
Cleveland State University SJP
Colgate University SJP
College of DuPage SJP
College of New Jersey SJP
College of William and Mary SJP
Colorado College SJP
Colorado State University—Colostate SJP
Columbia College Chicago SJP

Columbia University/Barnard College SJP

CSU East Bay - Hayward SJP

CSU Fullerton SJP

CSU Long Beach SJP

Cornell University SJP

CSU Los Angeles SJP

CSU Northridge SJP

CSU Sacramento SJP

CSU San Bernadino SJP

CUNY Baruch College SJP

CUNY Brooklyn College SJP

Brooklyn Law SJP

CUNY City College SJP

CUNY College of Staten Island SJP

CUNY Hunter College - Palestine Solidarity Alliance at Hunter

CUNY John Jay College SJP

CUNY Lehman College SJP

CUNY New York City College of Technology (City Tech) SJP

CUNY Queens College SJP

CUNY School of Law SJP

Denison University SJP

DePaul University SJP

Drew University SJP

Drexel University SJP

Duke University SJP

Earlham College SJP

Emerson College SJP

Emory University SJP

Fairleigh Dickinson University SJP

Florida State University SJP

Fordham University SJP

Fordham Grad SJP

Graduate SJP at Fordham University

George Mason University SJP

George Washington University SJP
George Washington Law SJP
Georgetown University SJP
Georgetown University Law SJP
Georgia State University SJP
Governors State University SJP
Grand Valley State University SJP
Grinnell College SJP
Harvard University - Palestine Solidarity Committee
Haverford College - Bi-Co Students for Justice in Palestine
Howard University SJP
Illinois Institute of Technology SJP
Irvine Valley College SJP
John Carroll University SJP
Johns Hopkins University SJP
Kalamazoo College SJP
Kent State University SJP
Kenyon College SJP
Lafayette College SJP
Louisiana State University SJP
Loyola Marymount University SJP
Loyola Marymount - Law Students for Justice in Palestine LLS
Loyola University Chicago SJP
Marquette University SJP
Miami University Ohio SJP
Middlebury College SJP
Montclair State University SJP
Moorpark College SJP
Moraine Valley Community College SJP
Mt. Holyoke College SJP
New Jersey SJP
New York University SJP
NYU Law SJP
Northeastern University SJP

Northeastern University SJP Group
Northeastern University School of Law SJP
Northern Arizona University SJP
Northwestern University SJP
Oakland University SJP
Occidental College SJP
Ohio State University SJP
Moritz Law SJP at The Ohio State University
Old Dominion University SJP
Pennsylvania State University SJP
Princeton University SJP
Purdue University SJP
Reed College SJP
Rhode Island School of Design SJP
Rice University SJP
Rowan University SJP
Rutgers University - New Brunswick SJP
Rutgers University—Newark - SJP
Salem State University SJP
San Diego State University SJP
San Francisco State University -General Union of Palestinian Students
(GUPS)
San Jose State University SJP
Sarah Lawrence College SJP
School of Visual Arts SJP
School of the Art Institute of Chicago SJP
Seattle University SJP
Shenandoah University SJP
Spelman College SJP
Stanford University SJP
SUNY Binghamton SJP
St. Cloud State University SJP
St. John's University SJP
St. Xavier University SJP

SoCal SJP
Stockton University SJP
Suffolk University SJP
SUNY Fashion Institute of Technology SJP
SUNY Stony Brook SJP
Swarthmore College SJP
Temple University SJP
Texas Tech University SJP
The New School SJP
Tufts University SJP
Tulane University SJP
University of Akron SJP
University of Arizona SJP
University of California Berkeley Law SJP
University of California Berkeley - Bears for Palestine
UC Berkeley Graduate SJP
University of California Davis SJP
University of California Irvine SJP
University of California Irvine Law Students for Justice in Palestine at UCI
Law
University of California Los Angeles SJP
University of California Los Angeles - Graduate Students for Justice in
Palestine (GSJP) at UCLA
University of California Los Angeles SJP at UCLA Law
University of California Riverside SJP
University of California San Diego SJP
University of California Santa Barbara SJP
University of California Santa Cruz SJP
University of Chicago SJP
University of Cincinnati SJP
University of Colorado Boulder SJP
University of Connecticut SJP
University of Delaware SJP
University of Denver SJP

University of Detroit Mercy SJP

University of Florida, Gainesville SJP

University of Georgia SJP

University of Hawaii Manoa - Students and Faculty for Justice in Palestine at the U of Hawai'i

University of Houston SJP

University of Houston, Clear Lake SJP

University of Illinois Urbana Champaign SJP

University of Illinois at Chicago SJP

University of Louisville SJP

University of Maryland SJP

University of Mary Washington SJP

University of Maryland Baltimore County SJP

University of Massachusetts Amherst SJP

University of Massachusetts Boston SJP

University of Massachusetts Lowell SJP

University of Michigan Law SJP

University of Michigan—Dearborn SJP

University of Minnesota Twin Cities SJP

University of Nebraska, Lincoln SJP

University of Nebraska, Omaha SJP

University of North Carolina Chapel Hill SJP

University of Oregon SJP

University of Richmond SJP

University of Rochester SJP

University of San Diego SJP/Palestine Solidarity Committee

University of South Carolina SJP

University of South Florida SJP

University of Southern California SJP

University of Texas Arlington SJP

University of Texas Austin- Palestine Solidarity Committee

University of Texas Dallas SJP

University of Texas San Antonio SJP

University of Texas San Antonio Palestine Solidarity Committee

University of Toledo SJP
University of Vermont SJP
University of Virginia SJP
University of Wisconsin, Madison SJP
University of Wisconsin, Milwaukee SJP
Vanderbilt University SJP
Vassar College SJP
Virginia Commonwealth University SJP
Wayne State University SJP
Wellesley College SJP
Wesleyan University SJP
Whitman College SJP
William Paterson University SJP
Williams College SJP
Yale University - Yale Law SJP
Youngstown State University SJP

# EXHIBIT 2—
## ORGANIZATIONS REFERENCED IN COMPLAINT

American Muslims for Palestine ("AMP");

Americans for Justice in Palestine Educational Foundation ("AJP");

U.S. Palestinian Community Network ("USPCN");

National Students for Justice in Palestine ("National SJP");

Students for Justice in Palestine chapters ("SJP");

Within Our Lifetime ("WOL")

CodePink ("CodePink")

Palestine Liberation Organization ("PLO");

Palestinian Authority ("PA");

Popular Front for the Liberation of Palestine (PFLP);

Palestinian Islamic Jihad (PIJ);

United Nations Relief and Work Agency for Palestine Refugees in the Near East ("UNRWA");

Palestinian National and Islamic Forces ("PNIF");

Palestinian Campaign for the Academic and Cultural Boycott of Israel ("PACBI");

Boycott Divestment and Sanctions ("BDS");

Palestinian BDS National Committee ("BNC");

Holy Land Foundation for Relief and Development ("HLF");

American Muslim Society ("AMS");

Islamic Association for Palestine ("IAP", together with AMS, "IAP/AMS");

KindHearts for Charitable Relief and Development ("KindHearts");

Americans for Justice in Palestine ("AJP");

Unlimited Friends Association for Social Development ("UFA");

Westchester People's Action Coalition Foundation ("Wespac");

Within Our Lifetime ("WOL");

Anti-Defamation League ("ADL");

Israel from Resistance News Network ("RNN").