AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-01067

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☒ I returned the summons unexecuted because ANS. SERVICE ADVISED NOT PRESENT AT ADDRESS.

MAY 21 2025 PM4:06
FILED - USDC - FLMD - TPA

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 05/19/2025

_____
Server's signature

_____
Printed name and title

450 Golden Gate St SF CA
Server's address

Additional information regarding attempted service, etc:

1st endeavor 05/15/25 @ 10:51 AM. No one present at address. 2nd endeavor 05/19/25 @ 13:12 hrs. ANS Service advised no one present by the name listed. Return UNEXECUTED 05/19/25 @ 1315 hrs.

Case 8:24-cv-01067-MSS-SPF   Document 12   Filed 07/30/24   Page 33 of 38 PageID 1201

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

MAURICE SHNAIDER, et al.,

Plaintiff(s)

v.   Civil Action No. 8:24-cv-01067

AMERICAN MUSLIMS FOR PALESTINE, et al.,

Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. PALESTINIAN COMMUNITY NETWORK
522 VALENCIA STREET
SAN FRANCISCO, CA 94110



RECEIVED MAY 14
UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ROBERT J. TOLCHIN, ESQ.
THE BERKMAN LAW OFFICE, LLC
829 EAST 15TH STREET, BOX 7
BROOKLYN, NEW YORK 11230
PHONE: 718-855-3627
EMAIL: RTOLCHIN@BERKMANLAW.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  July 30, 2024

Signature of Clerk or Deputy Clerk

RETURNED, UNEXECUTED
05/19/2025 @ 1:15 PM