**EXHIBIT 7**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

Maurice Shnaider; et al.
          Plaintiff(s),
VS.

American Muslims for Palestine; et al.
          Defendant(s),

Case No.:8:24-cv-01067-MSS-SPF

AFFIDAVIT OF SERVICE

STATE OF WASHINGTON
COUNTY OF KING ss.

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a resident of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on 5/17/2025 at 5:50 PM at the address of 23524 3rd Pl W, Bothell, within Snohomish County, WA 98021, the undersigned duly served the following document(s): Summons in a Civil Action; Amended Complaint in the above entitled action upon Zarefah Baroud, by then and there personally delivering 1 true and correct set(s) of the above documents into the presence of and leaving same with John Doe, who refused to identify himself, Resident, a person of suitable age and discretion, who is a resident therein.

Additional Comments: John Doe opened the door, and when he saw legal papers, he went to slam the door closed. I dropped the papers in his presence. Neighbors both confirmed that Zarefah Baroud lives at this address with "Sami and Ramzy."

Physical description of person served: Gender: Male | Skin Color: Tan | Age: 45 | Height: 6' 3" | Weight: 210 | Hair: Black

I declare under penalty of perjury under the laws of the state of WASHINGTON that the foregoing is true and correct.

DATE: 5/13/2025

D. Moore
Registered Process Server
License#: PI #21007804 - Expiration Date: 3/27/2026
Seattle Legal Messengers
4201 Aurora Avenue N, #200
Seattle, WA 98103
(206) 443-0885

Subscribed and sworn before me, a Notary Public, this 13th day of May, 2025

Austin P. McDougall, Notary Public
My Commission expires on: 1/16/27

AFFIDAVIT OF SERVICE

461356 PAGE 1