IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA

SCHNAIDER, et al.                                            CASE NO.: 8:24-cv-01067-MSS-SPF

    Plaintiff,

v.

AMERICAN MUSLIMS FOR PALESTINE, et al.

    Defendant.
_____/

**<u>JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT</u>**

    Plaintiffs Schnaider, et al., by and through their attorney of record, and Defendant CODEPINK, by and through their attorney of record, hereby stipulate and agree:

    1.    The original deadline for the Defendant, CODEPINK, to answer the Plaintiffs,' SCHNAIDER et. al, amended complaint is June 23, 2025.

    2.    In order to allow Defendant's counsel, who was retained as counsel on Friday, June 13, ample time to review the 218 page complaint alongside his other litigation commitments, the parties and their counsel stipulate and agree that Defendant's time to respond is extended by 90 days from the original deadline, resulting in a new deadline of September 11, 2025.

    3.    The Parties and their counsel further stipulate and agree that the Court may enter a corresponding order reflecting this extension without further hearing or delay.

    4.    CODEPINK waives the defense of insufficient service of process and insufficient process.

    Dated this 20th day of June 2025.

<table>
<tr><td>/s/ David Pina, Esq.<br>Florida Bar No. 1030971<br>1799 NW 500 N.W 28th Street<br>PO Box 420305<br>Miami, Florida 33142-9998<br>davidpinaesq@gmail.com</td><td>/s/ Robert J. Tolchin<br>Admitted Pro Hac Vice<br>829 East 15th Street<br>Box 7<br>Brooklyn, NY 11230<br>rtolchin@berkmanlaw.com</td></tr>
</table>