United States District Court
Middle District of Florida
Tampa Division

*Shnaider, et al.,*

    *Plaintiffs,*

v.   No. 8:24-cv-01067-MSS-SPF

*American Muslims for Palestine, et al.,*

    *Defendants.*

___

### Unopposed Motion for Special Admission

Christina A. Boyd, Esquire, moves for special admission to represent defendants in this action, AJP Educational Foundation, Inc., d/b/a American Muslims for Palestine ("AMP"), Dr. Hatem Bazian, Dr. Osama Abuirshaid, Salah Sarsour, Shakeel Syed, and Munjed Ahmad.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the District Court for the District of Columbia.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in no cases in state or federal court in Florida.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

*/s/ Christina A. Boyd*
Christina A. Boyd
Constitutional Law Center
for Muslims in America*
100 N. Central Expy., Ste. 1010
Richardson, TX 75080
Tel: 914-972-2507
Fax: 972-692-7454
ali.boyd@mlfa.org
*The Constitutional Law Center for Muslims in America
is the legal division of the Muslim Legal Fund of America

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party does not oppose my special admission.

*/s/ Christina A. Boyd*