IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SHNAIDER, *et al.*, | |
| PLAINTIFFS, | |
| v. | CASE NO. 8:24-CV-01067-MSS-SPF |
| AMERICAN MUSLIMS FOR PALESTINE, *et al.*, | |
| DEFENDANTS. | |

**DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSTION OF TIME TO ANSWER PLAINTIFFS' FIRST AMENDED COMPLAINT**

Counsel for Defendants AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine ("AMP"), Dr. Osama Abuirshaid, Dr. Hatem Bazian, Salah Sarsour, Shakeel Syed, and Munjed Ahmad, through undersigned counsel respectfully request an extension of their time to respond to Plaintiffs' First Amended Complaint until August 11, 2025.

1. Counsel for above-named Defendants executed waiver of service forms on May 1, 2025, setting those Defendants' deadline to respond to Plaintiffs' Second Amended Complaint for 60 days from May 1 – June 30, 2025.

2. On April 22, 2025, counsel for Defendants informed Plaintiffs' counsel that, because counsel would be answering for six defendants, in addition to Defendants' counsel's other commitments, Defendants would seek an extension to respond until August 11, 2025.

3. Plaintiffs' counsel stated that Plaintiffs would not oppose a motion for extension.

4. Counsel for Defendants conferred again with Plaintiffs' counsel prior to filing this Motion, and counsel once again stated that Plaintiffs would not oppose this Motion.

Therefore, Defendants AMP, Abuirshaid, Bazian, Sarsour, Syed, and Ahmad respectfully request this Court extend their deadline to respond to Plaintiffs' First Amended Complaint to August 11, 2025.

DATED: June 24, 2025.                    Respectfully Submitted,

*/s/ Christina A. Jump*
Christina A. Jump
(*pro hac vice* pending)
Samira S. Elhosary
(*pro hac vice* pending)
Christina A. Boyd
(*pro hac vice* pending)
Constitutional Law Center
for Muslims in America*
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
cjump@clcma.org
selhosary@clcma.org
ali.boyd@mlfa.org

Counsel for Defendants AMP, Abuirshaid, Bazian, Sarsour, Syed, and Ahmad

*The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America*

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 24, 2025, I filed this Motion via the Court's Web Portal and served a copy via e-mail to Plaintiffs' counsel at rtolchin@berkmanlaw.com.

*/s/ Christina A. Jump*

2

## **LOCAL RULE 3.01(g) CERTIFICATION**

  The undersigned certifies that counsel for Defendants conferred with Plaintiffs' counsel, who stated that Plaintiffs do not oppose this Motion.

*/s/ Christina A. Jump*