# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| SHNAIDER, *et al.*,<br><br>PLAINTIFFS,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE, *et al.*,<br><br>DEFENDANTS. | CASE NO. 8:24-CV-01067-MSS-SPF |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSTION OF TIME TO ANSWER PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendants AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine ("AMP"), Dr. Osama Abuirshaid, Dr. Hatem Bazian, Salah Sarsour, Shakeel Syed, and Munjed Ahmad respectfully request an extension of their time to respond to Plaintiffs' First Amended Complaint until August 15, 2025.

1. Counsel for above-named Defendants executed waiver of service forms on May 1, 2025, setting those Defendants' deadline to respond to Plaintiffs' Second Amended Complaint to June 30, 2025.

2. On June 24, 2025, the above-listed defendants filed an unopposed motion for an extension of time to respond to Plaintiffs' complaint. ECF No. 32.

1

3. On June 26, this Court granted the Motion and extended the time for the above-listed defendants to respond to August 11, 2025. ECF No. 34.

4. Lead counsel for the above-listed defendants will be out of the country from August 2-7, and would like more than the two business days upon her return to review and finalize the responses for the six defendants.

5. Therefore, Defendants seek a very brief, four-day extension to their deadline to respond to Plaintiffs' complaint, to August 15, 2025.

6. Counsel for Defendants conferred with Plaintiffs' counsel, who advised that they do not oppose this motion.

Therefore, Defendants AMP, Abuirshaid, Bazian, Sarsour, Syed, and Ahmad respectfully request this Court extend their deadline to respond to Plaintiffs' First Amended Complaint to August 15, 2025.

DATED: August 1, 2025.                    Respectfully Submitted,

                                                               /s/ Christina A. Jump
Christina A. Jump
(admitted *pro hac vice*)
Samira S. Elhosary
(admitted *pro hac vice*)
Christina A. Boyd
(admitted *pro hac vice*)
Constitutional Law Center
for Muslims in America*
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
cjump@clcma.org
selhosary@clcma.org
ali.boyd@mlfa.org

Counsel for Defendants AMP, Abuirshaid, Bazian, Sarsour, Syed, and Ahmad

*The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America*

## CERTIFICAT E OF SERVICE

The undersigned certifies that on August 1, 2025, I served this Motion via the ECF system to all counsel of record.

                                                                                                                        /s/ Christina A. Jump

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that counsel for Defendants conferred with Plaintiffs' counsel, who stated that Plaintiffs do not oppose this Motion.

                                                                                                                        /s/ Christina A. Jump