IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAURICE SHNAIDER et al.,

    Plaintiffs.

v.　　　　　　　　　　　　　　　　　　Case No. 8:24-cv-1067

AMERICAN MUSLIMS FOR
PALESTINE et al.,

    Defendants.

_____

**MOTION FOR SPECIAL ADMISSION**

    Collin Poirot, Esquire, moves for special admission to represent Defendants U.S. Palestinian Community Network, Hatem Abudayyeh and Magdi Odeh in this action.

    1.    I am neither a Florida resident nor a member in good standing of The Florida Bar.

    2.    I am a member in good standing of a bar of a United States district court; specifically, the United States District Courts for the Southern and Eastern Districts of New York and the Northern District of Texas.

    3.    I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not appeared in any cases in state or federal court in Florida in the last thirty-six months.

4. I will comply with the federal rules and this Court's local rules.

5. I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6. I have paid the fee for special admission or will pay the fee upon special admission.

7. I will register with the Court's CM/ECF system.

8. I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that he has conferred with counsel for Plaintiffs who does not oppose the relief sought in this motion.

Dated: July 29, 2025         */s/ Collin Poirot*
                             Collin Poirot
                             New York State Bar Number 5673405
                             2603 Oak Lawn, Ste. 300
                             Dallas, TX 75219
                             Tel: (214) 392-2281
                             Email: cpoirot.law@gmail.com