# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MAURICE SHNAIDER et al.,

    Plaintiffs.

v.                                                              Case No. 8:24-cv-1067

AMERICAN MUSLIMS FOR
PALESTINE et al.,

    Defendants.

_____

## LOCAL RULE 3.03 DISCLOSURE STATEMENT

I hereby disclose the following pursuant to Local Rule 3.03:

1.    Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**RESPONSE:**

- Adam Fischer Halley, Plaintiff;
- Aileen Greenberg, Plaintiff;
- Alan Howard Halpern, Plaintiff;
- Alec Meyer Lubin, Plaintiff;
- Alona Mirriam Rom, Plaintiff;

- Asher Solomon, Marguiles, Plaintiff;

- Boaz Kessler Halley, Plaintiff;

- Dvora Batya Saadon, Plaintiff;

- Eitan Pinchas Zenilman, Plaintiff;

- Elad Moshe Saadon, Plaintiff;

- Eli Dov Weinsoff Zenilman, Plaintiff;

- Ellyn Margulies, Plaintiff;

- Ethan Kessler Halley, Plaintiff;

- Eve Lapides Lubin Marx, Plaintiff;

- Eytan Louis Merkin, Plaintiff;

- Geula Sadun, Plaintiff;

- Hal David Lubin, Plaintiff;

- Harold M. Greenberg, Plaintiff;

- Harvey Solomon Lipnick, Plaintiff;

- Hellene Kalish Traub, Plaintiff;

- Isaac Margulies, Plaintiff;

- Jacob Margulies, Plaintiff;

- Jane Kessler, Plaintiff;

- Jonathan Dov Merkin, Plaintiff;

- Limor Rom, Plaintiff;

2

- Lisa Marta Weinsoff, Plaintiff;
- Maurice Shnaider, Plaintiff;
- Nathan Lubin, Plaintiff;
- Nicholas Albert Merkin, Plaintiff;
- Noam Rom, Plaintiff;
- Robert Alan Zenilman, Plaintiff;
- Robert Kessler, Plaintiff;
- Robin Lynn Lubin, Plaintiff;
- Sadie Kessler Halley, Plaintiff;
- Sharon Celine Stein, Plaintiff;
- Shira Ronit Zenilman Brull, Plaintiff;
- Simon Margulies, Plaintiff;
- Tamir Aharon Saadon, Plaintiff;
- Tomer Rom, Plaintiff;
- Wendy Kressler Halley, Plaintiff;
- Yonah Chava Landau Zenilman, Plaintiff;
- Yonatan Meir Weinsoff Zenilman, Plaintiff;
- The Berkman Law Office, LLC, Attorneys for Plaintiffs;
    - Robert J. Tolchin, Attorney for Plaintiffs;
- American Muslims for Palestine, Defendant;

3

- Americans for Justice in Palestine Educational Foundation, Defenant;

- CodePink, Defendant;

- Hatem Abudayyeh, Defendant;

- Hatem Bazian, Defendant;

- Magdi Odeh, Defendant;

- Munjed Ahmed, Defendant;

- National Students for Justice in Palestine, Defendant;

- Nerdeen Kiswani, Defendant;

- Osama Abuishaid, Defendant;

- Rafeeq Jaber, Defendant;

- Saleh Sarsour, Defendant;

- Shakeel Sayed, Defendant;

- Students for Justice in Palestine Chapters, Defendant;

- Taher Herzallah, Defendant;

- United States Palestinian Community Network, Defendant;

- Within Our Lifetime, Defendant;

- Zarefah Baroud, Defendant;

- Muslim Legal Fund of America, Attorneys for Defendants American Muslims for Palestine, Americans for Justice in Palestine Educational

4

  Foundation, Hatem Bazian, Munjed Ahmed, Osama Abuirshaid, Saleh Sarsour, and Shakeel Sayed;

- o Christina Boyd, Attorney for Defendants;
- o Christina Jump, Attorney for Defendants;
- o Samira S. Elhosary, Attorney for Defendants;

- David Pina, Attorney for Defendant CodePink;
- People's Law Office, Attorney for Defendants Hatem Abudayyeh, Magdi Odeh, and United States Palestinian Community Network;
  - o Ben H. Elson, Attorney for Defendants;
- Collin Poirot, Attorney for Defendants Abudayyeh, Odeh and United States Palestinian Community Network.

2. Each entity with publicly traded shares or debt potentially affected by the outcome:

**RESPONSE:** None.

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

**RESPONSE:** None.

4. Each person arguably eligible for restitution:

**RESPONSE:** Plaintiffs seeks damages, costs, and attorney's fees.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: August 11, 2025                    Respectfully submitted,

*/s/ Ben H. Elson*
Ben H. Elson (*pro hac vice*)
PEOPLE'S LAW OFFICE
1180 N. Milwaukee Ave.
Chicago, IL 60642
Tel: (773) 235-0070 Ext. 116
Email: ben@peopleslawoffice.com
*\*Lead Counsel for Defendants U.S. Palestinian Community Network, Hatem Abudayyeh and Magdi Odeh*

Collin Poirot (*pro hac vice*)
2603 Oak Lawn Ave.
Dallas, TX 75219
Tel: (214) 392-2281
Email: cpoirot.law@gmail.com
*Counsel for Defendants U.S. Palestinian Community Network, Hatem Abudayyeh and Magdi Odeh*