**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

Office of the Clerk

November 29, 2016

JOSEPH W STEINBERG
TRISTER ROSS ET AL
1666 CONNECTICUT AVE NW
FIFTH FLOOR
WASHINGTON, DC 20009

RECEIPT

RE:   AJP Educational Foundation

ID:   F204463 - 6

DCN:  16-11-18-0008

Dear Customer:

This is your receipt for $75.00, to cover the fees for filing an application for a certificate of authority to transact business in Virginia with this office.

The effective date of the certificate is November 29, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*
Joel H. Peck
Clerk of the Commission

CORFACPT
CIS0336

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk

LAW OFFICES

# TRISTER, ROSS, SCHADLER & GOLD, PLLC

1666 CONNECTICUT AVENUE, N.W., FIFTH FLOOR
WASHINGTON, D.C. 20009
PHONE: (202) 328-1666
FAX: (202) 204-5946
www.tristerross.com

MICHAEL B. TRISTER
GAIL E. ROSS
B. HOLLY SCHADLER
LAURENCE E. GOLD
ALLEN H. MATTISON†
†ALSO ADMITTED IN MARYLAND

KAREN A. POST
Senior Counsel

NEIL C. WEARE
JOSEPH W. STEINBERG‡
‡ONLY ADMITTED IN MINNESOTA

Montana Office
LAURA L. HOEHN°
Of Counsel
°ALSO ADMITTED IN CALIFORNIA

November 15, 2016

VIA UNITED PARCEL SERVICE

Office of the Clerk
State Corporation Commission
P.O. Box 1197
Richmond, Virginia 23218-1197

Re: **AJP Educational Foundation**

Dear Sir or Madam:

Enclosed for filing on behalf of the above-referenced organization are the following:

1. The Application for a Certificate of Authority to Transact Business in Virginia as a Foreign Corporation.
2. An Attachment to the Application.
3. A Certified Copy of AJP Educational Foundation's Formation Documents
4. A check for $75 made payable to the State Corporation Commission.

If you have any questions, please contact me at either (202) 839-4485 or JSteinberg@tristerross.com.

Sincerely,

Joseph W. Steinberg

cc: AJP Educational Foundation

Enclosures

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 29, 2016

The State Corporation Commission has found the accompanying application for a certificate of authority to transact business in Virginia submitted on behalf of

## AJP Educational Foundation

to comply with the requirements of law, and confirms payment of all required fees. Therefore, it is ORDERED that this

## CERTIFICATE OF AUTHORITY TO TRANSACT BUSINESS IN VIRGINIA

be issued and admitted to record with the application in the Office of the Clerk of the Commission, effective November 29, 2016.

The corporation is authorized to transact business in Virginia, subject to all Virginia laws applicable to the corporation and its business.

STATE CORPORATION COMMISSION

By [signature]

James C. Dimitri
Commissioner

CORFACPT
CIS0336
16-11-18-0008



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC759/921
(06/16)

APPLICATION FOR A CERTIFICATE OF AUTHORITY TO
TRANSACT BUSINESS IN VIRGINIA AS A FOREIGN CORPORATION

> Provide a Certified Copy of the Formation Document, as Amended

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

Corporation's name: __AJP Educational Foundation__

Designated name (if required): _____

State or other jurisdiction of incorporation: __California__

Date of Incorporation: __11/16/2009__   Period of duration: __Perpetual__

(Mark if applicable:) ☐ The corporation was previously authorized or registered to transact business in Virginia as a foreign business entity. (See Instructions.) *Set forth additional information on an attachment.*

The post office address, including the street and number, of the corporation's principal office is

__6404 Seven Corners Place, Ste. N.__   __Falls Church__   __VA__   __22044__
(number/street)                           (city or town)     (state)  (zip)

The corporation's registered agent in VIRGINIA is __Ashraf W. Nubani__

The registered agent is (mark appropriate box):

(1) an **individual** who is a resident of Virginia **and**
  ☐ an officer of the corporation.
  ☐ a director of the corporation.
  ☑ a member of the Virginia State Bar.

**OR**

(2) ☐ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

The corporation's VIRGINIA registered office address, including the street and number, if any, which is identical to the business office of the registered agent, is

__2677 Prosperity Ave., Suite 320__   __Fairfax__   __VA__   __22031__
(number/street)                         (city or town)       (zip)

which is physically located in the ☐ county or ☑ city of __Fairfax__

**OFFICERS:**   **NAME AND TITLE**         **BUSINESS ADDRESS**
See attached.                              See attached.

**DIRECTORS:**   **NAME**                  **BUSINESS ADDRESS**
See attached.                              See attached.

**STOCK:**   **NUMBER OF SHARES AUTHORIZED TO BE ISSUED**         **CLASS**
None – NONSTOCK Corp.

Signed in the name of the foreign corporation by:

_(signature)_   __11/15/2016__   __414-455-7707__
                (date)            (telephone number (optional))

**Munjed A. Ahmad**           **Vice President/Treasurer**
(printed name)                (title) (see *Instructions* for examples of acceptable titles)

Personal Information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

## AJP Educational Foundation

### Attachment to Application for a Certificate to Do Business in Virginia as a Foreign Corporation

**OFFICERS:**

| Name | Title | Business Address |
|---|---|---|
| Hatem Al-Bazian | President | 1010 Sierra Street, Berkeley, CA 94707 |
| Munjed A. Ahmad | Vice President | 4915 S. Howell Ave., Suite 300, Milwaukee, WI 53207 |
| Sandy Stephan | Secretary | 1010 Sierra Street, Berkeley, CA 94707 |
| Munjed A. Ahmad | Treasurer | 4915 S. Howell Ave., Suite 300, Milwaukee, WI 53207 |

**DIRECTORS:**

| Name | Business Address |
|---|---|
| Hatem Al-Bazian | 1010 Sierra Street, Berkeley, CA 94707 |
| Munjed A. Ahmad | 4915 S. Howell Ave., Suite 300, Milwaukee, WI 53207 |
| Hussein Khatib | 11246 Baltimore St NE, Unit B. Blaine, MN 55449 |
| Osama Abu Irshaid | 6404 Seven Corners Place, Ste. N. Falls Church, VA 22044 |
| Salah Sarsour | 10738 S. Michelle Ln. Oak Creek, WI 53154 |
| Shakeel Syed | 945 Tilden Ave., #D, Culver City, CA 90232 |

**3237554**

FILED
IN THE OFFICE OF THE
SECRETARY OF STATE
OF THE STATE OF CALIFORNIA

NOV 16 2009

STATE *of* CALIFORNIA
ARTICLES *of* INCORPORATION

I

The name of this corporation is: AJP Educational Foundation

non-dom

II

A.  This corporation is a nonprofit **PUBLIC BENEFIT CORPORATION** and is not organized for the private gain of any person. It is organized under the Nonprofit Public Benefit Corporation Law for Charitable purposes.

B.  The specific purpose of this corporation is:

   • **To provide seed funding for publishing books, specialized journals and fostering research focusing on international relations and global human rights conditions. Also, will provide funds for conferences, seminars and media projects intended to reach widest possible audience.**

III

The name in the State of California of this corporation's initial agent for service of process is:

Hatem Al-Bazian
2801 Telegraph Ave
Berkeley, CA 94705

IV

A.  This corporation is organized and operated exclusively for **Charitable** purposes, including, for such purposes, the making of distributions to organizations that qualify as exempt organizations under Section 501 (c)(3) of the Internal Revenue Code, or corresponding section of any future federal code.

B.  No substantial part of the activities of this corporation shall consist of carrying on propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate or intervene in any political campaign (including the publishing or distribution of statements) on behalf of any candidate for public office.

V

The property of this corporation is irrevocably dedicated to **Charitable** purposes and no part of the net income or assets of this corporation shall ever inure to the benefit of any director, officer or member thereof or to the benefit of any private person. Upon the dissolution or winding up of the corporation, its assets remaining after payment, or provision for payment, of all debts and liabilities of this corporation shall be distributed to a nonprofit fund, foundation or corporation which is organized and operated exclusively for **Charitable** purposes and which has established its tax exempt status under Section 501 (c) (3), Internal Revenue Code.

_____                            Date: November 13th, 2009
Nikki Steen, Incorporator

1612010048

I hereby certify that the foregoing
transcript of ____1____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

OCT 0 6 2016  mkk

Date: _____
ALEX PADILLA, Secretary of State



# State of California
## Secretary of State

**Statement of Information**
(Domestic Nonprofit, Credit Union and Consumer Cooperative Corporations)

Filing Fee: $20.00. If this is an amendment, see instructions.
IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

N

F182395

# FILED

In the office of the Secretary of State
of the State of California

OCT-08 2014

1. CORPORATE NAME

AJP EDUCATIONAL FOUNDATION

2. CALIFORNIA CORPORATE NUMBER
C3237554

This Space for Filing Use Only

**Complete Principal Office Address** (Do not abbreviate the name of the city. Item 3 cannot be a P.O. Box.)

| 3. STREET ADDRESS OF PRINCIPAL OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2801 TELEGRAPH AVE, BERKELEY, CA 94705 | | | |
| 4. MAILING ADDRESS OF THE CORPORATION | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 5. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| HATEM ALBAZIAN | 1010 SIERRA ST, BERKELEY, CA 94707 | | | |
| 6. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| MUNJED AHMAD | 4915 S. HOWELL AVE., SUITE 300, MILWAUKEE, WI 53207 | | | |
| 7. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| HATEM ALBAZIAN | 1010 SIERRA ST, BERKELEY, CA 94707 | | | |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 9 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 9 must be left blank.

| 8 NAME OF AGENT FOR SERVICE OF PROCESS | | | | |
|---|---|---|---|---|
| HATEM ALBAZIAN | | | | |
| 9. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | | STATE | ZIP CODE |
| 2801 TELEGRAPH AVE, BERKELEY, CA 94705 | | | | |

**Common Interest Developments**

10. ☐ Check here if the corporation is an association formed to manage a common interest development under the Davis-Stirling Common Interest Development Act, (California Civil Code section 4000, et seq.) or under the Commercial and Industrial Common Interest Development Act, (California Civil Code section 6500, et seq.). The corporation must file a Statement by Common Interest Development Association (Form SI-CID) as required by California Civil Code sections 5405(a) and 6760(a). Please see instructions on the reverse side of this form.

11. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 10/08/2014 | HATEM ALBAZIAN | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-100 (REV 01/2014)                                                                APPROVED BY SECRETARY OF STATE



# State of California
## Secretary of State

**Statement of Information**
(Domestic Nonprofit, Credit Union and General Cooperative Corporations)

Filing Fee: $20.00. If this is an amendment, see instructions.
IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

N

**FC30956**

**FILED**

In the office of the Secretary of State
of the State of California

**MAR-01 2016**

1. **CORPORATE NAME**
AJP EDUCATIONAL FOUNDATION

2. **CALIFORNIA CORPORATE NUMBER**
C3237554

This Space for Filing Use Only

**Complete Principal Office Address** (Do not abbreviate the name of the city. Item 3 cannot be a P.O. Box.)

3. STREET ADDRESS OF PRINCIPAL OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE
2801 TELEGRAPH AVE., BERKELEY, CA 94705

4. MAILING ADDRESS OF THE CORPORATION | CITY | STATE | ZIP CODE

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

5. CHIEF EXECUTIVE OFFICER/ ADDRESS CITY STATE ZIP CODE
HATEM A. AL-BAZIAN   1010 SIERRA STREET, BERKELEY, CA 94707

6. SECRETARY ADDRESS CITY STATE ZIP CODE
SANDY STEPHAN   1010 SIERRA STREET, BERKELEY, CA 94707

7. CHIEF FINANCIAL OFFICER/ ADDRESS CITY STATE ZIP CODE
MUNJED A. AHMAD   4915 S. HOWELL AVE., SUITE 300, MILWAUKEE, WI 53207

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 9 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 9 must be left blank.

8. NAME OF AGENT FOR SERVICE OF PROCESS
HATEM A. AL-BAZIAN

9. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL   CITY   STATE   ZIP CODE
1010 SIERRA STREET, BERKELEY, CA 94707

**Common Interest Developments**

10. ☐ Check here if the corporation is an association formed to manage a common interest development under the Davis-Stirling Common Interest Development Act, (California Civil Code section 4000, et seq.) or under the Commercial and Industrial Common Interest Development Act, (California Civil Code section 6500, et seq.). The corporation must file a Statement by Common Interest Development Association (Form SI-CID) as required by California Civil Code sections 5405(a) and 6760(a). Please see instructions on the reverse side of this form.

11. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 03/01/2016 | HATEM A. AL-BAZIAN | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-100 (REV 01/2016)   APPROVED BY SECRETARY OF STATE



I hereby certify that the foregoing
transcript of ___2___ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

OCT 0 6 2016 mkk

Date:_____

ALEX PADILLA, Secretary of State

COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

Office of the Clerk

June 23, 2017

ASHRAF W NUBANI
2677 PROSPERITY AVE STE 320
FAIRFAX, VA 22031

RECEIPT

RE:  AJP Educational Foundation

ID:  F204463 - 6

DCN:  17-06-23-1006

Dear Customer:

This will acknowledge receipt of an attested copy of an assumed or fictitious name certificate for the captioned corporation conducting business under the assumed or fictitious name(s) of:

AMERICAN MUSLIMS FOR PALESTINE
(FAIRFAX CO)

The filing fee of $10.00 has been received.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

FICTACPT
CISCDH

BK 00105 0325      6/15/2017 09:45:40

1706090259

# Certificate of Trade Name
## For Corporations Only

2017 JUN 22 AM 10: 57

Certificate required to be filed by a corporation conducting business in the Commonwealth of Virginia under an assumed or fictitious name.

We hereby certify in accordance with the provisions of §59.1-69 of the 1950 Code of Virginia, as amended, that we are conducting the business of: a nonprofit public charity
(Type of Business)

at 6404 Seven Corners Place Ste. N     Falls Church     VA     22044
(Street Address)     (City)     (State)     (Zip Code)

Fairfax County, Virginia, under the name of: American Muslims for Palestine
(Name of Business)

and that no other corporation or person has any interest of any kind in said business and that we are the sole owners and proprietor thereof and that our Post Office address is:

6404 Seven Corners Place Ste. N     Falls Church     VA     22044
(P.O. Box/Street Address)     (City)     (State)     (Zip Code)

and the Corporation's Registered Agent's name is: Ashraf W. Nubani     and the Agent's address is 2677 Prosperity Ave. Ste. 320     Fairfax     VA     22031
(Street Address)     (City)     (State)     (Zip Code)

### FOR FOREIGN CORPORATIONS ONLY

We further certify that we were authorized to do business in the Commonwealth of Virginia on the 11th day of November, 2016.

Given under my hand this 30th, day of May, 2017.

AJP Educational Foundation
CORPORATE NAME
BY: _____
(Signature of Corporate Officer)

TITLE: Secretary

170623 1006

STATE OF WISCONSIN
~~Commonwealth of Virginia~~
City/County of MILWAUKEE, to-wit:

I, the undersigned Deputy Clerk (Notary Public) in and for the State ~~Commonwealth~~ and County aforesaid, do hereby certify that Munjed Ahmad, whose name is signed to the foregoing and hereunto annexed Certificate dated the 30th day of May, 2017, has this day personally appeared before me and acknowledged the same before me in my office.

Given under my hand this 30th day of May, 2017.

_____
Deputy Clerk (Notary Public)

My commission ~~expires~~ : is permanent
My registration number is: _____ (VA notaries only)

CCR-142 Revised Fictitious Name Corporation (Jan 2013)

A COPY TESTE:
JOHN T. FREY, CLERK
BY: _____
Deputy Clerk
Date: 6/15/17
Original retained in the office of the Clerk of the Circuit Court of Fairfax County, Virginia

06/15/2017
RECORDED FAIRFAX CO VA
TESTE: J. Frey
CLERK