UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MAURICE SHNAIDER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MUSLIMS FOR PALESTINE, *et al.*, <br><br> Defendants. | CASE NO. 8:24-CV-01067-MSS-SPF |

## NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a), Defendants AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine, Dr. Hatem Bazian, Dr. Osama Abuirshaid, Salah Sarsour, Shakeel Syed, and Munjed Ahmad (together "Defendants") give notice that Defendants will be represented by the legal division of the Muslim Legal Fund of America, with Christina A. Jump as lead counsel.

DATED: August 15, 2025

        Respectfully Submitted,

        <u>/s/ *Christina A. Jump*</u>
        Christina A. Jump*
        (admitted *pro hac vice*)
        Samira S. Elhosary
        (admitted *pro hac vice*)
        Christina A. Boyd
        (admitted *pro hac vice*)
        Constitutional Law Center
        for Muslims in America**
        100 N. Central Expy. Suite 1010
        Richardson, Texas 75080
        Tel: (972) 914-2507
        Fax: (972) 692-7454
        cjump@clcma.org
        selhosary@clcma.org
        ali.boyd@mlfa.org

        COUNSEL FOR DEFENDANTS

        \* *Lead Counsel*

        **The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America*