UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAURICE SHNAIDER, *et al.*,

    Plaintiff,

v.

AMERICAN MUSLIMS FOR PALESTINE, *et al.*,

    Defendants.

Case No. 8:24-cv-01067-MSS-SPF

**LOCAL RULE 3.03 DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to Local Rule 3.03:

1. Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**RESPONSE:**

- Adam Fischer Halley, Plaintiff;

- Aileen Greenberg, Plaintiff;

- Alan Howard Halpern, Plaintiff;

- Alec Meyer Lubin, Plaintiff;

- Alona Mirriam Rom, Plaintiff;

- Asher Solomon, Marguiles, Plaintiff;

- Boaz Kessler Halley, Plaintiff;

- Dvora Batya Saadon, Plaintiff;

- Eitan Pinchas Zenilman, Plaintiff;

- Elad Moshe Saadon, Plaintiff;

- Eli Dov Weinsoff Zenilman, Plaintiff;

- Ellyn Margulies, Plaintiff;

- Ethan Kessler Halley, Plaintiff;

- Eve Lapides Lubin Marx, Plaintiff;

- Eytan Louis Merkin, Plaintiff;

- Geula Sadun, Plaintiff;

- Hal David Lubin, Plaintiff;

- Harold M. Greenberg, Plaintiff;

- Harvey Solomon Lipnick, Plaintiff;

- Hellene Kalish Traub, Plaintiff;

- Isaac Margulies, Plaintiff;

- Jacob Margulies, Plaintiff;

- Jane Kessler, Plaintiff;

- Jonathan Dov Merkin, Plaintiff;

- Limor Rom, Plaintiff;

- Lisa Marta Weinsoff, Plaintiff;

- Maurice Shnaider, Plaintiff;

- Nathan Lubin, Plaintiff;

- Nicholas Albert Merkin, Plaintiff;

- Noam Rom, Plaintiff;

- Robert Alan Zenilman, Plaintiff;

- Robert Kessler, Plaintiff;

- Robin Lynn Lubin, Plaintiff;

- Sadie Kessler Halley, Plaintiff;

- Sharon Celine Stein, Plaintiff;

- Shira Ronit Zenilman Brull, Plaintiff;

- Simon Margulies, Plaintiff;

- Tamir Aharon Saadon, Plaintiff;

- Tomer Rom, Plaintiff;

- Wendy Kressler Halley, Plaintiff;

- Yonah Chava Landau Zenilman, Plaintiff;

- Yonatan Meir Weinsoff Zenilman, Plaintiff;

- The Berkman Law Office, LLC, Attorneys for Plaintiffs;

    o Robert J. Tolchin, Attorney for Plaintiffs;

- American Muslims for Palestine, Defendant;

- Americans for Justice in Palestine Educational Foundation, Defendant;

- Hatem Bazian, Defendant;

- Munjed Ahmad, Defendant;

- Osama Abuishaid, Defendant;

- Saleh Sarsour, Defendant;

- Shakeel Sayed, Defendant;

- Muslim Legal Fund of America, Attorneys for Defendants American Muslims for Palestine, Americans for Justice in Palestine Educational Foundation, Hatem Bazian, Munjed Ahmad, Osama Abuirshaid, Saleh Sarsour, and Shakeel Sayed (collectively, "AMP Defendants");

- - o   Christina Boyd, Attorney for AMP Defendants;

  - o   Christina Jump, Attorney for AMP Defendants;

  - o   Samira S. Elhosary, Attorney for AMP Defendants;

- CodePink, Defendant;

- David Pina, Attorney for Defendant CodePink;

- United States Palestinian Community Network, Defendant;

- Hatem Abudayyeh, Defendant;

- Magdi Odeh, Defendant;

- People's Law Office, Attorney for Defendants Hatem Abudayyeh, Magdi Odeh, and United States Palestinian Community Network (collectively, "USPCN Defendants");

  - ▪   Ben H. Elson, Attorney for USPCN Defendants;

- Collin Poirot, Attorney for USPCN Defendants;

- Zarefah Baroud, Defendant;

  - o   Slater Legal PLLC, Attorneys for Defendant Zarefah Baroud;

    - ▪   James M. Slater, Attorney for Defendant Baroud.

- National Students for Justice in Palestine, Defendant;

- Nerdeen Kiswani, Defendant;

- Rafeeq Jaber, Defendant;

- Students for Justice in Palestine Chapters, Defendant;

- Taher Herzallah, Defendant;

- Within Our Lifetime, Defendant.

2. Each entity with publicly traded shares or debt potentially affected by the outcome:

**RESPONSE:** None.

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

**RESPONSE:** None.

4. Each person arguably eligible for restitution:

**RESPONSE:** Plaintiff arguably seeks damages, costs, and attorney's fees.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: August 25, 2025

/s/ *James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

*Lead Counsel for Defendant Zarefah Baroud*