IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

-------------------------------------------------------------------X

**MAURICE SHNAIDER, et al.,**

                      Plaintiffs,

            v.

**AMERICAN MUSLIMS FOR PALESTINE, et al.,**

                      Defendants.

Case No.:
8:24-cv-01067-MSS-SPF

-------------------------------------------------------------------X

## **PLAINTIFFS' MOTION TO INCREASE PAGE LIMITS**

Defendants thus far have filed nine separate motions to dismiss. These include motions by the following defendants: 1) Hatem Abudayyeh (Dkt. 45); 2) Madgi Odeh (Dkt. 46); 3) United States Palestinian Community Network (Dkt 47); 4) Americans for Justice in Palestine Educational Foundation (Dkt. 48); 5) Hatem Bazian (Dkt. 50); 6) Osama Abuirashaid (Dkt. 52); 7) Munjed Ahmed (Dkt. 54); 8) Saleh Sarsour (Dkt. 56); 9) Shakeel Sayed.[1]

These motions can be regarded in clusters. The first three were filed by the same lawyer, and make similar arguments, and the other six were filed by the same lawyer and make their own similar arguments.

---

[1] In their motions three of these defendants state that their names are misspelled in the caption, specifically that Abuirashaid should be Abuirshaid, Ahmed should be Ahmad, and Saleh should be Salah.

Rather than file nine opposition briefs, Plaintiffs plan to oppose the first three motions in a single omnibus opposition brief, and the other six in a second omnibus opposition brief. However, because these omnibus opposition briefs are addressing three and six motions, Plaintiffs respectfully request that they be permitted file a 25-page brief in response to the first cluster of three motions, and a 30-page brief in response to the second cluster of six motions.

Prior to making this application for a modest increase in the page limits Plaintiffs emailed moving counsel seeking their position on this application, but as of the time of this writing they have not responded.

Dated: Brooklyn, New York
August 25, 2025

                                      Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for Plaintiffs*

by:   /S/ Robert J. Tolchin
      Robert J. Tolchin

829 East 15th Street, Box 7
Brooklyn, New York 11230
718-855-3627
rtolchin@berkmanlaw.com