### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

MAURICE SHNAIDER et al.,

     Plaintiffs.

v.                                                  Case No. 8:24-cv-1067

AMERICAN MUSLIMS FOR
PALESTINE et al.,

     Defendants.

_____

### NOTICE OF SUPPLEMENTAL AUTHORITY BY DEFENDANTS
### U.S. PALESTINIAN COMMUNITY NETWORK,
### HATEM ABUDAYYEH AND MAGDI ODEH

Defendants United States Palestinian Community Network ("USPCN"), Hatem

Abudayyeh and Magdi Odeh, through undersigned counsel, provide this Notice of

Supplemental Authority under Local Rule 3.01(i), and state the following:

    1.    Memorandum Opinion and Order, *Parizer, et al. v. AJP Educational

Foundation, Inc. et al.*, No. 1:24-cv-00724-RDA-IDD (E.D. Va. Aug. 15, 2025), ECF

No. 161. (dismissing a 18 U.S.C.§ 2333(d) aiding and abetting claim under Rule

12(b)(6), based on similar factual allegations, against seven of the same Defendants).

    2.    The above-cited authority supplements these arguments contained in

the Motions to Dismiss filed by Defendants USPCN, Abudayyeh and Odeh:

    **a.**  **To plead aiding and abetting, Plaintiffs must show Defendants aided and
abetted the specific attacks that harmed them. (Dkt. 45, p. 8, para. 2, ln. 1-
10; Dkt. 46, p. 20-1, para. 2, ln. 17-9; Dkt. 47, p. 9, para. 2, ln. 8-11)**

New Authority: "[B]ecause Plaintiffs are trying to hold Defendants liable for injuries stemming from the October 7, 2023 attack, Plaintiffs must plausibly allege that Defendants aided and abetted Hamas in carrying out that attack." *Parizer*, at *47.

**b. Defendants cannot plausibly claim Defendants provided systemic support under *Taamneh* unless they can show Defendants aided and abetted every wrongful act committed by Hamas. (Dkt. 47, p. 10, para. 3, ln. 1-7)**

New Authority: "Plaintiffs' broad assertion that 'Defendants' support has been so systematic that Defendants aid and abet every wrongful act committed by Hamas and its affiliates' does not overcome this deficiency. Under *Taamneh*, allegations of 'systemic' support do not circumvent the necessity to sufficiently allege 'defendants actually aided and abetted each tort of that enterprise.'" *Parizer*, at *47.

**c. The allegations against Defendants do not plausibly show intentional aid that substantially furthered the underlying torts. (Dkt. 45, p. 10, para. 2, ln. 1-3; Dkt. 46, p. 11-12, all paragraphs, all lines; Dkt. 47, p. 11-13, all paragraphs, all lines)**

New Authority: "The allegations fall short of showing that Defendants gave knowing and substantial assistance to Hamas's October 7, 2023 attack… Plaintiffs have not shown 'intentional aid that substantially furthered the tort.'" *Parizer*, at *47.

**d. Plaintiffs fail to allege a causal nexus between Defendants' alleged conduct and the specific attacks that injured them. (Dkt. 45, p. 10, para. 1, ln. 4-10; Dkt. 46, p. 10, para. 2, ln. 8-16; Dkt. 47, p. 10, para. 3, ln. 3-7)**

New Authority: "Accordingly, this case is similar to other cases which have sought to hold some of the Defendants liable for the October 7, 2023 attack, in that it fails to connect the actions of these Defendants to the attack itself." *Parizer*, at *39.

Dated: August 27, 2025

Respectfully submitted,

*/s/ Ben H. Elson*
Ben H. Elson (*pro hac vice*)
PEOPLE'S LAW OFFICE
1180 N. Milwaukee Ave.
Chicago, IL 60642
Tel: (773) 235-0070 Ext. 116
Email: ben@peopleslawoffice.com
*Lead Counsel for Defendants United*
*States Palestinian Community Network,*
*Hatem Abudayyeh and Magdi Odeh*

Collin Poirot (*pro hac vice*)
2603 Oak Lawn Ave.
Dallas, TX 75219
Tel: (214) 392-2281
Email: cpoirot.law@gmail.com
*Counsel for Defendant United States*
*Palestinian Community Network, Hatem*
*Abudayyeh and Magdi Odeh*