IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA

SCHNAIDER, et al.                                    CASE NO.: 8:24-cv-01067-MSS-SPF

    Plaintiff,

v.

AMERICAN MUSLIMS FOR PALESTINE, et al.

    Defendant.
_____/

**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiffs Schnaider, et al., by and through their attorney of record, and Defendant CODEPINK, by and through their attorney of record, hereby stipulate and agree:

1. The original deadline for the Defendant, CODEPINK, to answer the Plaintiffs,' SCHNAIDER et. al, amended complaint was June 23, 2025.

2. In order to allow Defendant's counsel, who was retained as counsel on Friday, June 13, ample time to review the 218 page complaint alongside his other litigation commitments, the parties and their counsel stipulated and agreed that Defendant's time to respond is extended by 90 days from the original deadline, resulting in a new deadline of September 11, 2025.

3. On September 3, 2025, CODEPINK's attorney of record requested an additional two weeks to respond to the amended complaint due to contracting Covid.

4. The Parties and their counsel stipulate and agree that Defendant has two additional weeks to respond to the complaint, resulting in a new deadline of September 25, 2025.

5. The Parties and their counsel further stipulate and agree that the Court may enter a corresponding order reflecting this extension without further hearing or delay.

Dated this 5th day of September 2025.

| | |
|---|---|
| /s/  David Pina, Esq. | /s/ Robert J. Tolchin |
| Florida Bar No. 1030971 | Admitted Pro Hac Vice |
| 1799 NW 500 N.W 28th Street | 829 East 15th Street |
| PO Box 420305 | Box 7 |
| Miami, Florida 33142-9998 | Brooklyn, NY 11230 |
| davidpinaesq@gmail.com | rtolchin@berkmanlaw.com |