UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MAURICE SHNAIDER, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE, *et al.*,<br><br>    Defendants. | Case No. 8:24-cv-01067-MSS-SPF |

## NOTICE OF APPEARANCE AND LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a), David Pina hereby gives notice of his appearance as lead counsel for Defendant CODEPINK. The certificate of service for all pleadings, orders, and other papers in this action should include David Pina at 1799 NW 500 N.W. 28th Street, PO Box 420305, Miami, Florida 33142 and davidpinaesq@gmail.com.

Dated: September 11, 2025

Respectfully submitted,

/s/ David Pina, Esq.
David Pina (FBN 1030971)
1799 NW 500 N.W. 28th Street
PO Box 420304
Miami, Florida 33142-998
Tel. 786-445-0227
davidpinaesq@gmail.com


*Lead Counsel for Defendant CODEPINK*

2