# AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 8:24-CV-01067 | United States District Court for the Middle District of Florida | , FL | 14076381 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| MAURICE SHNAIDER, et al. | AMERICAN MUSLIMS FOR PALESTINE, et al. |

| Received by: | For: |
|---|---|
|  | Servico |

**To be served upon:**
Taher Herzallah c/o American Muslims for Palestine

I, Mike Sornberger, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Taher Herzallah , 3811 Gauvitte Street Northeast, Columbia Heights, MN 55421
**Manner of Service:** Personal/Individual, Sep 8, 2025, 3:26 pm CDT
**Documents:** Summons in a Civil Action, Amended Complaint,

**Additional Comments:**
1) Unsuccessful Attempt: Sep 5, 2025, 12:11 pm CDT at 3811 Gauvitte Street Northeast, Columbia Heights, MN 55421
Attempt at home address, no answer at the door.

2) Unsuccessful Attempt: Sep 5, 2025, 2:30 pm CDT at 3811 Gauvitte Street Northeast, Columbia Heights, MN 55421
No resident was home.

3) Successful Attempt: Sep 8, 2025, 3:26 pm CDT at 3811 Gauvitte Street Northeast, Columbia Heights, MN 55421 received by Taher Herzallah . Age: 45; Ethnicity: Middle Eastern; Gender: Male; Weight: 160; Height: 5'7"; Hair: Bald; Eyes: Other;

_____  09/08/2025
Mike Sornberger              Date

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

September 8, 2025
Date

Remington Quackenbush
Notary Public
Minnesota
My Commission Expires January 31, 2029