IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

------------------------------------------------------------------------ X

MAURICE SHNAIDER, *et al.,*

               Plaintiffs,

      v.

AMERICAN MUSLIMS FOR PALESTINE, *et al.,*

               Defendants.

Case No.: 8:24-cv-01067-MSS-SPF

------------------------------------------------------------------------ X

## ORDER GRANTING PLAINTIFFS' RENEWED MOTION FOR ALTERNATIVE SERVICE AND FOR LEAVE TO SERVE DISCOVERY DEMANDS AND TAKE DEPOSITIONS REGARDING DEFENDANTS' ADDRESSES

Upon consideration of Plaintiffs' Renewed Motion for Alternative Service and for Leave to Serve Discovery Demands and Take Depositions Regarding Defendants' Addresses, pursuant to Rule 4(e) of the Federal Rules of Civil Procedure, § 48.161, Fla. Stat. (2025), and Rules 1.280 and 1.310 of the Federal Rules of Civil Procedure, and good cause appearing based on the evidence submitted that Plaintiffs have complied with the statutory requirements for substituted service outlined in § 48.161, Fla. Stat. (2025), and, in the alternative, that limited discovery and depositions are warranted to ascertain Defendants' addresses for purposes of service, it is hereby:

ORDERED that Plaintiffs' Renewed Motion is GRANTED as follows:

1. **As to Defendant National Students for Justice in Palestine (NSJP):** Plaintiffs are authorized to effect substituted service on NSJP through the Florida Secretary of State pursuant to § 48.161, Fla. Stat. (2025); or, in the alternative, Plaintiffs are granted leave to serve limited discovery and to take the depositions of attorneys Abdel-Rahman Hamed and Mark Allen Kleinman for the narrow purpose of obtaining information necessary to identify an address or agent for service of process on Defendant NSJP.

2. **As to Defendant Rafeeq Jaber:** The Court finds that Defendant Jaber was properly served under Rule 4(e)(2)(B) of the Federal Rules of Civil Procedure.

3. **As to Defendant Nerdeen Kiswani, Individually and on Behalf of WOL:** Plaintiffs are authorized to effect substituted service on Defendants Kiswani and WOL through the Florida Secretary of State pursuant to § 48.161, Fla. Stat. (2025); or, in the alternative, Plaintiffs are granted leave to serve limited discovery and to take the deposition of attorney Jonathan Wallace for the narrow purpose of obtaining information necessary to identify an address or agent for service of process on Defendants Kiswani and WOL.

4. **As to Defendant Abdullah Akl:** Plaintiffs are authorized to effect substituted service on Defendant Akl through the Florida Secretary of State pursuant to § 48.161, Fla. Stat. (2025); or, in the alternative, Plaintiffs are granted leave to serve limited discovery and to take the deposition of attorney Jonathan Wallace for the

limited purpose of obtaining information necessary to identify an address or agent for service of process on Defendant Akl.

5. **As to Defendants SJP Chapters:** Plaintiffs are authorized to effect substituted service on all of the SJP chapter defendants through the Florida Secretary of State pursuant to § 48.161, Fla. Stat. (2025); or, in the alternative, Plaintiffs are granted leave to serve narrowly tailored Rule 45 subpoenas and Rule 31 Notices of Deposition by Written Questions directed to the student affairs offices of each university where an SJP chapter defendant is located, seeking information sufficient to identify the chapter's current officers or representatives and to determine where and how service of process may be properly effected.

6. **As to All Defendants:** Plaintiffs' time to complete service of process is extended for a reasonable period following this Court's ruling.

7. **General Relief:** Plaintiffs are granted such other and further relief as the Court deems just and proper.

So ordered:

_____   _____
U.S.D.J.                     date