


## OFFICE OF THE SHERIFF
COUNTY OF FAIRFAX
Stacey A. Kincaid, Sheriff
4110 Chain Bridge Road
Fairfax, Virginia 22030
Phone (703) 246-3227
Fax (703) 691-9513

### AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA
COUNTY OF FAIRFAX

RE: Maurice Shnaider, et al.  VS: American Muslims For Palestine, et al.

Case Number: 8:24-cv-01067

Before me, the undersigned authority, personally appeared PFC P. Hashtroudilar, a person competent to make oath, and who by me being duly sworn, deposes and says:

That this Summons In A Civil Action and Amended Complaint came to hand on May 2, 2025 at 11:14AM and executed by going to the usual place of business or employment of National Students For Justice In Palestine and delivered a true copy of the above mentioned process to, Osama Abuirshaid, Executive Director of American Muslims For Palestine the PERSON IN CHARGE at 6404N Seven Corners Pl., Falls Church, Virginia 22044, County of Fairfax, Commonwealth of Virginia, on May 21, 2025 at 11:38AM.

STACEY A. KINCAID, SHERIFF
FAIRFAX COUNTY, VIRGINIA

_PFC P. Hashtroudilar 933_
Deputy Sheriff

Sworn to before me this 23 day of May, 2025

_Jessica Rocha_
Notary Public
My commission expires: 7/31/26



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| MAURICE SHNAIDER, et al.,<br><br>*Plaintiff(s)*<br>v.<br>AMERICAN MUSLIMS FOR PALESTINE, et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 8:24-cv-01067<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NATIONAL STUDENTS FOR JUSTICE IN PALESTINE
c/o AMERICAN MUSLIMS FOR PALESTINE
6404 SEVEN CORNERS PLACE
SUITE N
FALLS CHURCH, VA 22044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  ROBERT J. TOLCHIN, ESQ.
THE BERKMAN LAW OFFICE, LLC
829 EAST 15TH STREET, BOX 7
BROOKLYN, NEW YORK 11230
PHONE: 718-855-3627
EMAIL: RTOLCHIN@BERKMANLAW.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: July 30, 2024

Lindsay Richards

*Signature of Clerk or Deputy Clerk*

Case 8:24-cv-01067-MSS-SPF   Document 12   Filed 07/30/24   Page 18 of 38 PageID 1186

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-01067

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* National Students For Justice In Palestine
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Osama Abuirshaid, who is designated by law to accept service of process on behalf of *(name of organization)* American Muslims For Palestine on *(date)* 5/21/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 5/21/25 @ 1138

_____
Server's signature

PFC M. Hashtroudilov 933
*Printed name and title*

Fairfax County Sheriff's Office
4110 Chain Bridge Road
Fairfax, VA 22030
*Server's address*

Additional information regarding attempted service, etc:



# OFFICE OF THE SHERIFF
COUNTY OF FAIRFAX
Stacey A. Kincaid, Sheriff
4110 Chain Bridge Road
Fairfax, Virginia 22030
Phone (703) 246-3227
Fax (703) 691-9513



## AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA
COUNTY OF FAIRFAX

RE: Maurice Shnaider, et al. VS: American Muslims For Palestine, et al.

Case Number: 8:24-cv-01067

Before me, the undersigned authority, personally appeared PFC P. Hashtroudilar, a person competent to make oath, and who by me being duly sworn, deposes and says:

That this Summons In A Civil Action and Amended Complaint came to hand on May 2, 2025 at 11:14AM and executed by going to the usual place of business or employment of Students For Justice In Palestine and delivered a true copy of the above mentioned process to, Osama Abuirshaid, Executive Director of American Muslims For Palestine the PERSON IN CHARGE at 6404N Seven Corners Pl., Falls Church, Virginia 22044, County of Fairfax, Commonwealth of Virginia, on May 21, 2025 at 11:38AM.

STACEY A. KINCAID, SHERIFF
FAIRFAX COUNTY, VIRGINIA

_PFC P. Hashtroudilar 933_
Deputy Sheriff

Sworn to before me this 23 day of May, 2025.

_Jessica Rocha_
Notary Public

My commission expires: 7/31/26

(Notary seal: JESSICA ROCHA, NOTARY PUBLIC, MY COMMISSION NUMBER 7605153, COMMONWEALTH OF VIRGINIA)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| MAURICE SHNAIDER, et al., | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 8:24-cv-01067 |
| AMERICAN MUSLIMS FOR PALESTINE, et al., | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* STUDENTS FOR JUSTICE IN PALESTINE
6404 SEVEN CORNERS PLACE
SUITE N
FALLS CHURCH, VA 22044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: ROBERT J. TOLCHIN, ESQ.
THE BERKMAN LAW OFFICE, LLC
829 EAST 15TH STREET, BOX 7
BROOKLYN, NEW YORK 11230
PHONE: 718-855-3627
EMAIL: RTOLCHIN@BERKMANLAW.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: July 30, 2024

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-01067

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Students For Justice In Palestine
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Osama Aburshaid , who is designated by law to accept service of process on behalf of *(name of organization)* American Muslims For Palestine on *(date)* 5/21/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/21/25 @ 1138

Server's signature

PFC V. Hashtrowsky ar 933
*Printed name and title*

Fairfax County Sheriff's Office
4110 Chain Bridge Road
Fairfax, VA 22030
*Server's address*

Additional information regarding attempted service, etc:

 

# OFFICE OF THE SHERIFF
COUNTY OF FAIRFAX
Stacey A. Kincaid, Sheriff
4110 Chain Bridge Road
Fairfax, Virginia 22030
Phone (703) 246-3227
Fax (703) 691-9513

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA
COUNTY OF FAIRFAX

    RE: Maurice Shnaider, et al.  VS: American Muslims For Palestine, et al.

    Case Number: 8:24-cv-01067

Before me, the undersigned authority, personally appeared PFC P. Hashtroudilar, a person competent to make oath, and who by me being duly sworn, deposes and says:

That this Summons In A Civil Action and Amended Complaint came to hand on May 2, 2025 at 11:14AM and executed by going to the usual place of business or employment of Taher Herzallah and delivered a true copy of the above mentioned process to, Osama Abuirshaid, Executive Director of American Muslims For Palestine the PERSON IN CHARGE at 6404N Seven Corners Pl., Falls Church, Virginia 22044, County of Fairfax, Commonwealth of Virginia, on May 21, 2025 at 11:38AM.

STACEY A. KINCAID, SHERIFF
FAIRFAX COUNTY, VIRGINIA

_PFC P. Hashtroudilar 937_
Deputy Sheriff

Sworn to before me this 23 day of May, 2025

_Jessica Rocha_
Notary Public
My commission expires: 1/31/26



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| MAURICE SHNAIDER, et al., *Plaintiff(s)* v. AMERICAN MUSLIMS FOR PALESTINE, et al., *Defendant(s)* | Civil Action No. 8:24-cv-01067 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TAHER HERZALLAH
C/O AMERICAN MUSLIMS FOR PALESTINE
6404 SEVEN CORNERS PLACE
SUITE N
FALLS CHURCH, VA 22044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  ROBERT J. TOLCHIN, ESQ.
THE BERKMAN LAW OFFICE, LLC
829 EAST 15TH STREET, BOX 7
BROOKLYN, NEW YORK 11230
PHONE: 718-855-3627
EMAIL: RTOLCHIN@BERKMANLAW.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: July 30, 2024

Lindsay Richards

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-01067

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Taher Herzallah
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Osama Abuirshaid , who is
designated by law to accept service of process on behalf of *(name of organization)* American Muslims for Palestine on *(date)* 5/21/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/21/25 @ 11:38 pm

Server's signature

PFC P. Hashroudiler 937
*Printed name and title*

Fairfax County Sheriff's Office
4110 Chain Bridge Road
Fairfax, VA 22030
*Server's address*

Additional information regarding attempted service, etc: