**From:** Christina Jump cjump@clcma.org
**Subject:** RE: Shnaider v. AMP, et al. - Accepting service
**Date:** May 23, 2025 at 1:14 PM
**To:** Robert Tolchin rtolchin@berkmanlaw.com
**Cc:** Franca Talavera ftalavera@berkmanlaw.com, Samira Elhosary selhosary@clcma.org, tammie tammie@israellawcenter.org

Counsel:

Our client advised us that you sent a process server to AMP earlier this week and attempted service on the following individuals and organizations, which AMP very clearly refused to accept:

- Taher Herzallah
- Zarefah Baroud
- National Students for Justice in Palestine
- Students for Justice in Palestine

That attempt does **not** qualify as valid service.  We will immediately move to quash should you attempt to file any returns of service for that attempt. We see by the attached docket sheet printed moments ago that you have not yet done so, and you are now on notice of this impropriety.
You know that we accepted service via a waiver for American Muslims for Palestine and other specified defendants, which do _not_ include the four above.  You know that AMP is represented by us, and yet you still approved this unethical attempt to serve others via our client.

According to our client, the process involved the following exchanges and circumstances: "Two armed police officers came to our office.  They brought these. They said on the phone that they have service for AMP.  I told them I would only take service for AMP.  They stated "Yes, only AMP."  They dropped these [summonses for the four above].  I refused to take them. I told them they lied.  They said "you've been served."  I told them no. I asked them to leave with the papers. They dropped them even though I refused to accept the service for any of these."

Again, that does _not_ qualify as valid service, and AMP does _not_ accept service for the four defendants listed above.
We will immediately move to quash and for sanctions should you attempt to qualify the exchange described above as proper service.

Glad to confirm by phone if you like.



**Christina A. Jump**
Civil Litigation Department Head

**Muslim Legal Fund of America (MLFA)**
 The Constitutional Law Center for Muslims in America (CLCMA)
  is the legal division of MLFA

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)

From: Christina Jump <cjump@clcma.org>
Subject: RE: Shnaider v. AMP, et al. - Accepting service
Date: April 15, 2025 at 8:30:20 AM EDT
To: Robert Tolchin <rtolchin@berkmanlaw.com>
Cc: Samira Elhosary <selhosary@clcma.org>, Franca Talavera <ftalavera@berkmanlaw.com>, tammie <tammie@israellawcenter.org>

Counsel:
we are willing to agree to a waiver of service for our clients American Muslims for Palestine, Dr. Hatem Bazian, Dr. Osama Abuirshaid, Munjed Ahmad, Shakeel Syed and Salah Sarsour, in exchange for the longer response time that accompanies that agreement.
Glad to discuss should you have any questions.



**Christina A. Jump**
Civil Litigation Department Head

**Muslim Legal Fund of America (MLFA)**
  The Constitutional Law Center for Muslims in America (CLCMA)
  is the legal division of MLFA

  100 N. Central Expy, Suite 1010, Richardson, TX 75080

  Phone: (972) 914-2507 (main)
  Email: christina.jump@mlfa.org | cjump@clcma.org
    Website: https://mlfa.org/









*I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*
*\*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization*

   

*IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*

**From:** Robert Tolchin <rtolchin@berkmanlaw.com>
**Sent:** Tuesday, April 8, 2025 12:50 PM
**To:** Christina Jump <cjump@clcma.org>
**Cc:** Samira Elhosary <selhosary@clcma.org>; Franca Talavera <ftalavera@berkmanlaw.com>; tammie <tammie@israellawcenter.org>
**Subject:** Shnaider v. AMP, et al. - Accepting service

> **GRAPHUS EMAIL PROTECTION**
> **Warning:** Sender @rtolchin@berkmanlaw .com is not yet trusted by your organization.
> Please be careful before replying or clicking/downloading the attachment and URLs.
>       - Looks Suspicious -   - Looks Good -
>                                                  powered by Graphus®

Good afternoon.

Attached please find the complaint in this matter along with all or at least most of the summonses (if one is missing please advise and I will send it).

You had indicated you could accept service for at least some of the defendants. I believe the defendants whom you said you could accept service for were American Muslims for Palestine nationwide, Osama Abuirshaid, Hatem Bazian, Munjed Ahmad, Salah Sarsour, and Shakeel Sayed.

Please confirm that you are accepting service for these defendants and let us know if you can accept service for any other defendants.

Also, please let us know if you want to do a stipulation regarding time to answer or motion to dismiss.

Thanks.


Robert J. Tolchin, Esq.
THE BERKMAN LAW OFFICE, LLC
829 East 15th Street, Box 7
Brooklyn, New York 11230

718-855-3627

On Wed, Jul 31, 2024 at 9:21 AM Christina Jump < cjump@clcma.org> wrote:
 Counsel:

As you are likely aware, we represent American Muslims for Palestine nationwide in several litigation matters.
We will also represent AMP in this matter.
And, we also represent Osama Abuirshaid, Hatem Bazian, Munjed Ahmad, Salah Sarsour, and Shakeel Sayed.

Note that we do *not* represent, **and neither we nor AMP will accept service for, any other organization or individual listed in your Complaint**.
No other individuals or organizations work out of or office out of AMP's address in Falls Church, Virginia, and **no other individuals or organizations may therefore be properly served via AMP, its office address or us as its attorneys**.  Any attempts to serve any other entities or individuals at that address will be rejected.

As to the ones we do represent, identified above as AMP (the d/b/a for AJP Educational Foundation) and five individuals, we offer to accept service in exchange for an extended response date in light of the number of defendants involved and the size of the recent Amended Complaint. We will accept service of those individuals and AMP as of the date we confirm that we mutually agree to the terms, in exchange for a response deadline by agreement for those defendants of September 30, 2024.



**Christina A. Jump**
Civil Litigation Department Head

**Muslim Legal Fund of America (MLFA)**

The Constitutional Law Center for Muslims in America (CLCMA) is the legal division of MLFA

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)
Email: christina.jump@mlfa.org | cjump@clcma.org
Website: https://mlfa.org/







*I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*
*\*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization*

   

*IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use,*

*distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*



**Christina A. Jump**
Civil Litigation Department Head

**Muslim Legal Fund of America (MLFA)**
 The Constitutional Law Center for Muslims in America (CLCMA)
  is the legal division of MLFA

  100 N. Central Expy, Suite 1010, Richardson, TX 75080

  Phone: (972) 914-2507 (main)
  Email: christina.jump@mlfa.org | cjump@clcma.org
   Website: https://mlfa.org/







*I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at times that are convenient for me, I do*

*not expect that you read, respond or follow up on my emails outside your hours of work.*
*\*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization*

   

*IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*