**EXHIBIT 4**

## UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

---

**Maurice Shnaider, et al.**
       *Plaintiffs*

vs.    Case No.: 8:24-cv-01067-MSS-SPF

**American Muslims for Palestine, et al.**
       *Defendants*

---

### AFFIDAVIT OF POSTING

I, George Illidge, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons in a Civil Action and Amended Complaint with Exhibits in the above entitled case.

That on 05/17/2025 at 4:14 PM, I served National Students for Justice in Palestine c/o Abdel-Rahman Hamed, Esquire, Lead Attorney for NSJP at 4548 Maxfield Drive, Annandale, VA 22003 by posting the Summons in a Civil Action and Amended Complaint with Exhibits on the front door or such other door as appears to be the main entrance of usual place of abode. The date and time of all attempts at personal service were made on: 05/06/2025 at 6:40 PM, 05/10/2025 at 6:33 PM, 05/12/2025 at 9:23 AM, 05/15/2025 at 6:17 PM, 05/17/2025 at 4:14 PM.

In addition, a copy of the same was mailed on 05/19/2025 to National Students for Justice in Palestine c/o Abdel-Rahman Hamed, Esquire, Lead Attorney for NSJP at 4548 Maxfield Drive, Annandale, VA 22003, via USPS Ground Advantage.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 05/19/2025

Subscribed and sworn to before me by the affiant who is personally known to me.

_Angela H. Croson_
Angela H. Croson
Notary Public, Prince George's County, MD

2/5/2029
Commission Expires

_George Illidge_ (signature)
George Illidge

Client Ref Number:
Job #:13227451

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

Maurice Shnaider, et al.
                    **Plaintiffs**

vs.                                    Case No.: 8:24-cv-01067-MSS-SPF

American Muslims for Palestine, et al.
                    **Defendants**

## AFFIDAVIT OF DUE DILIGENCE

I, **Abel Emiru**, a Private Process Server, having been duly authorized to make service of the Summons in a Civil Action and Amended Complaint with Exhibits, in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempt(s), I have been unable to serve National Students for Justice in Palestine c/o Abdel-Rahman Hamed, Esquire, Lead Attorney for NSJP with the above named process.

That on May 6, 2025 at 6:40 PM, I attempted to serve National Students for Justice in Palestine c/o Abdel-Rahman Hamed, Esquire, Lead Attorney for NSJP at 5600 35th Road North, Arlington, Virginia 22207. On this occasion, I spoke with the current resident at this address who stated Abdel-Rahman Hamed does not live there. The resident called Mr. Hamed and I spoke with him for approximately ten minutes. The conversation was unpleasant and Mr. Hamed kept inquiring as to why he was being served.

That on May 10, 2025 at 6:33 PM, I attempted to serve National Students for Justice in Palestine c/o Abdel-Rahman Hamed, Esquire, Lead Attorney for NSJP at 4548 Maxfield Drive, Annandale, Virginia 22003. On this occasion, I knocked at the door and received no answer. I observed a package addressed to Abdel-Rahman Hamed on the doorstep.

That on May 12, 2025 at 9:23 AM, I attempted to serve National Students for Justice in Palestine c/o Abdel-Rahman Hamed, Esquire, Lead Attorney for NSJP at 4548 Maxfield Drive, Annandale, Virginia 22003. On this occasion, I knocked at the door and received no answer. I noticed that the package that was on the doorstep during my previous attempt had been retrieved.

That on May 15, 2025 at 6:17 PM, I attempted to serve National Students for Justice in Palestine c/o Abdel-Rahman Hamed, Esquire, Lead Attorney for NSJP at 4548 Maxfield Drive, Annandale, Virginia 22003. On this occasion, I knocked at the door and a man answered. The man became very combative and said he was going to call the police. I began exiting the area when the man approached my vehicle and started taking pictures of me and my license plates.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 05/23/2025

Subscribed and sworn to before me by the affiant who is personally known to me.

_Angela H. Croson_
**Angela H. Croson**
Notary Public, Prince George's County, MD
2/5/2029
Commission Expires

_Abel Emiru signature_
Abel Emiru

Client Ref Number:
Job #:13227451

Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050