```
                                              Case No: 824CV01067
                                              Doc. No: 3712505290048


        COUNTY OF LOS ANGELES  SHERIFF'S DEPARTMENT  STATE OF CALIFORNIA
  Court: DISTRICT      County: TAMPA                  State: FLORIDA
                SHNAIDER, MAURICE VS AMERICAN MUSLIMS FOR PALE

                            AFFIDAVIT OF SERVICE
I certify that  LEOPOLDO AVILA
being first duly sworn, deposes and says:  That he is a regularly appointed,
qualified deputy Sheriff of the said County of Los Angeles, in the State of
California, and over the age of twenty-one years, not a party to the action
or related to either party, nor an attorney for a party, nor in any way
interested in the within named action, and authorized to serve civil process
        SUMMON & AMENDED COMPLAINT


    Within the judicial district in which the address specified is situated,
    process is being returned without service for the following reason(s):



    PER EXECUTIVE SUITE STAFF, AGENT DOES NOT HOLD A PHYSICAL OFFICE AT ADDRE
    SS. STATED THEY ARE A VIRTUAL TENANT. PERSONAL SERVICE UNAVILABLE.

    Small Claims Actions:
    If Not Found Fees are charged, you should file this notice with the Court
    Clerk before any hearing is held to recover costs incurred.

8. FEE FOR SERVICE:$ 50.00
           NOTARY:          COUNTY CLERK:           TOTAL:$ 50.00
Deputy LEOPOLDO AVILA
SHERIFF'S OFFICE                         Robert G. Luna, SHERIFF
1725 MAIN ST., RM 114
SANTA MONICA, CA 90401             By:_____
(310)553-5033                                          Deputy Sheriff
_____
| A Notary Public or other officer completing this certificate verifies only |
| the identity of the individual who signed the document to which this       |
| certificate is attached, and not the truthfulness, accuracy, or validity   |
| of that document.                                                          |
|_____|

State of California
County of Los Angeles

 On _____ before me,
 _____ (Name & Title of Officer)
 personally appeared _____,
 who proved to me on the basis of satisfactory evidence to be the person(s)
 whose name(s) is/are subscribed to the within instrument and acknowledged
 to me that he/she/they executed the same in his/her/their authorized
 capacity(ies), and that by his/her/their signature(s) on the instrument
 the person(s), or the entity upon behalf of which the person(s) acted,
 executed the instrument.

 I certify under PENALTY OF PERJURY under the laws of the State of
 California that the foregoing paragraph is true and correct.

    WITNESS my hand and official seal.

Signature _____        (Seal)
```

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Index #: 8:24-cv-01067-MSS-SPF
Date Filed: July 15, 2024
Court Date: _____
Assigned Justice: _____

File No.: _____

Maurice Shnaider, et al.,

vs.                                                                    Plaintiff

American Muslims for Palestine, et al.,

                                                                      Defendant

STATE OF California, COUNTY OF LOS ANGELES SS.:

Jeffrey Berke, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in California. On **Monday, June 2, 2025** at **3:10 PM**. at **12121 Wilshire Blvd, Suite 810, Los Angeles, CA 90025** deponent served the within **Summons and Amended Complaint** on: **National Students for Justice in Palestine c/o Mark Allen Kleinman, Esq / Kleiman Rajaram**

**Defendant** therein named.

**#1 SUITABLE AGE PERSON** [X] By delivering a true copy of each to **Jane Doe**, **Receptionist** a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#2 MAIL COPY** [X] On **6/4/2025**, deponent completed service by depositing a true copy of each document the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of California. Certified Mail #:

**#3 DESCRIPTION** [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows: Height: 5' 4" - 5' 8" Sex: Female  Color of skin: Black  Color of hair: Black  Age: 36 - 50 Yrs. Weight: 131 - 160 Lbs.  Other Features: Glasses

**#4 WIT. FEES** [ ] $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#5 MILITARY SRVC** [X] Your deponent asked person spoken to whether the defendant was in the active military service of the United States or California and received a negative reply. Upon information and belief I have; being based on the conversation and observations above narrated, defendant is not in the military service.

**#6 OTHER** [X] The receptionist confirmed the firm was at this location. It is a shared office space. Receptionist refused to give her name.

[Notary Seal: TAMMY BOSHE, Notary Public - California, Ventura County, Commission # 2397324, My Comm. Expires Mar 16, 2026]

Sworn to before me on this 4TH day of June, 2025

_____          _____
                                  Jeffrey Berke

Job # S1924710