# Cook County Sheriff
Civil Division Data Information Center

# Civil Process

Help

Home   Edit/Update   Service Affidavit   Posting Affidavit   Certified Mail

Scan Certified Mail Card   Search   Logout

| | | | |
|---|---|---|---|
| **Case #:** | 824CV01067 | **File Date:** | 7/30/2024 |
| **Plaintiff:** | MAURICE SHNAIDER | **Date Received:** | 4/29/2025 |
| **Attorney:** | THE BERKMAN LAW OFFICE LLC | **Die Date:** | 5/20/2025 |
| | 829 E 15TH ST | **MultiService:** | 3 |
| | BROOKLYN NY 11230 | **Payment Type:** | SUMMONS |
| | 718-855-3627 | **Municipality:** | FOREIGN |
| **Location of papers:** | CLERK OF THE CIRCUIT COURT | **District:** | 453 |
| **Service Info:** | | | |
| | | **LEADS:** | |

| Sheriff # | Defendant Name | Address | Status |
|---|---|---|---|
| 20196342 | JABER, RAFEEQ | 9748 MEADE AVE OAK LAWN, IL 60453 | SERVED |

**1 Service Attempts**

| Date | Deputy Name | Star # |
|---|---|---|

**Attempt:**

5/1/2025 9:48:00 AM    RAY, SAMUEL    11644
RANG BELL, KNOCKED, NO RESP.

**Service Date/Time:** 5/2/2025  7:22:00 PM
Service Type: Substitute Service
☑ A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON 5/2/2025
Serving Deputy: RUEL, CONOR  Star #: 16900
Served on: ADLI SHUAIBI , Other race male , age 60
Remarks:



SHERIFF'S OFFICE OF COOK COUNTY
AFFIDAVIT OF SERVICE



*20196342*

CASE NUMBER: 824CV01067         MULT. SER.: 3                    DOC. TYPE: SUMMONS
DIE DATE: 5/20/2025   RECEIVED DATE: 4/29/2025   FILED DATE: 7/30/2024   DIST: 453 BV

| **DEFENDANT:** | JABER, RAFEEQ<br>9748 MEADE AVE<br>OAK LAWN, IL 60453 | **PLAINTIFF:**<br>**ATTORNEY:** | MAURICE SHNAIDER<br>THE BERKMAN LAW OFFICE LLC<br>829 E 15TH ST<br>BROOKLYN, NY 11230<br>718-855-3627 |
|---|---|---|---|

ATTACHED FEE AMT:
SERVICE INFORMATION:

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

____ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

X **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THIS 2 DAY OF May 2025

____ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

____ **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____ COMPANY ____ BUSINESS ____ PARTNERSHIP ____

____ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

____ **(6) S.O.S./D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

____ **(7) CERTIFIED MAIL**

**** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT ****

____ **(8)** AND BY MAILING ON THE ____ DAY OF _____ 20____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| ____ (01) NO CONTACT | ____ (05) WRONG ADDRESS | ____ (09) DECEASED |
|---|---|---|
| ____ (02) MOVED | ____ (06) NO SUCH ADDRESS | ____ (10) NO REGISTERED AGENT |
| ____ (03) EMPTY LOT | ____ (07) EMPLOYER REFUSAL | ____ (11) OUT OF COOK COUNTY |
| ____ (04) NOT LISTED | ____ (08) CANCELLED BY PLAINTIFF ATTY | ____ (12) OTHER REASON (EXPLAIN) |

EXPLANATION:

WRIT SERVED ON: ADLI SHUAIBI
SEX: Male      RACE: Other race      AGE: 60
THIS 2 DAY OF May 2025
TIME: 7:22:00 PM

THOMAS J. DART,
SHERIFF, BY: /S/ RUEL, CONOR, Star # 16900, DEPUTY

| ATTEMPTED SERVICES | | |
|---|---|---|
| DATE | TIME (AM/PM) | STAR# |
| 5/1/2025 | 9:48:00 AM | 11644 |
| | : | |
| | : | |
| | : | |

AMO912F