EXHIBIT 7



AS-353, Guide to Privacy, the Freedom of Information Act, and Records Management

Exhibit 5.2b, Change of Address or Boxholder Request Format — Process Servers

To: Postmaster　　　　　　　　　　　　　　　　Date: September 08, 2025

City, State, ZIP Code

### REQUEST FOR CHANGE OF ADDRESS OR BOXHOLDER INFORMATION NEEDED FOR SERVICE OF LEGAL PROCESS

Please furnish the new address or the name and street address (if a boxholder) for the following:

Name: Adli Shuaibi

Address: 9748 Meade Avenue. Oak Lawn, IL 60453

*Note:* Only one request may be made per completed form. The name and last known address are required for change of address information. The name, if known, and Post Office box address are required for boxholder information

The following information is provided in accordance with 39 CFR 265.14(d). There is no fee for providing boxholder or change of address information.

1. Capacity of requester (e.g., process server, attorney, party representing self): Process Server
2. Statute or regulation that empowers me to serve process (not required when requester is an attorney or a party acting pro se - except a corporation acting pro se must cite statute):
Federal Rule of Civil Procedure 4(c)(2)

3. The names of all known parties to the litigation: Shnaider v. AMP et al.
4. The court in which the case has been or will be heard: US District Court for the Middle District of FL Tampa
5. The docket or other identifying number (a or b must be completed):
　　　a. Docket or other identifying number: 8:24-cv-01067-MSS-SPF
　　　b. Docket or other identifying number has not been issued.
6. The capacity in which this individual is to be served (e.g., defendant or witness): Sub-served on defendant

### WARNING

THE SUBMISSION OF FALSE INFORMATION TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $10,000 OR IMPRISONMENT OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).

I certify that the above information is true and that the address information is needed and will be used solely for service of legal process in conjunction with actual or prospective litigation.

Signature: *Patrick Murphy*　　　　　　　Address: 115 E Ogden, Suite 105 PMB 332

Printed Name: Patrick Murphy　　　　　　City, State, ZIP Code: Naperville, IL 60563

### POST OFFICE USE ONLY

X  No change of address order on file.　　　　NEW ADDRESS OR BOXHOLDER'S NAME
___ Moved, left no forwarding address.　　　POSTMARK AND STREET ADDRESS
___ No such address.

January 2025.