AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Haggai | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-02400 |
| Kiswani | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nerdeen Kiswani                                                                                                          .

Date:     05/03/2025                                                    Jonathan Wallace
                                                                         *Attorney's signature*

                                                                         JW6365
                                                                         *Printed name and bar number*
                                                                         PO #728 Amagansett NY 11930

                                                                         *Address*

                                                                         jonathan.wallace80@gmail.com
                                                                         *E-mail address*

                                                                         (917) 359-6234
                                                                         *Telephone number*

                                                                         *FAX number*