

# SHERIFF'S CERTIFICATE OF ATTEMPTED SERVICE

**Docket #** 8:24-cv-01067

**Sheriff's Case #** 25022152

UNITED STATES DISTRICT COURT,
FOR THE MIDDLE DISTRICT OF FLORIDA,
-------------------------------------------------------x

MAURICE SHNAIDER, ET AL.,

PLAINTIFF/PETITIONER

VS

AMERICAN MUSLIMS FOR PALESTINE, ET AL.,

DEFENDANT/RESPONDENT
-------------------------------------------------------x

STATE OF NEW YORK}
NEW YORK COUNTY  } SS:

I, RUSLAN SHULYAR, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby certifies that: I am not a party to this action or proceeding and over 18 years of age. I further certify that I was unable to serve the process for the below listed reasons:

[X]  ON 5/29/25 @ 0745HRS DEP. ZHANG & CONCEPCION AT 202 SPRING STREET APT. 5 NEW YORK, NY 10012. APT. 5 IS LISTED UNDER NYCHAY ON THE INTERCOM SYSTEM. RANG APT. 5 DOORBELL MULTIPLE TIMES ON THE INTERCOM SYSTEM AND NO RESPONSE. NO ACCESS TO APT. 5. LEFT CONTACT CARD. UNABLE TO SERVE.

[X]  ON 6/3/25 @ 2100HRS DEPUTY SHULYAR & DESILVIO ATTEMPTED TO SERVE THE PROCESS AT 202 SPRING STREET APT. 5 NEW YORK, NY 10012. APT. RANG APT #5 DOORBELL MULTIPLE TIMES, THE INTERCOM SYSTEM IS NOT WORKING/TRESPONSIVE. NO ACCESS TO APT. 5. LEFT CONTACT CARD AT INTERCOMM. UNABLE TO SERVE.

Attempts to serve were made on the following dates and times:
Date: 5/29/2025 @ 7:45 AM - 202 SPRING STREET APT 5, C/O NERDEEN KISWANI NEW YORK, NY 10012
Date: 6/3/2025 @ 9:00 PM - 202 SPRING STREET APT 5, C/O NERDEEN KISWANI NEW YORK, NY 10012

I understand that false statements made herein are punishable as a class A misdemeanor pursuant to Penal Law §210.45.

**Dated:** 6/4/2025

BY: _____
RUSLAN SHULYAR
DEPUTY SHERIFF
SHIELD # 423



# SHERIFF'S CERTIFICATE OF ATTEMPTED SERVICE

Docket # 8:24-cv-01067

Sheriff's Case # 25022148

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
----------------------------------------------------x
**MAURICE SHNAIDER, ET AL.**
PLAINTIFF

VS

**AMERICAN MUSLIMS FOR PALESTINE, ET AL.**
DEFENDANT
----------------------------------------------------x
**STATE OF NEW YORK }**
**NEW YORK COUNTY  } SS:**

I, **NICHOLAS DESILVIO,** Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby certifies that: I am not a party to this action or proceeding and over 18 years of age. I further certify that I was unable to serve the process for the below listed reasons:

ON 5/29/25 @ 0745HRS DEP. ZHANG & CONCEPCION AT 202 SPRING STREET APT. 5 NEW YORK, NY 10012. APT. 5 IS LISTED UNDER NYCHAY ON THE INTERCOM SYSTEM. RANG APT. 5 DOORBELL MULTIPLE TIMES ON THE INTERCOM SYSTEM AND NO RESPONSE. NO ACCESS TO APT. 5. LEFT CONTACT CARD. UNABLE TO SERVE.

ON 6/3/25 @ 2100HRS DEPUTY SHULYAR & DESILVIO ATTEMPTED TO SERVE THE PROCESS AT 202 SPRING STREET APT. 5 NEW YORK, NY 10012. APT. RANG APT #5 DOORBELL MULTIPLE TIMES, THE INTERCOM SYSTEM IS NOT WORKING. NO ACCESS TO APT. 5. LEFT CONTACT CARD AT INTERCOMM. UNABLE TO SERVE.

Attempts to serve were made on the following dates and times:

Date: 5/29/2025 @ 7:45 AM - 202 SPRING STREET APT 5, C/O NERDEEN KISWANI NEW YORK, NY 10012
Date: 6/3/2025 @ 9:00 PM - 202 SPRING STREET APT 5, C/O NERDEEN KISWANI NEW YORK, NY 10012

I understand that false statements made herein are punishable as a class A misdemeanor pursuant to Penal Law §210.45.

Dated: 6/4/2025

BY: _____
NICHOLAS DESILVIO
DEPUTY SHERIFF
SHIELD # 412



# SHERIFF'S CERTIFICATE OF ATTEMPTED SERVICE

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
-----------------------------------x

Docket # 8:24-CV-01067

Sheriff's Case # 25018907

**MAURICE SHNAIDER, ET AL.,**

PLAINTIFF

VS

**NERDEEN KISWANI**

DEFENDANT
-----------------------------------x

**STATE OF NEW YORK }**
**RICHMOND COUNTY } SS:**

I, S. GONZALEZ, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby certifies that: I am not a party to this action or proceeding and over 18 years of age. I further certify that I was unable to serve the process for the below listed reasons:

**ON 5/15/25 AT 1018 ATTEMPT WAS MADE. NOT LISTED. LEFT SHERIFF CONTACT CARD**

**06/11/25 AT 1925 HOURS DEPUTY GONZALEZ AND SGT CHU ATTEMPTED SERVICE FOR RESPONDENT NERDEEN KISWANI AT THE ADDRESS PROVIDED. DEPUTIES KNOCKED AND USED THE RING DEVICE SEVERAL TIMES, AND THERE WAS NO RESPONSE. A SHERIFF CONTACT CARD WAS LEFT ON THE DOOR.**

Attempts to serve were made on the following dates and times:
Date: 5/15/2025 @ 10:18 AM - 11 MOTLEY AVENUE STATEN ISLAND, NY 10314
Date: 6/11/2025 @ 7:25 PM - 202 SPRING STREET APT 5, C/O NERDEEN KISWANI NEW YORK, NY 10012

I understand that false statements made herein are punishable as a class A misdemeanor pursuant to Penal Law §210.45.

**Dated: 6/11/2025**

BY: _____

S. GONZALEZ
DEPUTY SHERIFF
SHIELD # 588

Case 8:24-cv-01067-MSS-SPF    Document 187-1    Filed 09/16/25    Page 4 of 6 PageID 1728



# SHERIFF'S CERTIFICATE OF ATTEMPTED SERVICE

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
-----------------------------------------------------x

Docket # 8:24-CV-01067

Sheriff's Case # 25018897

**MAURICE SHNAIDER ET AL.,**

PLAINTIFF

VS

**WITHIN OUR LIFETIME C/O NERDEEN KISWANI**

DEFENDANT
-----------------------------------------------------x

STATE OF NEW YORK}
RICHMOND COUNTY } SS:

I, S. GONZALEZ, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby certifies that: I am not a party to this action or proceeding and over 18 years of age. I further certify that I was unable to serve the process for the below listed reasons:

ON 5/15/25 AT 1018 ATTEMPT WAS MADE. NOT LISTED. LEFT SHERIFF CONTACT CARD

06/11/25 AT 1925 HOURS DEPUTY GONZALEZ AND SGT CHU ATTEMPTED SERVICE FOR RESPONDENT NERDEEN KISWANI AT THE ADDRESS PROVIDED. DEPUTIES KNOCKED AND USED THE RING DEVICE SEVERAL TIMES, AND THERE WAS NO RESPONSE. A SHERIFF CONTACT CARD WAS LEFT ON THE DOOR.

Attempts to serve were made on the following dates and times:
Date: 5/15/2025 @ 10:18 AM - 11 MOTLEY AVENUE STATEN ISLAND, NY 10314
Date: 6/11/2025 @ 7:25 PM - 202 SPRING STREET APT 5, C/O NERDEEN KISWANI NEW YORK, NY 10012

I understand that false statements made herein are punishable as a class A misdemeanor pursuant to Penal Law §210.45.

Dated: 6/11/2025

BY: _____

S. GONZALEZ
DEPUTY SHERIFF
SHIELD # 588

Office of the Sheriff of the City of New York
NY

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-01067-MSS-SPF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Within our Lifetime c/o Nerdeen Kiswani
was received by me on *(date)* 06/02/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because  see details below _____ ; or

☐ Other *(specify)*:

My fees are $ 75.00 for travel and $ _____ for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: 06/06/2025

*Server's signature*

Igor Rudichenko, Licensed Process Server, DCA #1307355
*Printed name and title*

194 Roma Avenue
Staten Island NY 10306
*Server's address*

Additional information regarding attempted service, etc:

On 6/3/25 at 4:35 PM, at 11 Motley Avenue, Staten Island NY 10314, Deponent attempted to serve Summons and Amended Complaint on Defendant but was unable to do so. A female resident, described Female, Middle Eastern, Wearing Headscarf, approx 6 feet tall, over 200 lbs, 55-70 years of age, exited the house, advised that she is not the Nerdeen Kiswani and not employed by Within Our Lifetime, that Nerdeen Kiswani does not live at this address. The person spoken to refused to accept papers. She got into a blak Mercedes and drove away. I returned to the same address on 6/4/25 at 7:05 PM, in an attempt to serve Summons and Amended Complaint, there was a different vehicle in the driveway, Deponent rang the bell and knocked but no one answered the door.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-01067-MSS-SPF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **NERDEEN KISWANI**
was received by me on *(date)* **06/02/2025**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because **see details below** ; or

☐ Other *(specify)*:

My fees are $ **75.00** for travel and $ _____ for services, for a total of $ **75.00**.

I declare under penalty of perjury that this information is true.

Date: **06/06/2025**

*Server's signature*

Igor Rudichenko, Licensed Process Server, DCA #1307355
*Printed name and title*

194 Roma Avenue
Staten Island NY 10306
*Server's address*

Additional information regarding attempted service, etc:

On 6/3/25 at 4:35 PM, at 11 Motley Avenue, Staten Island NY 10314, Deponent attempted to serve Summons and Amended Complaint on Defendant but was unable to do so. A female resident, described Female, Middle Eastern, Wearing Headscarf, approx 6 feet tall, over 200 lbs, 55-70 years of age, exited the house, advised that she is not the Defendant, that Defendant does not live at this address. The person spoken to refused to accept papers, she got into a blak Mercedes and drove away. I returned to the same address on 6/4/25 at 7:05 PM, in an attempt to serve Summons and Amended Complaint, there was a different vehicle in the driveway, Deponent rang the bell and knocked but no one answered the door.