From: Robert Tolchin <rtolchin@berkmanlaw.com>
Subject: Service on Kiswani and Within our Lifetime - Shnaider et al v. American Muslims for Palestine et al
Date: June 9, 2025 at 3:52:22 PM EDT
To: Jonathan Wallace <jonathan.wallace80@gmail.com>
Cc: tammie <tammie@israellawcenter.org>, Franca Talavera <ftalavera@berkmanlaw.com>, Scott <inc@servico.com>, Max Schuster <max@servico.com>

Good afternoon, Mr. Wallace.

I understand you have appeared as counsel for Nerdeen Kiswani and Within our Lifetime in the Haggai case and you accepted service on behalf of those defendants in that case.

Please see attached a copy of the operative complaint in *Shnaider v. American Muslims for Palestine*. Please advise whether you are able to accept service for the same defendants in *Schnaider*.

Thank you.


Robert J. Tolchin, Esq.
THE BERKMAN LAW OFFICE, LLC
829 East 15th Street, Box 7
Brooklyn, New York 11230
718-855-3627