

# SHERIFF'S CERTIFICATE OF ATTEMPTED SERVICE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
-------------------------------------------------------x

**MAURICE SHNAIDER**

PETITIONER

VS

**ABDULLAH AKI C/O MUSLIM AMERICAN SOCIETY OF STATEN ISLAND**

RESPONDENT
-------------------------------------------------------x

**STATE OF NEW YORK}**
**RICHMOND COUNTY } SS:**

**Docket #** 8:24-CV-01067

**Sheriff's Case #** 25018908

I, S. GONZALEZ, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby certifies that: I am not a party to this action or proceeding and over 18 years of age. I further certify that I was unable to serve the process for the below listed reasons:

**05/14/25 AT 1651 HOURS DEPUTIES GONZALEZ AND SGT CHU ATTEMPTED SERVICE FOR ABDULLAH AKI C/O MUSLIM AMERICAN SOCIETY OF STATEN ISLAND AT THE ADDRESS PROVIDED 180 BURGHER AVENUE STATEN ISLAND N.Y. 10304. AS PER A MALE THAT DID NOT WANT TO IDENTIFY HIMSELF. STATED NO ONE BY THE NAME OF ABDULLAH AKI IS AT THE ADDRESS.**

Attempts to serve were made on the following dates and times:
Date: 5/14/2025 @ 4:51 PM - 180 BURGHER AVENUE STATEN ISLAND, NY 10304

I understand that false statements made herein are punishable as a class A misdemeanor pursuant to Penal Law §210.45.

**Dated: 5/16/2025**

BY: _____

S. GONZALEZ
DEPUTY SHERIFF
SHIELD # 588