UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAURICE SHNAIDER, *et al.*,

    Plaintiffs,

v.

AMERICAN MUSLIMS FOR
PALESTINE, *et al.*,

    Defendants.

Case No. 8:24-cv-01067-MSS-SPF

## NOTICE OF APPEARANCE AND LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a), James M. Slater of Slater Legal PLLC hereby gives notice of his appearance as lead counsel for Defendant Taher Herzallah. The certificate of service for all pleadings, orders, and other papers in this action should include James M. Slater at Slater Legal PLLC, 2296 Henderson Mill Rd. NE #116, Atlanta, Georgia 30345 and james@slater.legal and eservice@slaterlegal.com.

Dated: September 16, 2025

Respectfully submitted,

*/s/ James M. Slater*

James M. Slater (FBN 111779)
2296 Henderson Mill Rd. NE #116
Atlanta, Georgia 30345
james@slater.legal
Tel. (305) 523-9023

*Lead Counsel for Defendant Taher Herzallah*