IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

-----------------------------------------------------------------------X

MAURICE SHNAIDER, *et al.*,

        Plaintiffs

v.

AMERICAN MUSLIMS FOR PALESTINE, *et al.*

        Defendants.

Case No:
8:24-cv-01067-MSS-SPF

-----------------------------------------------------------------------X

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' RULE 11 MOTIONS

    Plaintiffs, by and through their undersigned counsel, respectfully request an extension of time to respond to Defendants' Rule 11 Motions. In support, Plaintiffs state as follows:

    1. On September 18, 2025, Defendants Magdi Odeh, Hatem Abudayyeh, and United States Palestinian Community Network, filed three separate Rule 11 Motions: Defendant Odeh's Motion for Sanctions (Dkt. 82), Defendant Abudayyeh's Motion for Sanctions (Dkt. 83), and Defendant USPCN's Motion for Sanctions (Dkt. 84).

    2. Under Local Rule 3.01(c), Plaintiffs' responses are currently due October 2, 2025.

    3. Counsel for Plaintiffs has conferred with Counsel for Defendants and

proposed, in an effort to be more efficient and conserve judicial resources, that briefing on the Rule 11 Motions be deferred until two weeks after the Court issues its rulings on the pending motions to dismiss (Dkts. 45, 46, 47), as those rulings will directly impact the Rule 11 Motions. Defendants declined that proposal but agreed to a 30-day extension of the current deadline.

4. Because Defendants would not agree to deferment, Plaintiffs request a 30-day extension of their response deadline, which Defendants do not oppose.

5. A 30-day extension from the current October 2 deadline would make the new due date Monday, November 3, 2025, since November 1 falls on a Saturday.

6. This request is made in good faith, due to the press of other professional commitments, the significant workload involved in responding to multiple Rule 11 motions and another motion to dismiss in this case, and the numerous religious holidays falling on weekdays in the coming weeks. No party will be prejudiced by the extension.

7. Counsel for Plaintiffs conferred with counsel for Defendants, who advised that they do not oppose this motion.

WHEREFORE, Plaintiffs respectfully request that the Court extend their deadline to respond to Defendants' Rule 11 Motions to November 3, 2025.

Dated: Brooklyn, New York
September 18, 2025

                                              Yours,
                                              THE BERKMAN LAW OFFICE, LLC
                                              *Attorneys for Plaintiffs*

                                              by:    /s/ Robert J. Tolchin
                                                        Robert J. Tolchin
                                              829 East 15th Street, Box 7
                                              Brooklyn, New York 11230
                                              718-855-3627

Of Counsel:
NITSANA DARSHAN-LEITNER & CO.
Nitsana Darshan-Leitner, *Israeli Attorney for Plaintiffs*
10 Hata'as Street, Ramat Gan, 52512 Israel
Israeli #: 011-972-523-837-020 | U.S.: (212) 591-0073

## CERTIFICATE OF SERVICE

I hereby certify that this Motion filed through the ECF system is expected to be sent electronically to the registered participants as identified on the court's docket.

/s/Robert J. Tolchin
Robert J. Tolchin

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that counsel for Plaintiffs conferred with counsel for Defendants, who stated that Defendants do not oppose this Motion.

/s/Robert J. Tolchin
Robert J. Tolchin