# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MAURICE SHNAIDER, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE, *et al.*,<br><br>  Defendants. | Case No. 8:24-cv-1067-MSS-SPF |

## DEFENDANT AMP'S UNOPPOSED
## MOTION TO STRIKE DOCKET ENTRY

AJP Educational Foundation, Inc., d/b/a American Muslims for Palestine ("AMP" or "Defendant") respectfully requests this Court strike Docket Entry 76, which incorrectly lists the party served as AMP. Plaintiffs subsequently re-filed the document at Docket No. 77, listing the correct party served. Counsel for AMP waived service (Dkt. 16) and filed its Motion to Dismiss (Dkt. 48) on August 15, 2025. Counsel for Plaintiffs acknowledges the filing at Dkt. 76 was in error and consents to this motion. *See* Exhibit A, Emails between counsel.

DATED: September 19, 2025

          Respectfully Submitted,

*/s/ Christina A. Jump*
Christina A. Jump*
(admitted *pro hac vice*)
Samira S. Elhosary
(admitted *pro hac vice*)
Christina A. Boyd
(admitted *pro hac vice*)
Constitutional Law Center
for Muslims in America**
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
cjump@clcma.org
selhosary@clcma.org
ali.boyd@mlfa.org

COUNSEL FOR AJP EDUCATIONAL FOUNDATION, INC. d/b/a AMERICAN MUSLIMS FOR PALESTINE

**Lead Counsel*

**The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 19th day of September, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Christina A. Jump*

COUNSEL FOR DEFENDANT

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that counsel for Defendants conferred with Plaintiffs' counsel, who stated that Plaintiffs do not oppose this Motion.

*/s/ Christina A. Jump*
