Outlook

## Re: Shnaider v. AMP et al. - Please Correct Docket Entry

**From** Robert Tolchin <rtolchin@berkmanlaw.com>
**Date** Thu 9/18/2025 5:31 PM
**To** Christina Jump <cjump@clcma.org>
**Cc** Samira Elhosary <selhosary@clcma.org>; tammie <tammie@israellawcenter.org>; Ali Boyd <Ali.Boyd@mlfa.org>

Correct.


Robert J. Tolchin, Esq.
THE BERKMAN LAW OFFICE, LLC
829 East 15th Street, Box 7
Brooklyn, New York 11230
718-855-3627


On Thu, Sep 18, 2025 at 5:47 PM Christina Jump <cjump@clcma.org> wrote:

> To clarify, am I correct in reading you are unopposed to a motion to strike that docket entry in light of the below?
>
> **Christina A. Jump**
>
> Civil Litigation Department Head
>
> **Muslim Legal Fund of America (MLFA)**
>
> 100 N. Central Expy, Suite 1010, Richardson, TX 75080
>
> Email: cjump@clcma.org  christina.jump@mlfa.org
>
> Website: https://mlfa.org/

*I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*

*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization

IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** Robert Tolchin <rtolchin@berkmanlaw.com>
**Sent:** Thursday, September 18, 2025 8:13 AM
**To:** Christina Jump <cjump@clcma.org>
**Cc:** Samira Elhosary <selhosary@clcma.org>; tammie <tammie@israellawcenter.org>; Ali Boyd <Ali.Boyd@mlfa.org>
**Subject:** Re: Shnaider v. AMP et al. - Please Correct Docket Entry

Christina / Samira,

Just to let you know, I tried calling the clerk this morning and asking that the document be removed. They told me there is no mechanism for that and the only way they can remove a document if there is an order and that a motion strike would have to be filed. So if you are planning to file a motion to strike, you can state that I agree docket entry 76 was erroneous and consent to it being removed.

Robert J. Tolchin, Esq.

THE BERKMAN LAW OFFICE, LLC

829 East 15th Street, Box 7

Brooklyn, New York 11230

718-855-3627

On Wed, Sep 17, 2025 at 6:57 PM Christina Jump <cjump@clcma.org> wrote:

> Thank you for clarifying your position.
>
> We will file our motion to strike that docket entry tomorrow.
>
> **Christina A. Jump**
>
> Civil Litigation Department Head
>
> **Muslim Legal Fund of America (MLFA)**
>
> 100 N. Central Expy, Suite 1010, Richardson, TX 75080
>
> Email:  cjump@clcma.org christina.jump@mlfa.org
>
> Website: https://mlfa.org/
>
> *I work across multiple time zones and may send emails outside of standard business hours.  Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*
>
> *Board Certified in Labor and Employment Law, Texas Board of Legal Specialization

*IMPORTANT*: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Robert Tolchin <rtolchin@berkmanlaw.com>
**Sent:** Wednesday, September 17, 2025 5:53 PM
**To:** Samira Elhosary <selhosary@clcma.org>
**Cc:** tammie <tammie@israellawcenter.org>; Christina Jump <cjump@clcma.org>; Ali Boyd <Ali.Boyd@mlfa.org>
**Subject:** Re: Shnaider v. AMP et al. - Please Correct Docket Entry

Samira,

Nobody would think from reviewing the document that Mr. Herzallah is authorized to accept service for AMP. Rather, the document says "Taher Herzallah c/o American Muslims for Palestine." It is plain that it was Taher Herzallah being served, not AMP.

Robert J. Tolchin, Esq.

THE BERKMAN LAW OFFICE, LLC

829 East 15th Street, Box 7

Brooklyn, New York 11230

718-855-3627

On Wed, Sep 17, 2025 at 6:41 PM Samira Elhosary <selhosary@clcma.org> wrote:

Mr. Tolchin,

Thanks for your prompt response. However, since Mr. Herzallah is not authorized to accept service for AMP, we will move to strike the docket entry if you do not contact the court to request that the document be withdrawn. Please confirm your position, and we will take the steps we think best for our clients.

Best,

Samira

**Samira Elhosary** (she/her/hers)

Civil Litigation Staff Attorney

**Muslim Legal Fund of America (MLFA)**

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)

Email: samira.elhosary@mlfa.org | selhosary@clcma.org

Website: https://mlfa.org/

*IMPORTANT*: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any

*use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*

**From:** Robert Tolchin <rtolchin@berkmanlaw.com>
**Sent:** Wednesday, September 17, 2025 5:37 PM
**To:** Samira Elhosary <selhosary@clcma.org>
**Cc:** tammie <tammie@israellawcenter.org>; Christina Jump <cjump@clcma.org>; Ali Boyd <Ali.Boyd@mlfa.org>
**Subject:** Re: Shnaider v. AMP et al. - Please Correct Docket Entry

Samira,

I see what you mean. The reason this happened is that the document says Taher Herzallah was served c/o AMP.

But I think the issue is innocuous and there is no reason to waste anyone's time trying to strike a document that was already filed. Since AMP waived service, the document filed yesterday does nothing with respect to AMP. Why bother the court?

Robert J. Tolchin, Esq.

THE BERKMAN LAW OFFICE, LLC

829 East 15th Street, Box 7

Brooklyn, New York 11230

718-855-3627

On Wed, Sep 17, 2025 at 6:26 PM Samira Elhosary <selhosary@clcma.org> wrote:

> Counsel,
>
> Yesterday, you filed a return of service on Taher Herzallah, which the docket states is as to our client American Muslims for Palestine (AMP) (Doc. 76). As you know, we waived service as to AMP several months ago. Please contact the court to have this error corrected at your earliest convenience. If needed, we will file a motion to strike, but we presume that will not be necessary.
>
> Thank you,
>
> Samira Elhosary

**Samira Elhosary** (she/her/hers)

Civil Litigation Staff Attorney

**Muslim Legal Fund of America (MLFA)**

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)

Email: samira.elhosary@mlfa.org | selhosary@clcma.org

Website: https://mlfa.org/

*IMPORTANT*: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.