UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAURICE SHNAIDER, *et al.*,

    Plaintiffs,

v.

AMERICAN MUSLIMS FOR PALESTINE, *et al.*,

    Defendants.

Case No. 8:24-cv-01067-MSS-SPF

## DECLARATION OF JAMES M. SLATER

I, James M. Slater, declare as follows:

1. I am lead counsel for both Defendant Zarefah Baroud and Taher Herzallah (collectively, "Defendants") in the above-referenced lawsuit. I have personal knowledge of the facts set forth in this declaration and, if necessary, I could and would competently testify to those facts.

2. The purpose of this declaration is to annex documents regarding Defendants' compliance with Rule 11's safe harbor requirements with respect to their contemporaneously filed Rule 11 motions.

3. Attached as **Composite Exhibit A** are true and correct copies of the Rule 11 safe harbor letters and draft Rule 11 motions for both Defendants, which I served on Robert Tolchin, counsel for Plaintiffs, on September 25, 2025 by both electronic and certified mail, with certified mail tracking number

9589071052703488766816.

4.	Attached as **Exhibit B** is a true and correct copy of the U.S. Postal Service's tracking information for the above certified tracking number, which demonstrates that the certified mailing to Mr. Tolchin was received on September 29, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 20, 2025 in Atlanta, Georgia.

_____
James M. Slater