# EXHIBIT B

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052703488766816

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 1:27 pm on September 29, 2025 in BROOKLYN, NY 11230.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

BROOKLYN, NY 11230
September 29, 2025, 1:27 pm

See All Tracking History

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                              ⌄

USPS Tracking Plus®                                               ⌄

Product Information                                               ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs