UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAURICE SHNAIDER, *et al.*,

     Plaintiffs,

v.

AMERICAN MUSLIMS FOR
PALESTINE, *et al.*,

     Defendants.

Case No. 8:24-cv-01067-MSS-SPF

## <u>DECLARATION OF JAMES M. SLATER</u>

I, James M. Slater, declare as follows:

1.     I am lead counsel for both Defendant Rafeeq Jabeer in the above-referenced lawsuit. I have personal knowledge of the facts set forth in this declaration and, if necessary, I could and would competently testify to those facts.

2.     The purpose of this declaration is to provide evidence in support of Mr. Jaber's motion to deem his motion to dismiss as timely filed.

3.     On September 19, 2025, I waived service on behalf of Mr. Jaber in the above-referenced case.

4.     After waiving service, I calendared Mr. Jaber's response deadline as November 20, 2025.

5.     After preparing Mr. Jaber's motion to dismiss, I reviewed the docket and the waiver of service. Even though I had calendared the response deadline as

today's date, I went to "timeanddate.com" to confirm that 60 days from September 19, 2025 was in fact today's date. That is the website/program I normally use when calculating filing dates, and is the website/program I would have used when originally calendaring Mr. Jaber's response deadline.

6.    I realized today when inputting the waiver date of September 19 and calculating 60 days from that date that I must have put in the wrong date when I originally calendared Mr. Jaber's response, because 60 days from the date of the waiver was November 18, 2025, not November 20, 2025.

7.    Upon learning this, I immediately emailed Plaintiffs' counsel and called his office to obtain his position on a motion to deem the response as timely filed.

8.    Plaintiffs' counsel does not oppose this request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2025 in Atlanta, Georgia.

_____
James M. Slater