# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

------------------------------------------------------------------- X

MAURICE SHNAIDER, *et al.*,

        Plaintiffs

    v.

AMERICAN MUSLIMS FOR PALESTINE, *et al.*

        Defendants.

Case No:
8:24-cv-01067-MSS-SPF

------------------------------------------------------------------- X

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Pursuant to Local Rule 2.02(a), formal notice is hereby given that the undersigned attorney, Robert J. Tolchin, Esq., the only attorney who has appeared of record in this action, will serve as Lead Counsel for all Plaintiffs.

Dated:    Brooklyn, New York
           November 26, 2025

                              Yours,
                              THE BERKMAN LAW OFFICE, LLC
                              *Attorneys for Plaintiffs*

                              by:    /s/ Robert J. Tolchin
                                      Robert J. Tolchin
                              829 East 15th Street, Box 7
                              Brooklyn, New York 11230
                              718-855-3627

## **CERTIFICATE OF SERVICE**

I hereby certify that this Notice filed through the ECF system is expected to be sent electronically to the registered participants as identified on the court's docket.

/s/Robert J. Tolchin
Robert J. Tolchin