# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

-------------------------------------------------------------------X

MAURICE SHNAIDER, *et al.*,

        Plaintiffs

v.

AMERICAN MUSLIMS FOR PALESTINE, *et al.*

        Defendants.

-------------------------------------------------------------------X

Case No: 8:24-cv-01067-MSS-SPF

## **NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that the undersigned attorney, Tammie A. Purow, Esq., hereby enters her appearance as Counsel for all Plaintiffs in the above-styled action.

Dated:    Fort Lauderdale, Florida
            December 9, 2025

                                    Respectfully submitted,
                                    The Law Office of Tammie A. Purow, PLLC

                                    by:    /s/ Tammie A. Purow
                                              Tammie A. Purow
                                    Florida Bar No. 0537772
                                    2722 Griffin Road, PMB #260
                                    Dania Beach, Florida 33312
                                    Phone: 954-260-7540
                                    Email: tpurowlawoffice@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that this Notice filed through the ECF system is expected to be sent electronically to the registered participants as identified on the court's docket.

/s/Tammie A. Purow
Tammie A. Purow