UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MAURICE SHNAIDER. *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE, *et al.*,<br><br>　　Defendants. | Case No. 8:24-cv-01067-MSS-SPF |

### DECLARATION OF DAVID PINA

　　I, David Pina, declare as follows:

　　1.　I am lead counsel for Defendant CODEPINK, in the above-referenced Lawsuit. I have personal knowledge of the facts set forth in this declaration, and if necessary, I could and would competently testify to those facts.

　　2.　The purpose of this declaration is to annex documents regarding Defendant CODEPINK's compliance with Rule 11's safe harbor requirements with respect to their contemporaneously filed Rule 11 motions.

　　3.　Attached as **Composite Exhibit A** is a true and correct copy of the Rule 11 safe harbor letter and draft motion which I served on Robert Tolchin, counsel for Plaintiffs, on December 9, 2025, by both electronic and certified mail, with FedEx Signature required mail tracking number 886804099283.

　　4.　Attached as **Exhibit B** is a true and correct copy of the FedEx's tracking

information for the above certified tracking number, which demonstrates that the certified mailing to Mr. Tolchin was received on December 10, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 6, 2026 in Miami, Florida.

*David Pina, Esq.*
_____
/s/ David Pina