# EXHIBIT B

January 06, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 886804099283

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | W.SUQAESHANA | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday; Direct Signature Required | | BROOKLYN, NY, |
| | | Delivery date: | Dec 10, 2025 15:08 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 886804099283 | Ship Date: | Dec 8, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:                                             Shipper:

BROOKLYN, NY, US,                                      MIAMI, FL, US,

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx