# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

-------------------------------------------------------------------- X

MAURICE SHNAIDER, *et al.*,

                Plaintiffs,

            v.

AMERICAN MUSLIMS FOR PALESTINE,
*et al.*,

                Defendants.

Case No:
8:24-cv-01067-MSS-SPF

-------------------------------------------------------------------- X

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that all Plaintiffs, by and through undersigned counsel, respectfully appeal to the United States Court of Appeals for the Eleventh Circuit from the Court's Order (ECF No. 112) dismissing Plaintiffs' Amended Complaint entered on February 24, 2026.

Dated:      Fort Lauderdale, Florida
              March 22, 2026

                     Respectfully submitted,

                     THE BERKMAN LAW OFFICE, LLC
                     *Attorneys for Plaintiffs*

                     by:    /s/ Robert J. Tolchin
                          Robert J. Tolchin
                     829 East 15th Street, Box 7
                     Brooklyn, New York 11230
                     Tel. 718-855-3627
                     rtolchin@berkmanlaw.com

The Law Office of Tammie A. Purow, PLLC
Tammie A. Purow, Esq.
Florida Bar No. 0537772
2722 Griffin Road, PMB #260
Dania Beach, Florida 33312
Tel. 954-260-7540
email: tpurowlawoffice@gmail.com


Of Counsel:
NITSANA DARSHAN-LEITNER & CO.
Nitsana Darshan-Leitner, Adv.
*Israeli Attorney for Plaintiffs*
10 Hata'as Street, Ramat Gan, 52512 Israel
Israeli #: 011-972-523-837-020 | U.S.: (212) 591-0073

## **CERTIFICATE OF SERVICE**

I hereby certify that this Notice filed through the ECF system is expected to be sent electronically to the registered participants as identified on the court's docket.

Date: March 22, 2026

/s/ Robert J. Tolchin
Robert J. Tolchin
THE BERKMAN LAW OFFICE, LLC
829 East 15th Street, Box 7
Brooklyn, New York 11230
718-855-3627