**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MAURICE SHNAIDER, *et al.*,

Plaintiffs,

v.

AMERICAN MUSLIMS FOR PALESTINE, *et al.*,

Defendants.

Case No. 8:24-cv-1067-MSS-SPF

## UNOPPOSED MOTION TO WITHDRAW

Christina Boyd, Esquire, proceeding under Local Rule 2.02(c), moves to withdraw from representing Defendants American Muslims for Palestine, Osama Abuirshaid, Munjed Ahmed, Hatem Bazian, Saleh Sarsour, and Shakeel Sayed in this action. I certify that the clients consent to the withdrawal. The withdrawal will not result in a person proceeding pro se. The withdrawal will not result in a continuance of a trial.

Respectfully submitted this 15th day of October 2026.

*/s/ Christina Boyd*
Christina A. Boyd
(admitted *pro hac vice*)
Constitutional Law Center
for Muslims in America**
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
ali.boyd@mlfa.org

COUNSEL FOR AJP EDUCATIONAL FOUNDATION, INC. d/b/a AMERICAN MUSLIMS FOR PALESTINE

**The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America*

**LOCAL RULE 3.01(g) CERTIFICATION**

The undersigned certifies that counsel for Defendants conferred with Plaintiffs' counsel, who stated that Plaintiffs do not oppose this Motion.

*/s/ Christina Boyd*

Christina A. Boyd
(admitted *pro hac vice*)
Constitutional Law Center
for Muslims in America**
100 N. Central Expy.
Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
ali.boyd@mlfa.org